1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Harry A. Olivar, Jr. (Bar No. 143089)
2  harryolivar@quinnemanuel.com
   Molly Stephens (Bar No. 232211)
3  mollystephens@quinnemanuel.com
   865 South Figueroa Street, 10th Floor
4  Los Angeles, California  90017
   Telephone:  (213) 443-3000
5  Facsimile:   (213) 443-3100

6  Philippe Z. Selendy
   philippeselendy@quinnemanuel.com
7  Jennifer J. Barrett
   jenniferbarrett@quinnemanuel.com
8  51 Madison Avenue
   New York, New York 10010
9  Telephone:  (212) 849-7000
   Facsimile:   (212) 849-7100
10
   Attorneys for Plaintiff Massachusetts
11 Mutual Life Insurance Company

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re COUNTRYWIDE FINANCIAL CORP. MORTGAGE-BACKED SECURITIES LITIGATION | Case No. 11-ML-02265-MRP (MANx)<br><br>**PLAINTIFF'S NOTICE OF LODGING OF ORDER ON MOTIONS TO DISMISS IN RELATED CASES**<br><br>Judge: Hon. Mariana R. Pfaelzer |
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY,<br><br>      Plaintiff,<br><br>      vs.<br><br>COUNTRYWIDE FINANCIAL CORPORATION, *et al.*,<br><br>      Defendants. | CASE NO. 11-CV-10414-MRP (MANx) |

Pursuant to the Court's request at the February 15, 2012 Case Management Conference, plaintiff Massachusetts Mutual Life Insurance Company hereby lodges the Memorandum and Order Regarding Defendants' Motions to Dismiss, dated February 14, 2012, in the following actions pending before the Honorable Judge Michael A. Ponsor in the United States District Court for the District of Massachusetts:

*Massachusetts Mutual Life Insurance Company v. Residential Funding Company, LLC, et al.*, C.A. No. 11-30035-MAP (D. Mass. filed Feb. 9, 2011);

*Massachusetts Mutual Life Insurance Company v. DB Structured Products, Inc.*, C.A. No. 11-30039-MAP (D. Mass. filed Feb. 16, 2011);

*Massachusetts Mutual Life Insurance Company v. RBS Financial Products Inc., et al.*, C.A. No. 11-30044-MAP (D. Mass. filed Feb. 24, 2011);

*Massachusetts Mutual Life Insurance Company v. DLJ Mortgage Capital, Inc., et al.*, C.A. No. 11-30047-MAP (D. Mass. filed Feb. 25, 2011);

*Massachusetts Mutual Life Insurance Company v. Credit Suisse First Boston Mortgage Securities Corp., et al.*, C.A. No. 11-30048-MAP (D. Mass. filed Feb. 25, 2011);

*Massachusetts Mutual Life Insurance Company v. JP Morgan Chase Bank, N.A., et al.*, C.A. No. 11-30094-MAP (D. Mass. filed April 8, 2011);

*Massachusetts Mutual Life Insurance Company v. Goldman Sachs Mortgage Company, et al.*, C.A. No. 11-30126-MAP (D. Mass. filed May 5, 2011);

*Massachusetts Mutual Life Insurance Company v. Impac Funding Corporation, et al*, C.A. No. 11-30127-MAP (D. Mass. filed May 6, 2011);

*Massachusetts Mutual Life Insurance Company v. HSBC Bank USA, National Association, et al.*, C.A. No. 11-30141-MAP (D. Mass. filed May 20, 2011).

| | |
|---|---|
| DATED: February 17, 2012 | Respectfully submitted, |
| | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| | |
| | By /s/ Molly Stephens |
| | Harry A. Olivar, Jr. |
| | Molly Stephens |
| | 865 South Figueroa Street, 10th Floor |
| | Los Angeles, California 90017 |
| | |
| | Philippe Z. Selendy |
| | Jennifer J. Barrett |
| | 51 Madison Avenue |
| | New York, New York 10010 |
| | |
| | *Attorneys for Massachusetts Mutual Life Insurance Company* |