IRELL & MANELLA LLP
David Siegel (101355)
(dsiegel@irell.com)
A. Matthew Ashley (198235)
mashley@irell.com
Allison L. Libeu (244487)
alibeu@irell.com
Mytili Bala (277396)
mbala@irell.com
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067
Tel: (310) 277-1010
Fax: (310) 203-7199

Attorneys for Defendant Angelo Mozilo

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: COUNTRYWIDE FINANCIAL CORP. MORTGAGE-BACKED SECURITIES LITIGATION | Case No. 11-ML-02265-MRP (MANx) |
| | **DEFENDANT ANGELO MOZILO'S RESPONSE TO MASSACHUSETTS MUTUAL'S NOTICE OF LODGING** |
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY, | Judge: Hon. Mariana R. Pfaelzer |
| Plaintiff, | |
| v. | Case No. 11-CV-10414-MRP (MANx) |
| COUNTRYWIDE FINANCIAL CORPORATION, et al., | |
| Defendants. | |

In its Notice of Lodging (Document 104), Plaintiff submitted a recent opinion issued by the District of Massachusetts. *Mass. Mut. Life Ins. Co. v. RBS Fin. Prods., Inc., et al.*, No. 11-CV-30044-MAP, slip op. (D. Mass. Feb. 14, 2012). Given that Plaintiff submitted this opinion in advance of the motion to dismiss briefing, Mr. Mozilo notes the following with respect to the personal jurisdiction ruling in the Massachusetts case (as will be addressed in the upcoming briefing, the decision is important as to other issues):

- The case is factually inapposite to Mr. Mozilo as to personal jurisdiction issues. For instance, the Massachusetts decision found that the individual defendants, unlike Mr. Mozilo, "signed registration statements" and "directed the Corporate Defendants to sell securities in Massachusetts." *Id.* at 43.

- As we also will address in the upcoming briefing, courts within the Ninth Circuit do not permit allegations of "control person" liability to satisfy personal jurisdiction. *See, e.g., Toyz, Inc. v. Wireless Toyz, Inc.*, No. C 09-05091 JF (HRL), 2010 WL 334475, at *7-8 (N.D. Cal. Jan. 25, 2010); *Brown v. Gen. Steel Domestic Sales, LLC*, No. 08-00779, 2008 WL 2128057, at *11 (C.D. Cal. May 19, 2008); *see also Sher v. Johnson*, 911 F.2d 1357, 1365 (9th Cir. 1990) ("Liability and jurisdiction are independent. Liability depends on the relationship between the plaintiff and the defendants and between the individual defendants, jurisdiction depends only upon each defendant's relationship with the forum.").[1]

Dated: February 21, 2012

Respectfully submitted,

IRELL & MANELLA LLP

By: /s/ David Siegel / MGB
David Siegel
Attorneys for Defendant,
Angelo Mozilo

---

[1] *J2 Global Commc'ns Inc. v. Blue Jay, Inc.*, No. C 08-4254 PJH, 2009 WL 29905, at *7-8 (N.D. Cal. Jan. 5, 2009) did not rest on alleged control person status but instead examined the individual's "conduct in California to determine whether he developed sufficient minimum contacts for personal jurisdiction."

- 1 -