MATTHEW W. CLOSE (S.B. #188570)
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, CA 90071-2899
Telephone: (213) 430-6000
Facsimile: (213) 430-6407

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY,<br><br>Plaintiff(s)<br>v.<br><br>COUNTRYWIDE FINANCIAL CORPORATION, et al.,<br><br>Defendant(s). | CASE NUMBER<br><br>CV 11-10414 MRP (MANx)<br><br>ORDER ON<br>APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE |

The Court, having reviewed proof of payment of the applicable fee and accompanying Application of __William J. Sushon__, of __O'Melveny & Myers LLP, 7 Times Square, New York, NY 10036__
　　　　　*Applicant's Name*　　　　　　　　　　　　　　*Firm Name / Address*

__(212) 326-2000__　　　　　　　　　　　　　　　　　__wsushon@omm.com__
　*Telephone Number*　　　　　　　　　　　　　　　　　*E-mail Address*

for permission to appear and participate in the above-entitled action on behalf of　_ Plaintiff　X Defendant

_ Intervener or other interested person __Bank of America Corp., N.B. Holdings Corp, and Bank of America, N.A. (solely as successor in interest by July 1, 2011 de jure merger with BAC Home Loans Servicing, L.P. (f/k/a Countrywide Home Loans Servicing, L.P.))__

and the designation of __Matthew W. Close (S.B. #188570)__
　　　　　　　　　　　　　*Local Counsel Designee /State Bar Number*

of __O'Melveny & Myers LLP, 400 South Hope Street, Los Angeles, CA 90071-2899__
　　　　　　　*Local Counsel Firm / Address*

__(213) 430-6000__　　　　　　　　　　　　　　　　　__mclose@omm.com__
　*Telephone Number*　　　　　　　　　　　　　　　　　*E-mail Address*

as local counsel, hereby **ORDERS** the Application be:

　X GRANTED

　_ DENIED. Fee shall be returned by the Clerk.

　_ DENIED. For failure to pay the required Pro Hac Vice appearance fee.

Dated __February 16, 2012__　　　　　　__Mariana R. Pfaelzer__
　　　　　　　　　　　　　　　　　　　　　U. S. District Judge

GB64 ORDER (11/10)　　ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE