1  Adam S. Hakki (*pro hac vice*)
   ahakki@shearman.com
2  John Gueli (State Bar No. 171914)
   jgueli@shearman.com
3  SHEARMAN & STERLING LLP
   599 Lexington Avenue
4  New York, NY 10022
   Tel:  (212) 848-4000
5  Fax: (212) 848-7179

6  Stephen D. Hibbard (State Bar No. 177865)
   shibbard@shearman.com
7  SHEARMAN & STERLING LLP
   Four Embarcadero Center, Suite 3800
8  San Francisco, California  94111
   Tel:   (415) 616-1100
9  Fax:  (415) 616-1199

10 *Attorneys for Defendants*
   Countrywide Financial Corporation,
11 Countrywide Home Loans, Inc., CWALT,
   Inc., CWMBS, Inc., CWABS, Inc.,
12 CWHEQ, Inc., Countrywide Securities
   Corporation and N. Joshua Adler

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| In re COUNTRYWIDE FINANCIAL CORP. MORTGAGE-BACKED SECURITIES LITIGATION | Case No. 11-ML-02265-MRP (MANx) |
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> COUNTRYWIDE FINANCIAL CORPORATION, *et al.*, <br><br> Defendants. | Case No. 11-CV-10414-MRP (MANx) <br><br> **JOINT STIPULATION EXTENDING PAGE LIMITS FOR MOTION TO DISMISS BRIEFING** <br><br> Courtroom: 12 <br> Judge: Hon. Mariana R. Pfaelzer |

Pursuant to Federal Rule of Civil Procedure 6(b), plaintiff Massachusetts Mutual Life Insurance Company ("MassMutual"), defendants Countrywide Financial Corporation, Countrywide Home Loans, Inc., CWALT, Inc., CWMBS, Inc., CWABS, Inc., CWHEQ, Inc., and Countrywide Securities Corporation (collectively, the "Countrywide Defendants"), defendants Bank of America Corporation, Bank of America, N.A. (sued in its own name and as successor by July 1, 2011 *de jure* merger to BAC Home Loans Servicing, L.P. (named in this capacity as BAC Home Loans Servicing, L.P.)), and NB Holdings Corporation (collectively, the "Bank of America Defendants"), defendants J.P. Morgan Securities LLC (f/k/a J.P. Morgan Securities Inc.), Deutsche Bank Securities, Inc., UBS Securities LLC (collectively, the "Underwriter Defendants"), and defendants Angelo Mozilo, David Sambol, Eric Sieracki, Stanford Kurland, David A. Spector, N. Joshua Adler, Ranjit Kripalani and Jennifer Sandefur (collectively, the "Individual Defendants" and, together with the Countrywide Defendants, the Bank of America Defendants and the Underwriter Defendants, the "Defendants"), by and through their attorneys and subject to the Court's approval and order, hereby stipulate as follows:

WHEREAS, by Order dated February 1, 2012, Defendants' motions to dismiss the First Amended Complaint are due on February 27, 2012;

WHEREAS, the Court agreed at the February 15, 2012 Case Management Conference to allow bifurcated motion to dismiss briefing in this action with respect to certain threshold issues, including statute of limitations, standing, and personal jurisdiction arguments;

WHEREAS, Defendants intend to file motions to dismiss in the first phase of bifurcated briefing based on personal jurisdiction, statutory standing and statute of limitations arguments;

WHEREAS, the parties hereto agree that justification and good cause exists to extend the 25-page limitation for the Countrywide Defendants' Memorandum of

1

1 | Points and Authorities in Support of Their Motion to Dismiss the First Amended
2 | Complaint (the "Countrywide Defendants' Brief") to 40 pages;

3 |     WHEREAS, the parties hereto agree that the remaining defendants will file
4 | any memoranda in support their motions to dismiss as to issues not addressed, or not
5 | fully addressed as to them, in the Countrywide Defendants' Brief that shall not
6 | exceed 15 pages, and that those defendants will endeavor to limit the length of such
7 | memoranda to the greatest extent practicable through joinder of arguments made in
8 | the Countrywide Defendants' Brief; and

9 |     WHEREAS, the parties hereto agree that justification and good cause exists
10 | to extend the 25-page limitation for MassMutual's Memorandum of Points and
11 | Authorities in Opposition to the Countrywide Defendants' Motion to Dismiss the
12 | First Amended Complaint (the "MassMutual Opposition") to 40 pages, and that
13 | MassMutual shall have the right to respond to the motions to dismiss filed by the
14 | remaining defendants;

15 |     NOW THEREFORE, the parties hereby agree and stipulate, subject to the
16 | Court's approval, as follows:  The Countrywide Defendants' Brief and the
17 | MassMutual Opposition shall not exceed 40 pages in length.  Any memoranda filed
18 | in support of a motion to dismiss by any other defendant (i.e., other than the
19 | Countrywide Defendants) shall not exceed 15 pages, and MassMutual shall have the
20 | right to respond to such motions.

21 |
22 |     IT IS SO STIPULATED.
23 |
24 | Dated:  February 24, 2012       Plaintiff Massachusetts Mutual Life Insurance Company
25 |                                           By its attorneys,
26 |
27 |                                           /s/Harry A. Olivar, Jr.
28 |                                           Harry A. Olivar, Jr. (State Bar No. 143089)
   *harrolivar@quinnemanuel.com*

2

|     |     |     |
| --- | --- | --- |
| 1   |     | Molly Stephens (State Bar No. 232211) |
|     |     | *mollystephens@quinnemanuel.com* |
| 2   |     | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| 3   |     | 865 So. Figueroa Street, 10th Floor |
|     |     | Los Angeles, California 90017 |
| 4   |     | Tel: (213) 443-3000 |
|     |     | Fax: (213) 443-3100 |
| 5   |     |     |
|     |     | Philippe Z. Selendy (*pro hac vice*) |
| 6   |     | Jennifer Barrett (*pro hac vice*) |
|     |     | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| 7   |     | 51 Madison Avenue, 22nd Floor |
| 8   |     | New York, New York 10010-1601 |
| 9   | Dated: February 24, 2012 | Countrywide Financial Corporation, Countrywide Home Loans, Inc., CWALT, Inc., CWMBS, Inc., CWABS, Inc., CWHEQ, Inc., Countrywide Securities Corporation and N. Joshua Adler |
| 10  |     |     |
| 11  |     |     |
| 12  |     | By their attorneys, |
| 13  |     |     |
| 14  |     | /s/Adam S. Hakki |
|     |     | Adam S. Hakki (*pro hac vice*) |
| 15  |     | John Gueli (State Bar No. 171914) |
|     |     | Stephen D. Hibbard (State Bar No. 177865) |
| 16  | Dated: February 24, 2012 | Bank of America Corporation, Bank of America, N.A. (sued in its own name and as successor by July 1, 2011 *de jure* merger to BAC Home Loans Servicing, L.P. (named in this capacity as BAC Home Loans Servicing, L.P.)), and NB Holdings Corporation |
| 17  |     |     |
| 18  |     |     |
| 19  |     |     |
| 20  |     | By their attorneys, |
| 21  |     | /s/Matthew W. Close |
|     |     | Matthew W. Close (State Bar No. 188570) |
| 22  |     | *mclose@omm.com* |
|     |     | O'MELVENY AND MYERS LLP |
| 23  |     | 400 South Hope Street, 18th Floor |
|     |     | Los Angeles, CA 90071-2899 |
| 24  |     | Tel.: (213) 430-6000 |
|     |     | Fax: (213) 430-6407 |
| 25  |     |     |
| 26  |     |     |
|     |     | Jonathan Rosenberg (*pro hac vice forthcoming*) |
| 27  |     | *jrosenberg@omm.com* |
|     |     | William J. Sushon (*pro hac vice forthcoming*) |
| 28  |     | *wsushon@omm.com* |

| | | |
|---|---|---|
| 1 | | O'MELVENY AND MYERS LLP |
| 2 | | 7 Times Square<br>New York, New York 10036 |
| 3 | | Tel:  212-326-2000<br>Fax:  212-326-2061 |
| 4 | | |
| 5 | Dated:  February 24, 2012 | J.P. Morgan Securities LLC (f/k/a J.P. Morgan Securities, Inc.) |
| 6 | | By its attorneys, |
| 7 | | /s/Jeffrey L. McCormick |
| 8 | | Jeffrey L. McCormick<br>*jmccormick@robinsondonovan.com* |
| 9 | | ROBINSON DONOVAN<br>1500 Main Street #1600<br>Springfield, Massachusetts 01115 |
| 10 | | Tel: (413) 732-2301<br>Fax: (413) 452-0327 |
| 11 | | |
| 12 | | *Of Counsel*<br>Robert H. Barron |
| 13 | | Karin DeMasi<br>J. Wesley Earnhardt |
| 14 | | CRAVATH, SWAINE & MOORE LLP<br>825 Eighth Avenue |
| 15 | | New York, New York 10019<br>Tel: (212) 474-1000 |
| 16 | | |
| 17 | Dated:  February 24, 2012 | Deutsche Bank Securities, Inc. |
| 18 | | By its attorneys, |
| 19 | | |
| 20 | | /s/Thomas C. Rice<br>Thomas C. Rice |
| 21 | | David J. Woll<br>Alan Turner |
| 22 | | SIMPSON THACHER & BARTLETT<br>425 Lexington Avenue, |
| 23 | | New York, New York 10017<br>Tel: (212) 455-2000<br>Fax: (212) 455-2502 |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

| | | |
|---|---|---|
| 1 | Dated:  February 24, 2012 | UBS Securities LLC |
| 2 | | By its attorneys, |
| 3 | | /s/Dean J. Kitchens |
| 4 | | Dean J. Kitchens (State Bar No. 82096)<br>*dkitchens@gibsondunn.com* |
| 5 | | Alex Mircheff (State Bar No. 245074)<br>*amircheff@gibsondunn.com* |
| 6 | | GIBSON, DUNN & CRUTCHER LLP<br>333 South Grand Avenue, |
| 7 | | Los Angeles, California 90071-3197<br>Tel: (213) 229-7000 |
| 8 | | Fax: (213) 229-7520 |
| 9 | Dated:  February 24, 2012 | Angelo Mozilo |
| 10 | | By his attorneys, |
| 11 | | |
| 12 | | /s/David Siegel |
| 13 | | David Siegel (State Bar No. 101355)<br>*dsiegel@irell.com* |
| 14 | | A. Matthew Ashley (State Bar No. 198235)<br>*mashley@irell.com* |
| 15 | | Allison L. Libeu (State Bar No. 244487)<br>*alibeau@irell.com* |
| 16 | | Mytili Bala (State Bar No. 277396)<br>*mbala@irell.com* |
| 17 | | IRELL & MANELLA LLP<br>1800 Avenue of the Stars, Suite 900 |
| 18 | | Los Angeles, California 90067-4276<br>Tel:  (310) 277-1010<br>Fax:  (310) 203-7199 |
| 19 | | |
| 20 | Dated:  February 24, 2012 | David Sambol |
| 21 | | By his attorneys, |
| 22 | | |
| 23 | | /s/Michael C. Tu |
| 24 | | Michael C. Tu (State Bar No. 186793)<br>*mtu@orrick.com* |
| 25 | | ORRICK HERRINGTON & SUTCLIFFE LLP<br>777 South Figueroa Street, Suite 3200 |
| 26 | | Los Angeles, CA 90017<br>Tel: (213) 629-2020<br>Fax: (213) 612-2433 |
| 27 | | |
| 28 | | Michael D. Torpey (State Bar No. 79424)<br>*mtorpey@orrick.com* |

5

Frank M. Scaduto (State Bar No. 271451)
*fscaduto@orrick.com*
ORRICK HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105
Tel: (415) 773-5700
Fax: (415) 773-5759

Dated:  February 24, 2012

Eric Sieracki

By his attorneys,

/s/Joel M. Athey
Joel M. Athey (State Bar No. 214399)
*jathey@corbfitzlaw.com*
Jessica L. Tulk (State Bar No. 266258)
*jtulk@corbfitzlaw.com*
CORBIN, FITZGERALD & ATHEY, LLP
601 W. Fifth Street, Suite 1150
Los Angeles, California 90071
Tel:  (213) 612-0001
Fax:  (213) 612-0061

*Of counsel*
Nicholas C. Theodorou
*ntheodorou@foleyhoag.com*
Matthew E. Miller
*mmiller@foleyhoag.com*
Brandon F. White
*bfwhite@foleyhoag.com*
FOLEY HOAG LLP
Seaport World Trade Center West
155 Seaport Boulevard
Boston, Massachusetts 02210-2600
Tel: (617) 832-1000

| | | |
|---|---|---|
| 1 | Dated: February 24, 2012 | Stanford Kurland |
| 2 | | By his attorneys, |
| 3 | | |
| 4 | | /s/Christopher G. Caldwell |
| 5 | | Christopher G. Caldwell (Cal. Bar #106790)<br>*caldwell@caldwell-leslie.com* |
| 6 | | Jeanne A. Fugate (Cal. Bar #236341)<br>*fugate@caldwell-leslie.com* |
| 7 | | Kelly L. Perigoe (Cal. Bar #268872)<br>*perigoe@caldwell-leslie.com* |
| 8 | | CALDWELL LESLIE & PROCTOR, PC<br>1000 Wilshire Boulevard, Suite 600 |
| 9 | | Los Angeles, California 90017-2463<br>Tel: (213) 629-9040<br>Fax: (213) 629-9022 |
| 10 | | |
| 11 | Dated: February 24, 2012 | David A. Spector |
| 12 | | By his attorneys, |
| 13 | | |
| 14 | | /s/Noah Graff |
| 15 | | Noah Graff (State Bar No. 192795)<br>*graff@hugheshubbard.com* |
| 16 | | HUGHES HUBBARD & REED LLP<br>350 S. Grand Avenue, 36th Floor |
| 17 | | Los Angeles, California 90071<br>Tel: (213) 613-2800 |
| 18 | | Fax: (213) 613-2950 |
| 19 | | *Of counsel*<br>Seth L. Levine (*pro hac vice*) |
| 20 | | *slevine@levinelee.com*<br>LEVINE LEE LLP |
| 21 | | 570 Lexington Avenue, 16th Floor<br>New York, NY 10022 |
| 22 | | Tel: (212) 223-4400<br>Fax: (212) 223-4425 |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

7

Dated: February 24, 2012

Ranjit Kripalani and Jennifer Sandefur

By their attorneys,

/s/Dennis J. Kelly
Dennis J. Kelly
*dkelly@burnslev.com*
Matthew J. Tuttle
*mtuttle@burnslev.com*
Andrea L. Martin
*amartin@burnslev.com*
BURNS & LEVINSON LLP
125 Summer Street
Boston, Massachusetts 02110-1624
Tel: (617) 345-3000
Fax: (617) 345-3299

# **CERTIFICATE OF SERVICE**

I, Darren K. Ishmael, declare:

I am a citizen of the United States and employed in New York County, New York, at the office of a member of the bar of this Court at whose direction this service was made. I am over the age of 18 and not a party to the within action. I am a resident or employed in the county where the mailing occurred. My business address is 599 Lexington Avenue, NY NY 10022. I am readily familiar with this firm's practice for collecting and processing correspondence for mailing with the United States Postal Service. On the same day that correspondence is placed for collection and mailing, it is processed and deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

I hereby certify that, on **February 24, 2012**, the documents listed below were electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses registered, as denoted on the attached Electronic Mail Notice List, and were subsequently mailed via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List:

**1.   JOINT STIPULATION EXTENDING PAGE LIMITS FOR MOTION TO DISMISS BRIEFING;**

**2.   [PROPOSED] ORDER GRANTING JOINT STIPULATION EXTENDING PAGE LIMITS FOR MOTION TO DISMISS BRIEFING.**

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on **February 24, 2012**, at New York, New York.

/s/Darren K. Ishmael
Darren K. Ishmael

# Mailing Information for a Case 2:11-cv-10414-MRP-MAN

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Miriam Alinikoff**
  malinikoff@levinelee.com

- **A Matthew Ashley**
  mashley@irell.com,sknight@irell.com

- **Joel M Athey**
  jathey@corbfitzlaw.com,sv@corbfitzlaw.com

- **Mytili Gowri Bala**
  mbala@irell.com

- **Christopher G Caldwell**
  caldwell@caldwell-leslie.com,hammer@caldwell-leslie.com, ,hong@caldwell-leslie.com,perigoe@caldwell-leslie.com,pettit@caldwell-leslie.com,hayes@caldwell-leslie.com,popescu@caldwell-leslie.com,strother@caldwell-leslie.com,wilson@caldwell-leslie.com

- **Matthew W Close**
  mclose@omm.com

- **Kirsten Nelson Cunha**
  kirsten.cunha@shearman.com

- **Michael M Farhang**
  mfarhang@gibsondunn.com

- **Jeanne A Fugate**
  fugate@caldwell-leslie.com,harper@caldwell-leslie.com,wilson@caldwell-leslie.com

- **Holly L Gershow**
  hgershow@irell.com

- **Noah Graff**
  graff@hugheshubbard.com,sahimi@hugheshubbard.com,james@hugheshubbard.com

- **Adam S Hakki**
  ahakki@shearman.com

- **Dennis J Kelly**
  dkelly@burnslev.com

- **Dean J Kitchens**
  dkitchens@gibsondunn.com,MOstrye@gibsondunn.com

- **Scott B Klugman**
  sklugman@levinelee.com

- **Seth L Levine**
  slevine@levinelee.com

- **Allison Lauren Libeu**
  alibeu@irell.com,lstevens@irell.com

- **Thomas F Maffei**
  tmaffei@gtmllp.com

- **Andrea L Martin**
  amartin@burnslev.com,nmurphy@burnslev.com,mtuttle@burnslev.com

- **Scott McConchie**
  sm@gtmllp.com

- **Alexander K Mircheff**
  amircheff@gibsondunn.com,inewman@gibsondunn.com

- **Christopher Anthony Nowlin**
  cnowlin@gibsondunn.com

- **Harry A Olivar , Jr**
  harryolivar@quinnemanuel.com,christineparga@quinnemanuel.com

- **Kelly L Perigoe**
  perigoe@caldwell-leslie.com

- **Michelle K Pulley**
  mpulley@gibsondunn.com

- **Andrea J Robinson**
  andrea.robinson@wilmerhale.com

- **Philippe Z Selendy**
  philippeselendy@quinnemanuel.com

- **David Siegel**
  dsiegel@irell.com,rgrazziani@irell.com

- **Molly C Stephens**
  mollystephens@quinnemanuel.com,lorettasoto@quinnemanuel.com,calendar@quinnemanuel.com

- **William J Sushon**
  wsushon@omm.com

- **Michael C Tu**
  mtu@orrick.com

- **Jessica L Tulk**
  jtulk@corbfitzlaw.com

- **A William Urquhart**
  billurquhart@quinnemanuel.com

- **Brandon F White**
  bfwhite@foleyhoag.com

# Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Jennifer J Barrett
Quinn  Emanuel Urquhart & Sullivan LLP
51 Madison Avenue   22nd Floor
New York, NY

Brian J Boyle
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

Katherine B Dirks
Wilmer Hale LLP
60 State Street
Boston, MA 02109

Adam Hornstine
Wilmer Hale LLP
60 State Street
Boston, MA 02109

Edward J McDonough                                          , Jr
Egan Flanagan & Cohen PC
67 Market Street
P O Box 9035
Springfield, MA 01102-9035

Matthew E Miller
Foley Hoag LLP
Seaport World Trade Center West
155 Seaport Boulevard
Boston, MA 02210

Jeffrey B Rudman
Wilmer Hale LLP
60 State Street
Boston, MA 02109

Stephen E Spelman
Egan Flanagan & Cohen PC
67 Market Street
P O Box 9035
Springfield, MA 01102-9035
```

**Nicholas C Theodorou**
Foley Hoag LLP
Seaport World Trade Center West
155 Seaport Boulevard
Boston, MA 02210

**Christopher B Zimmerman**
Wilmer Hale LLP
60 State Street
Boston, MA 02109