Adam S. Hakki (*pro hac vice*)
ahakki@shearman.com
John Gueli (State Bar No. 171914)
jgueli@shearman.com
SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, NY 10022
Tel: (212) 848-4000
Fax: (212) 848-7179

Stephen D. Hibbard (State Bar No. 177865)
shibbard@shearman.com
SHEARMAN & STERLING LLP
Four Embarcadero Center, Suite 3800
San Francisco, California 94111
Tel:   (415) 616-1100
Fax:   (415) 616-1199

*Attorneys for Defendants*
Countrywide Financial Corporation,
Countrywide Home Loans, Inc., CWALT,
Inc., CWMBS, Inc., CWABS, Inc.,
CWHEQ, Inc., Countrywide Securities
Corporation and N. Joshua Adler

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| In re COUNTRYWIDE FINANCIAL CORP. MORTGAGE-BACKED SECURITIES LITIGATION | Case No. 11-ML-02265-MRP (MANx) |
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>COUNTRYWIDE FINANCIAL CORPORATION, *et al.*,<br><br>Defendants. | Case No. 11-CV-10414-MRP (MANx)<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION EXTENDING PAGE LIMITS FOR MOTION TO DISMISS BRIEFING**<br><br>Courtroom: 12<br>Judge: Hon. Mariana R. Pfaelzer |

1  Pursuant to the parties' February 24, 2012 stipulation (the February 24, 2012
2  Stipulation), IT IS HEREBY ORDERED THAT:
3  The Countrywide Defendants' Brief and the MassMutual Opposition (as those
4  terms are defined in the February 24, 2012 Stipulation) shall not exceed 40 pages in
5  length.  Any memoranda filed in support of a motion to dismiss by any other
6  defendant (i.e., other than the Countrywide Defendants) shall not exceed 15 pages,
7  and MassMutual shall have the right to respond to such motions.

10  Dated: _____, 2012   _____
                                      HON. MARIANA R. PFAELZER
11                                    UNITED STATES DISTRICT JUDGE