BURNS & LEVINSON LLP
Dennis J. Kelly
dkelly@burnslev.com
Matthew J. Tuttle
mtuttle@burnslev.com
Andrea L. Martin
amartin@burnslev.com
125 Summer Street
Boston, MA 02110-1624
Tel: (617) 345-3000
Fax: (617) 345-3299

*Attorneys for Defendants*
Ranjit Kripalani and Jennifer Sandefur

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re COUNTRYWIDE FINANCIAL CORP. MORTGAGE- BACKED SECURITIES LITIGATION | Case No. 11-ML-02265-MRP (MANx) |
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>COUNTRYWIDE FINANCIAL CORPORATION, et al.,<br><br>Defendants. | Case No. 11-CV-10414-MRP (MANx)<br><br>**DECLARATION OF MATTHEW J. TUTTLE IN SUPPORT OF APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE**<br><br>Judge:  Hon. Mariana R. Pfaelzer |

1  I, Matthew J. Tuttle, declare as follows:

2  1.  I am a Partner in the law firm of Burns & Levinson LLP in Boston, Massachusetts. The facts set forth in this Declaration are based on my personal knowledge, and, if called as a witness, I could and would testify competently with respect thereto.

3  2.  I submit this Declaration in support of the Application Of Non-Resident Attorney To Appear In A Specific Case ("Application"), filed today, by which I seek permission to appear before the Court in this action on behalf of Defendants Ranjit Kripalani and Jennifer Sandefur.

4  3.  My law firm began representing Defendants Kripalani and Sandefur in this action when it was initially filed in the United States District Court for the District of Massachusetts. Two attorneys from my firm, Dennis J. Kelly and Andrea L. Martin, formally appeared before the District of Massachusetts on behalf of Defendants Kripalani and Sandefur.

5  4.  The action was transferred from the District of Massachusetts to this Court on December 19, 2011, pursuant to an MDL Conditional Transfer Order, becoming part of the MDL proceedings known as *In re Countrywide Financial Corp. Mortgage-Backed Securities Litigation.*

6  5.  Upon the transfer of the case, Attorneys Kelly and Martin from my office were permitted to appear before this Court and register with the Court's CM/ECF system in accordance with MDL procedures based on their appearance in the District of Massachusetts. Pursuant to MDL procedures, Attorneys Kelly and Martin were not required to designate local counsel in order to formally appear.

7  6.  Although I was working on this matter with Attorneys Kelly and Martin while the case was pending in the District of Massachusetts, I had not filed a formal appearance and, therefore, was not admitted to appear before this Court upon the action's transfer.

7. Since the transfer of the action to this Court, I have become much more active in the case because Attorney Martin has been and will be out of our office for a number of months on maternity leave. In particular, I would like to take over responsibility from Attorney Martin for the electronic filings in this action and need to become registered with the Court's CM/ECF system in order to do so.

8. I am seeking leave to formally appear in this action by filing the appropriate Application, certificate of good standing, and pro hac vice appearance fee. Neither my firm nor our clients, however, have retained local counsel to appear in this MDL action and, therefore, I am unable to complete the portion of the Application designating local counsel.

9. Because of the somewhat unusual procedural and practical posture of the case and the timing of my Application, I am respectfully requesting leave to appear before the Court in this action without having designated local counsel.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this first day of March, 2012 at Boston, Massachusetts.

/s/ Matthew J. Tuttle
Matthew J. Tuttle