| Name & Address:<br>Matthew J. Tuttle (MA Bar # 562758)<br>BURNS & LEVINSON LLP<br>125 Summer Street<br>Boston, MA 02110<br>Tel. (617) 345-3000  Fax. (617) 345-3299<br>mtuttle@burnslev.com | |
|---|---|

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY<br><br>                                              Plaintiff(s)<br>v.<br><br>COUNTRYWIDE FINANCIAL CORPORATION et al.<br><br>                                              Defendant(s). | CASE NUMBER:<br><br>2:11-cv-10414-MRP MAN<br><hr>ORDER ON<br>APPLICATION OF NON-RESIDENT ATTORNEY<br>TO APPEAR IN A SPECIFIC CASE |
|---|---|

The Court, having reviewed proof of payment of the applicable fee and accompanying Application

of __Matthew J. Tuttle__ , of __Burns & Levinson LLP, 125 Summer St., Boston, MA 02110__
   *Applicant's Name*                                                 *Firm Name / Address*

__(617)-345-3000__                                                   __mtuttle@burnslev.com__
   *Telephone Number*                                                  *E-mail Address*

for permission to appear and participate in the above-entitled action on behalf of  ☐ Plaintiff   ☑ Defendant

☐ Intervener or other interested person __Ranjit Kripalani and Jennifer Sandefur__

and the designation of _____
                                                    *Local Counsel Designee /State Bar Number*

of _____
                                                    *Local Counsel Firm / Address*


_____                          _____
        *Telephone Number*                                           *E-mail Address*

as local counsel, hereby **ORDERS** the Application be:

   ☐ GRANTED
   ☐ DENIED.  Fee shall be returned by the Clerk.
   ☐ DENIED.  For failure to pay the required Pro Hac Vice appearance fee.


Dated _____           _____
                                                                U. S. District Judge/U.S. Magistrate Judge

G-64 ORDER (11/10)         ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE