1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Harry A. Olivar, Jr. (Bar No. 143089)
2  harryolivar@quinnemanuel.com
   Molly Stephens (Bar No. 232211)
3  mollystephens@quinnemanuel.com
   865 South Figueroa Street, 10th Floor
4  Los Angeles, California  90017
   Telephone:   (213) 443-3000
5  Facsimile:   (213) 443-3100

6  Philippe Z. Selendy (admitted *pro hac vice*)
   philippeselendy@quinnemanuel.com
7  Jennifer J. Barrett (admitted *pro hac vice*)
   jenniferbarrett@quinnemanuel.com
8  51 Madison Avenue
   New York, New York 10010
9  Telephone:   (212) 849-7000
   Facsimile:   (212) 849-7100
10
   Attorneys for Plaintiff Massachusetts
11 Mutual Life Insurance Company

12            UNITED STATES DISTRICT COURT

13            CENTRAL DISTRICT OF CALIFORNIA

14

| | |
|---|---|
| In re COUNTRYWIDE FINANCIAL CORP. MORTGAGE-BACKED SECURITIES LITIGATION | Case No. 11-ML-02265-MRP (MANx) |
| | Case No. 11-CV-10414-MRP (MANx) |
| | ORDER GRANTING JOINT STIPULATION EXTENDING PAGE LIMITS FOR PLAINTIFF'S OPPOSITION TO INDIVIDUAL DEFENDANTS' MOTIONS TO DISMISS THE FIRST AMENDED COMPLAINT |
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY, | |
| Plaintiff, | |
| vs. | Date:        April 9, 2012 Time:        11:00 a.m. Courtroom:   12 Judge: Hon. Mariana R. Pfaelzer |
| COUNTRYWIDE FINANCIAL CORPORATION, *et al.*, | |
| Defendants. | |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Pursuant to the parties' March 15, 2012 joint stipulation extending page limits, IT IS HEREBY ORDERED THAT:

Plaintiff Massachusetts Mutual Life Insurance Company shall file a consolidated opposition brief to the motions to dismiss filed by defendants Angelo Mozilo, David Sambol, Eric Sieracki, Stanford Kurland, David A. Spector, N. Joshua Adler, Ranjit Kripalani and Jennifer Sandefur (collectively, the "Individual Defendants") not to exceed 30 pages in length.

Dated:  March 19, 2012

_____
HON. MARIANA R. PFAELZER
UNITED STATES DISTRICT JUDGE

1