QUINN EMANUEL URQUHART & SULLIVAN, LLP
Harry A. Olivar, Jr. (Bar No. 143089)
harryolivar@quinnemanuel.com
Molly Stephens (Bar No. 232211)
mollystephens@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Philippe Z. Selendy (admitted *pro hac*)
philippeselendy@quinnemanuel.com
Jennifer J. Barrett (admitted *pro hac*)
jenniferbarrett@quinnemanuel.com
51 Madison Avenue
New York, New York 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

Attorneys for Plaintiff Massachusetts Mutual Life Insurance Company

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re COUNTRYWIDE FINANCIAL CORP. MORTGAGE-BACKED SECURITIES LITIGATION | Case No. 11-ML-02265-MRP (MANx)<br><br>MASSMUTUAL'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF ITS OPPOSITION TO THE COUNTRYWIDE DEFENDANTS' MOTION TO DISMISS<br><br>Date: April 9, 2012<br>Time: 11:00 a.m.<br>Courtroom: 12<br>Judge: Hon. Mariana R. Pfaelzer |
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTRYWIDE FINANCIAL CORPORATION, *et al.*,<br><br>Defendants. | CASE NO. 11-CV-10414-MRP (MANx) |

Pursuant to Rule 201 of the Federal Rules of Evidence, Plaintiff Massachusetts Mutual Life Insurance Company ("MassMutual") hereby requests that the Court take judicial notice of the following exhibits:

Exhibit A: A true and correct copy of relevant excerpts of the Countrywide Defendants' demurrer, filed on July 22, 2010, in *MBIA Insurance Corp. v. Bank of America Corp.*, Case No. BC417572 (Los Angeles Superior Court).

Exhibit B: A true and correct copy of the tolling agreement among MassMutual, Countrywide Financial Corporation, and Merrill Lynch Mortgage Capital Inc., effective as of April 11, 2011.

Exhibit C: A true and correct copy of relevant excerpts of Countrywide Securities Corporation's Annual Audited Report Form X-17A-5, Part III, for the period from January 1 to December 31, 2006, filed with the Securities and Exchange Commission in March 2007.

Exhibit D: A true and correct copy of relevant excerpts of the prospectus supplement for CWABS Asset-Backed Certificates, Series 2006-16, filed with the Securities and Exchange Commission in October 2006.

Judicial notice of Exhibit A is proper because it is a court filing by one of the parties to the instant suit, "not subject to reasonable dispute," and capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned. See Fed. R. Evid. 201(b); *Reyn's Pasta Bella, LLC v. Visa USA, Inc.*, 442 F.3d 741, 746 n.6 (9th Cir. 2006) ("We may take judicial notice of court filings and other matters of public record."). Judicial notice of Exhibit B is proper for the same reasons; it is a contract executed by one or more parties to this

1 lawsuit that defendants do not dispute and that bears on their statute of limitations
2 arguments.  See Countrywide Motion to Dismiss at 16-17; *Valley Fruit Orchards,*
3 *LLC v. Global Horizons Manpower, Inc.*, 2010 WL 1286367 , at *2 (E.D. Wash.
4 Mar. 26, 2010) (taking judicial notice of contracts between the parties because they
5 were not subject to reasonable dispute).

6 Judicial notice of Exhibits C and D is proper because the exhibits are
7 referenced in, but not attached to, MassMutual's First Amended Complaint and/or
8 public documents filed with the Securities and Exchange Commission cited to
9 establish a fact not subject to reasonable dispute.  *See, e.g.*, *In re Silicon Graphics,*
10 *Inc. Sec. Litig.*, 183 F.3d 970, 986 (9th Cir. 1999); *Maine State Ret. Sys. v.*
11 *Countrywide Fin. Corp.*, 722 F. Supp. 2d 1157, 1160 n.1 (C.D. Cal. 2010) (Pfaelzer,
12 J.) (citing *Dreiling v. Am. Express Co.*, 458 F.3d 942, 946 n.2 (9th Cir. 2006)).

13 Judicial notice is therefore proper of all the exhibits listed above.

15 DATED: March 19, 2012               Respectfully submitted,

16                                     QUINN EMANUEL URQUHART &
                                       SULLIVAN, LLP

19                                     By  /s/ Harry A. Olivar, Jr.
                                          Harry A. Olivar, Jr.
                                          Molly Stephens
20                                        865 South Figueroa Street, 10th Floor
                                          Los Angeles, CA 90017
21                                        (213) 443-3000
                                          Fax (213) 443-3100

23                                        Philippe Z. Selendy (admitted *pro hac*)
                                          Jennifer J. Barrett (admitted *pro hac*)
24                                        51 Madison Avenue, 22nd Floor
                                          New York, NY 10010
25                                        (212) 849-7000
                                          Fax (212) 849-7100

26                                        *Attorneys for Plaintiff Massachusetts*
                                          *Mutual Life Insurance Company*