Sullivan & Cromwell LLP
Robert A. Sacks (SBN 150146)
1888 Century Park East
Los Angeles, California 90067-1725
Tel: (310) 712-6600; Facsimile: (310) 712-8800
sacksr@sullcrom.com

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re COUNTRYWIDE FINANCIAL CORP. MORTGAGE-BACKED SECURITIES LITIGATION | Case No. 11-ML-02265-MRP (MANx)<br><br>Case No. 11-CV-10414-MRP (MANx) |
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY,<br><br>Plaintiff<br><br>v.<br><br>COUNTRYWIDE FINANCIAL CORPORATION, et al.,<br><br>Defendants. | **APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE** |

NOTICE:   Effective November 1, 2011, the fee for *Pro Hac Vice* Appearance is $325.00 for **each case** application. Please submit the fee with your application, if you are efiling the application attach a copy of your receipt. Pursuant to Local Rule 83-2.4, submission of this application and the fee is waived for attorneys for the United States, its departments and agencies with Appointment Affidavits on file with the Clerk. If no Appointment Affidavit is on file, submission of the application is required. **The Pro Hac Vice appearance fee must be paid in full before any appearance will be permitted. Proof of payment receipt must be attached to this application.**

A **CERTIFICATE OF GOOD STANDING** for the application from the state in which the applicant is a member of the bar, and which has been issued within 30 days, must be attached to this application.

I, __Christopher D. Belelieu_____, hereby apply to the Court under Local Rules 83-2.3 and 83-2.8.2 for permission to appear and participate in the above-entitled action on behalf of ☐ Plaintiff  ☒ Defendant: __J.P. Morgan Securities LLC (f/k/a J.P. Morgan Securities Inc.)___ by whom I have been retained.

My business information is:
__CRAVATH, SWAINE & MOORE LLP_____
                              *Firm Name*

__825 Eighth Avenue_____
                              *Street Address*

__New York, New York, 10019_____     __cbelelieu@cravath.com_____
          *City, State, Zip*                                              *E-Mail Address*

__(212) 474-1000_____                 __(212) 474-3700_____
          *Telephone Number*                                        *Fax Number*

I am a member in good standing and eligible to practice before the following courts. List all that apply. Attach additional pages if necessary.

| Title of Court | Date of Admission |
|---|---|
| State of New York | 2/27/2007 |
| United States District Court for the Southern District of New York | 5/8/2007 |
| United States District Court for the Eastern District of New York | 5/16/2007 |
| United States Court of Appeals for the Second Circuit | 3/13/2012 |

PAID
MAR 30 2012
Clerk, US District Court
COURT 4612

G-64 (11/11)          APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE          PAGE 1 OF 2

I am not a resident of the State of California. I am not regularly employed in, or engaged in substantial business, professional, or other activities in the State of California. I am not currently suspended from, and I have never been disbarred from practice in any court.

I have concurrently, and within (3) years of this application, made *Pro Hac Vice* applications to this Court in the following actions. List all that apply. Attach additional pages if necessary.

| Case Number | Title of Action | Date of Application | Application Granted or Denied |
|---|---|---|---|
| N/A | | | |
| | | | |
| | | | |
| | | | |

If any *Pro Hac Vice* applications submitted within three (3) years of this application have been denied by the Court, please explain:

I designate <u>Robert A. Sacks</u> as local counsel, whose business information is as follows:

<u>Sullivan and Cromwell LLP</u>
*Firm Name*

<u>1888 Century Park East</u>
*Street Address*

<u>Los Angeles, California, 90067-1725</u>         <u>sacksr@sullcrom.com</u>
*City, State, Zip*                                *E-Mail Address*

<u>(310) 712-6600</u>                             <u>(310) 712-8800</u>
*Telephone Number*                              *Fax Number*

who is a member in good standing of the Bar of this Court and maintains an office in the Central District of California for the practice of law, as the attorney with whom the Court and opposing counsel may readily communicate regarding the conduct of this case, and upon whom papers may be served.

I declare under penalty of perjury that the foregoing is true and correct and that I am familiar with the Local Rules, the Local Criminal Rules, the F.R. Civ. P., the F.R. Crim. P., and the F.R. Evidence. I also consent to electronic service.

Dated   <u>April 2, 2012</u>                     Christopher D. Belelieu
                                                 *Applicant's Name (please print)*

                                                 /s/ Christopher D. Belelieu
                                                 *Applicant's Signature*

I hereby consent to the foregoing designation as local counsel and I consent to electronic service.

Dated   <u>April 2, 2012</u>                     Robert A. Sacks
                                                 *Designee's Name (please print)*

                                                 /s/ Robert A. Sacks
                                                 *Designee's Signature*

                                                 150146
                                                 *Designee's California State Bar Number*

**NOTE:** COUNSEL AND PARTIES ARE REMINDED TO SUBMIT A COMPLETED *ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE* (G-64 ORDER) ALONG WITH THIS APPLICATION.

# Appellate Division of the Supreme Court of the State of New York
# First Judicial Department

I, Susanna Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, certify that

## CHRISTOPHER DANIEL BELELIEU

was duly licensed and admitted to practice as an Attorney and Counsellor at Law in all the courts of the State of New York on **February 27, 2007**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counsellors at Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an attorney and counsellor at law.

In Witness Whereof, I have hereunto set my hand and affixed the seal of this court on

**March 28, 2012**

_____
Clerk of the Court

367

```
Court Name: U.S. District Court
Division: 2
Receipt Number: LA039918
Cashier ID: 11cash
Transaction Date: 03/30/2012
Payer Name: NATIONWIDE LEGAL INC
------------------------------------
PRO HAC VICE
 For: NATIONWIDE LEGAL INC
 Case/Party: D-CAC-2-12-AT-002012-001
 Amount:       $325.00
------------------------------------
CHECK
 Check/Money Order Num: 0579
 Amt Tendered: $325.00
------------------------------------
Total Due:     $325.00
Total Tendered: $325.00
Change Amt:    $0.00

11cv10414 christopher d belelieu

cravath swaine n moore llp 825 5th
ave new york ny 10019


No refunds without original
receipt. Returned checks will be
assessed a fee of $53.00.
```