CM-015

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address):<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>Harry A. Olivar, Jr. (Bar No. 143089); Molly Stephens (Bar No. 232111)<br>865 South Figueroa Street, 10th Floor<br>Los Angeles, California 90017<br>TELEPHONE NO.: 213-443-3000   FAX NO. (Optional): 213-443-3100<br>E-MAIL ADDRESS (Optional): harryolivar@quinnemanuel.com<br>ATTORNEY FOR (Name): Plaintiff Massachusetts Mutual Life Insurance Co. | FOR COURT USE ONLY |
|---|---|
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF Los Angeles<br>STREET ADDRESS: 111 North Hill Street<br>MAILING ADDRESS: 111 North Hill Street<br>CITY AND ZIP CODE: Los Angeles, California 90017<br>BRANCH NAME: Central | |
| PLAINTIFF/PETITIONER: Massachusetts Mutual Life Insurance Company | CASE NUMBER:<br>BC482950 |
| DEFENDANT/RESPONDENT: Angelo Mozilo, et al. | JUDICIAL OFFICER:<br>Hon. Ralph W. Dau |
| **NOTICE OF RELATED CASE** | DEPT.:<br>57 |

*Identify, in chronological order according to date of filing, all cases related to the case referenced above.*

1. a. Title: David H. Luther, et al. v. Countrywide Financial Corporation, et al.
   b. Case number: BC380698
   c. Court: [✓] same as above
      [ ] other state or federal court (name and address):
   d. Department: 311
   e. Case type: [ ] limited civil  [✓] unlimited civil  [ ] probate  [ ] family law  [ ] other (specify):
   f. Filing date: November 14, 2007
   g. Has this case been designated or determined as "complex?"  [✓] Yes  [ ] No
   h. Relationship of this case to the case referenced above (check all that apply):
      [ ] involves the same parties and is based on the same or similar claims.
      [✓] arises from the same or substantially identical transactions, incidents, or events requiring the determination of the same or substantially identical questions of law or fact.
      [ ] involves claims against, title to, possession of, or damages to the same property.
      [ ] is likely for other reasons to require substantial duplication of judicial resources if heard by different judges.
         [ ] Additional explanation is attached in attachment 1h
   i. Status of case:
      [✓] pending
      [ ] dismissed  [ ] with  [ ] without prejudice
      [ ] disposed of by judgment

2. a. Title: MBIA Insurance Corporation v. Bank of America Corporation, et al.
   b. Case number: BC417572
   c. Court: [✓] same as above
      [ ] other state or federal court (name and address):
   d. Department: 311

Page 1 of 3

| Form Approved for Optional Use<br>Judicial Council of California<br>CM-015 [Rev. July 1, 2007] | **NOTICE OF RELATED CASE** | Cal. Rules of Court, rule 3.300<br>www.courtinfo.ca.gov |
|---|---|---|

CM-015

| PLAINTIFF/PETITIONER: Massachusetts Mutual Life Insurance Company | CASE NUMBER: BC482950 |
|---|---|
| DEFENDANT/RESPONDENT: Angelo Mozilo, et al. | |

2. *(continued)*
   e. Case type: ☐ limited civil ☑ unlimited civil ☐ probate ☐ family law ☐ other *(specify)*:
   f. Filing date: July 10, 2009
   g. Has this case been designated or determined as "complex?" ☑ Yes ☐ No
   h. Relationship of this case to the case referenced above *(check all that apply)*:
      ☐ involves the same parties and is based on the same or similar claims.
      ☑ arises from the same or substantially identical transactions, incidents, or events requiring the determination of the same or substantially identical questions of law or fact.
      ☐ involves claims against, title to, possession of, or damages to the same property.
      ☐ is likely for other reasons to require substantial duplication of judicial resources if heard by different judges.
         ☐ Additional explanation is attached in attachment 2h
   i. Status of case:
      ☑ pending
      ☐ dismissed ☐ with ☐ without prejudice
      ☐ disposed of by judgment

3. a. Title: Massachusetts Mutual Life Insurance Company v. Countrywide Financial Corporation, et al.
   b. Case number: 11-CV-10414-MRP (MANx)
   c. Court: ☐ same as above
      ☑ other state or federal court *(name and address)*: U.S. Dist. Ct. for the Central Dist. of California
   d. Department:
   e. Case type: ☐ limited civil ☑ unlimited civil ☐ probate ☐ family law ☐ other *(specify)*:
   f. Filing date: September 1, 2011
   g. Has this case been designated or determined as "complex?" ☐ Yes ☐ No
   h. Relationship of this case to the case referenced above *(check all that apply)*:
      ☐ involves the same parties and is based on the same or similar claims.
      ☑ arises from the same or substantially identical transactions, incidents, or events requiring the determination of the same or substantially identical questions of law or fact.
      ☐ involves claims against, title to, possession of, or damages to the same property.
      ☐ is likely for other reasons to require substantial duplication of judicial resources if heard by different judges.
         ☐ Additional explanation is attached in attachment 3h
   i. Status of case:
      ☑ pending
      ☐ dismissed ☐ with ☐ without prejudice
      ☐ disposed of by judgment

4. ☐ Additional related cases are described in Attachment 4. Number of pages attached: _____

Date: April 24, 2012

Harry A. Olivar, Jr.
(TYPE OR PRINT NAME OF PARTY OR ATTORNEY)

▶ *[signature]*
(SIGNATURE OF PARTY OR ATTORNEY)

CM-015 [Rev. July 1, 2007]   **NOTICE OF RELATED CASE**   Page 2 of 3

CM-015

| PLAINTIFF/PETITIONER: Massachusetts Mutual Life Insurance Company | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: Angelo Mozilo, et al. | BC482950 |

## PROOF OF SERVICE BY FIRST-CLASS MAIL
### NOTICE OF RELATED CASE

*(NOTE: You cannot serve the Notice of Related Case if you are a party in the action. The person who served the notice must complete this proof of service. The notice must be served on all known parties in each related action or proceeding.)*

1. I am at least 18 years old and **not a party to this action.** I am a resident of or employed in the county where the mailing took place, and my residence or business address is *(specify):*

   865 South Figueroa Street, 10th Floor
   Los Angeles, California 90017

2. I served a copy of the *Notice of Related Case* by enclosing it in a sealed envelope with first-class postage fully prepaid and *(check one):*
   a. ☐ deposited the sealed envelope with the United States Postal Service.
   b. ☑ placed the sealed envelope for collection and processing for mailing, following this business's usual practices, with which I am readily familiar. On the same day correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service.

3. The *Notice of Related Case* was mailed:
   a. on *(date):* April 24, 2012
   b. from *(city and state):* Los Angeles, California

4. The envelope was addressed and mailed as follows:

   a. Name of person served:

   Street address:
   City:
   State and zip code:

   b. Name of person served:

   Street address:
   City:
   State and zip code:

   c. Name of person served:

   Street address:
   City:
   State and zip code:

   d. Name of person served:

   Street address:
   City:
   State and zip code:

☑ Names and addresses of additional persons served are attached. *(You may use form POS-030(P).)*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: April 24, 2012

Christine Parga                                           ► *Christine Parga* (signature)
(TYPE OR PRINT NAME OF DECLARANT)                         (SIGNATURE OF DECLARANT)

# SERVICE LIST

*MBIA Insurance Corp. v. Bank of America Corp., et al.*

| | |
|---|---|
| Dean Kitchens<br>*DKitchens@gibsondunn.com*<br>Elizabeth M. Burnside<br>*EBurnside@gibsondunn.com*<br>**GIBSON DUNN & CRUTCHER LLP**<br>333 South Grand Avenue<br>Los Angeles, CA 90071-3197<br>Tel: (213) 229-7000<br>Fax: (213) 229-7520 | Counsel for Defendants<br>**GREENWICH CAPITAL MARKETS (NOW KNOWN AS RBS SECURITIES INC.), HSBC SECURITIES (USA) INC., and UBS SECURITIES, LLC** |
| Joshua Hamilton<br>*joshuahamilton@paulhastings.com*<br>William F. Sullivan<br>*williamsullivan@paulhastings.com*<br>Peter Cho<br>*petercho@paulhastings.com*<br>**PAUL HASTINGS LLP**<br>515 South Flower Street, 25th Floor<br>Los Angeles, CA 90071<br>Tel: (213) 683-6186<br>Fax: (213) 996-3186 | Counsel for Defendants<br>**RANJIT KRIPALANI<br>and JENNIFER SANDEFUR** |
| Nicolas Morgan<br>*nicolas.morgan@dlapiper.com*<br>**DLA PIPER US LLP**<br>1999 Avenue of the Stars, Suite 400<br>Los Angeles, CA 90067<br>Tel: (310) 595-3146<br>Fax: (310) 595-3446 | Counsel for Defendant<br>**ERIC SIERACKI** |
| Christopher G. Caldwell<br>*caldwell@caldwell-leslie.com*<br>Eric S. Pettit<br>*pettit@caldwell-leslie.com*<br>**CALDWELL LESLIE & PROCTOR, PC**<br>1000 Wilshire Boulevard, Suite 600<br>Los Angeles, CA 90017<br>Tel: (213) 629-9040<br>Fax: (213) 629-9022 | Counsel for Defendant<br>**STANFORD KURLAND** |
| Lloyd Winawer<br>*lwinawer@goodwinprocter.com*<br>**GOODWIN PROCTER, LLP**<br>135 Commonwealth Drive<br>Menlo Park, CA 94025<br>Tel: (650) 752-3146<br>Fax: (650) 853-1038 | Counsel for Defendants<br>**COUNTRYWIDE FINANCIAL CORPORATION, COUNTRYWIDE HOME LOANS, INC., COUNTRYWIDE CAPITAL MARKETS, LLC, COUNTRYWIDE SECURITIES CORPORATION, CWHEQ, INC., and CWABS, INC** |

| | | |
|---|---|---|
| 1 | Matthew Close | Counsel for Defendant |
|   | *mclose@omm.com* | **BANK OF AMERICA CORPORATION** |
| 2 | **O'MELVENY & MYERS LLP** | |
|   | 400 South Hope Street, 18th Floor | |
| 3 | Los Angeles, CA   90071 | |
|   | Tel: (213) 430-7213 | |
| 4 | Fax: (213) 430-6407 | |
| 5 | | |
|   | David Siegel | Counsel for Defendant |
| 6 | *dsiegel@irell.com* | **ANGELO MOZILO** |
|   | A. Matthew Ashley | |
| 7 | Shaunt T. Arevian | |
|   | Benedetto Balding | |
| 8 | *bbalding@irell.com* | |
|   | **IRELL & MANELLA, LLP** | |
| 9 | 1800 Avenue of the Stars, Suite 900 | |
|   | Los Angeles, CA   90067 | |
| 10 | Tel: (310) 203-1010 | |
|    | Fax: (310) 203-7199 | |
| 11 | | |
|    | Michael D. Torpey | Counsel for Defendant |
| 12 | *mtorpey@orrick.com* | **DAVID SAMBOL** |
|    | Barry S. Levin | |
| 13 | *blevin@orrick.com* | |
|    | Penelope A. Graboys Blair | |
| 14 | *pgraboysblair@orrick.com* | |
|    | **ORRICK HERRINGTON &** | |
| 15 | **SUTCLIFFE, LLP** | |
|    | The Orrick Building | |
| 16 | 405 Howard Street | |
|    | San Francisco, CA   94105 | |
| 17 | Tel: (415) 773-5700 | |
|    | Fax: (415) 773-5759 | |
| 18 | | |
|    | Michael C. Tu | |
| 19 | *mtu@orrick.com* | |
|    | **ORRICK HERRINGTON &** | |
| 20 | **SUTCLIFFE, LLP** | |
|    | 777 South Figueroa Street, Suite 3200 | |
| 21 | Los Angeles, CA 90017 | |
|    | Tel: (213) 629-2020 | |
| 22 | Fax: (213) 612-2499 | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

<u>Luther v. Countrywide Financial Corp., et al.</u>

| | |
|---|---|
| Spencer A. Burkholz<br>spenceb@rgrdlaw.com<br>Kevin K. Green<br>keving@rgrdlaw.com<br>Thomas E. Egler<br>tome@rgrdlaw.com<br>Scott Saham<br>scotts@rgrdlaw.com<br>**ROBBINS GELLER RUDMAN & DOWD LLP**<br>655 West Broadway<br>Suite 1900<br>San Diego, CA 92101<br>Tel.: (619) 231-1058<br><br>Andrew L. Zivitz<br>azivitz@ktmc.com<br>Jennifer L. Joost<br>jjoost@ktmc.com<br>**KESSLER TOPAZ MELTZER & CHECK, LLP**<br>280 King of Prussia Road<br>Radnor, PA 19087<br>Tel.: (610) 667-7706<br>Fax: (610) 667-7056 | Counsel for Plaintiffs<br>**DAVID LUTHER, et al.** |
| Lloyd Winawer<br>lwinawer@goodwinprocter.com<br>**GOODWIN PROCTER, LLP**<br>135 Commonwealth Drive<br>Menlo Park, CA   94025<br>Tel: (650) 752-3146<br>Fax: (650) 853-1038 | Counsel for Defendants<br>**COUNTRYWIDE FINANCIAL CORPORATION, COUNTRYWIDE HOME LOANS, INC., COUNTRYWIDE CAPITAL MARKETS, LLC, COUNTRYWIDE SECURITIES CORPORATION, CWHEQ, INC., CWABS, INC; CWMBS, INC.; CWALT, INC.; and N. JOSHUA ADLER** |
| Joshua Hamilton<br>*joshuahamilton@paulhastings.com*<br>William F. Sullivan<br>*williamsullivan@paulhastings.com*<br>Peter Cho<br>*petercho@paulhastings.com*<br>**PAUL HASTINGS LLP**<br>515 South Flower Street, 25th Floor<br>Los Angeles, CA   90071<br>Tel: (213) 683-6186<br>Fax: (213) 996-3186 | Counsel for Defendants<br>**RANJIT KRIPALANI**<br>**and JENNIFER SANDEFUR** |

| | | |
|---|---|---|
| 1 | Michael D. Torpey<br>mtorpey@orrick.com | Counsel for Defendant<br>**DAVID SAMBOL** |
| 2 | Barry S. Levin<br>blevin@orrick.com | |
| 3 | Penelope A. Graboys Blair<br>pgraboysblair@orrick.com | |
| 4 | **ORRICK HERRINGTON &<br>SUTCLIFFE, LLP** | |
| 5 | The Orrick Building<br>405 Howard Street | |
| 6 | San Francisco, CA   94105<br>Tel: (415) 773-5700 | |
| 7 | Fax: (415) 773-5759 | |
| 8 | Michael C. Tu | |
| 9 | mtu@orrick.com<br>**ORRICK HERRINGTON &<br>SUTCLIFFE, LLP** | |
| 10 | 777 South Figueroa Street, Suite 3200<br>Los Angeles, CA 90017 | |
| 11 | Tel: (213) 629-2020<br>Fax: (213) 612-2499 | |
| 12 | | |
| 13 | Christopher G. Caldwell<br>caldwell@caldwell-leslie.com | Counsel for Defendant<br>**STANFORD KURLAND** |
| 14 | Eric S. Pettit<br>pettit@caldwell-leslie.com | |
| 15 | **CALDWELL LESLIE & PROCTOR, PC**<br>1000 Wilshire Boulevard, Suite 600 | |
| 16 | Los Angeles, CA   90017<br>Tel: (213) 629-9040 | |
| 17 | Fax: (213) 629-9022 | |
| 18 | Jennifer M. Sepic<br>jennifer.sepic@bingham.com | Attorneys for Defendant<br>**DAVID SPECTOR** |
| 19 | **BINGHAM MCCUTCHEN**<br>600 Anton Boulevard, Suite 1800 | |
| 20 | Costa Mesa, CA 92626-7653<br>Tel.: (213) 680-6480 | |
| 21 | Fax: (213) 830-8680 | |
| 22 | Nicolas Morgan<br>nicolas.morgan@dlapiper.com | Counsel for Defendant<br>**ERIC SIERACKI** |
| 23 | **DLA PIPER US LLP**<br>1999 Avenue of the Stars, Suite 400 | |
| 24 | Los Angeles, CA   90067<br>Tel: (310) 595-3146 | |
| 25 | Fax: (310)595-3446 | |
| 26 | | |
| 27 | | |
| 28 | | |

| | | |
|---|---|---|
| 1 | Dean Kitchens<br>DKitchens@gibsondunn.com | Counsel for Defendants<br>**BANC OF AMERICA SECURITIES LLC;** |
| 2 | Elizabeth M. Burnside<br>EBurnside@gibsondunn.com | **BARCLAYS CAPITAL INC.; J.P.**<br>**MORGAN SECURITIES LLC; BNP** |
| 3 | **GIBSON DUNN & CRUTCHER LLP**<br>333 South Grand Avenue | **PARIBAS SECURITIES CORP.;**<br>**CITIGROUP GLOBAL MARKETS INC.;** |
| 4 | Los Angeles, CA   90071-3197<br>Tel: (213) 229-7000 | **CREDIT SUISSE SECURITIES (USA)**<br>**LLC; EDWARD D. JONES & CO., L.P.;** |
| 5 | Fax: (213) 229-7520 | **DEUTSCHE BANK SECURITIES INC.;**<br>**GOLDMAN, SACHS & CO.; RBS** |
| 6 | | **SECURITIES INC.; HSBC SECURITIES**<br>**(USA) INC.; UBS SECURITIES, LLC;** |
| 7 | | **MERRILL LYNCH, PIERCE, FENNER &**<br>**SMITH, INC.; and MORGAN STANLEY** |
| 8 | | **& CO. INC.** |

<u>Massachusetts Mutual Life Insurance Co. v. Countrywide Financial Corp., et al.</u>

| | | |
|---|---|---|
| 12 | Stephen D. Hibbard<br>shibbard@shearman.com | Counsel for Defendants<br>**COUNTRYWIDE FINANCIAL** |
| 13 | **SHEARMAN & STERLING LLP**<br>Four Embarcadero Center, Suite 3800 | **CORPORATION, COUNTRYWIDE**<br>**HOME LOANS, INC., CWALT, INC.,** |
| 14 | San Francisco, California 94111<br>Tel: (415) 616-1100 | **CWMBS, INC., CWABS, INC., CWHEQ,**<br>**INC., COUNTRYWIDE SECURITIES** |
| 15 | Fax: (415) 616-1199 | **CORPORATION, AND N. JOSHUA**<br>**ADLER** |
| 16 | Adam S. Hakki<br>ahakki@shearman.com | |
| 17 | John Gueli<br>jgueli@shearman.com | |
| 18 | **SHEARMAN & STERLING LLP**<br>599 Lexington Avenue | |
| 19 | New York, NY 10022<br>Tel: (212) 848-4000 | |
| 20 | Fax: (212) 848-7179 | |
| 21 | | |
| 22 | Dean J. Kitchens (State Bar No. 82096)<br>dkitchens@gibsondunn.com | Counsel for Defendant<br>**UBS SECURITIES LLC** |
| 23 | Alex Mircheff (State Bar No. 245074)<br>amircheff@gibsondunn.com | |
| 24 | **GIBSON, DUNN & CRUTCHER LLP**<br>333 South Grand Avenue, | |
| 25 | Los Angeles, California 90071-3197<br>Tel: (213) 229-7000 | |
| | Fax: (213) 229-7520 | |

| | | |
|---|---|---|
| 1 | Jeffrey L. McCormick<br>jmccormick@robinsondonovan.com | Counsel for Defendant<br>**J.P. MORGAN SECURITIES LLC (F/K/A** |
| 2 | **ROBINSON DONOVAN**<br>1500 Main Street #1600 | **J.P. MORGAN SECURITIES, INC.)** |
| 3 | Springfield, Massachusetts 01115<br>Tel: (413) 732-2301 | |
| 4 | Fax: (413) 452-0327 | |
| 5 | Robert H. Barron | |
|   | Karin DeMasi | |
| 6 | J. Wesley Earnhardt<br>**CRAVATH, SWAINE & MOORE LLP** | |
| 7 | 825 Eighth Avenue<br>New York, New York 10019 | |
| 8 | Tel: (212) 474-1000 | |
| 9 | Thomas C. Rice | Counsel for Defendant |
|   | David J. Woll | **DEUTSCHE BANK SECURITIES, INC.** |
| 10 | Alan Turner<br>**SIMPSON THACHER & BARTLETT** | |
| 11 | 425 Lexington Avenue,<br>New York, New York 10017 | |
| 12 | Tel: (212) 455-2000<br>Fax: (212) 455-2502 | |
| 13 | | |
| 14 | Matthew Close<br>*mclose@omm.com* | Counsel for Defendant<br>**BANK OF AMERICA CORPORATION;** |
|   | **O'MELVENY & MYERS LLP** | **BANK OF AMERICA, N.A., AND NB** |
| 15 | 400 South Hope Street, 18th Floor<br>Los Angeles, CA   90071 | **HOLDINGS CORPORATION** |
| 16 | Tel: (213) 430-7213<br>Fax: (213) 430-6407 | |
| 17 | | |
| 18 | Jonathan Rosenberg<br>jrosenberg@omm.com | |
|   | William J. Sushon | |
| 19 | wsushon@omm.com<br>**O'MELVENY AND MYERS LLP** | |
| 20 | 7 Times Square<br>New York, New York 10036 | |
| 21 | Tel: 212-326-2000<br>Fax: 212-326-2061 | |
| 22 | | |
| 23 | Christopher G. Caldwell<br>*caldwell@caldwell-leslie.com* | Counsel for Defendant<br>**STANFORD KURLAND** |
|   | Eric S. Pettit | |
| 24 | *pettit@caldwell-leslie.com*<br>**CALDWELL LESLIE & PROCTOR, PC** | |
| 25 | 1000 Wilshire Boulevard, Suite 600<br>Los Angeles, CA   90017 | |
| 26 | Tel: (213) 629-9040<br>Fax: (213) 629-9022 | |
| 27 | | |
| 28 | | |