Adam S. Hakki (*pro hac vice*)
ahakki@shearman.com
John Gueli (State Bar No. 171914)
jgueli@shearman.com
SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, NY 10022
Tel: (212) 848-4000
Fax: (212) 848-7179

*Attorneys for Defendants*
Countrywide Financial Corporation and
Countrywide Securities Corporation

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| In re COUNTRYWIDE FINANCIAL CORP. MORTGAGE-BACKED SECURITIES LITIGATION | Case No. 11-ML-02265-MRP (MANx) |
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>COUNTRYWIDE FINANCIAL CORPORATION, *et al.*,<br><br>Defendants. | Case No. 11-CV-10414-MRP (MANx)<br><br>**JOINT STIPULATION REGARDING SCHEDULE FOR SECOND PHASE MOTION TO DISMISS BRIEFING**<br><br>Courtroom: 12<br>Judge: Hon. Mariana R. Pfaelzer |

1  Plaintiff Massachusetts Mutual Life Insurance Company, Defendants
2  Countrywide Securities Corporation, J.P. Morgan Securities LLC (f/k/a J.P. Morgan
3  Securities Inc.), Deutsche Bank Securities, Inc., and UBS Securities LLC
4  (collectively, the "Underwriter Defendants"), and Defendant Countrywide Financial
5  Corporation (together with Countrywide Securities Corporation, the "Countrywide
6  Defendants"), and Defendants Bank of America Corporation, Bank of America,
7  N.A. (in its own name and as successor by July 1, 2011 *de jure* merger to BAC
8  Home Loans Servicing, L.P. (named herein as BAC Home Loans Servicing, L.P.)),
9  and NB Holdings Corporation (collectively, the "Bank of America Defendants"),
10 and Defendant Stanford Kurland (together with the Underwriter Defendants, the
11 Countrywide Defendants and the Bank of America Defendants, the "Defendants"),
12 by and through their attorneys and subject to the Court's approval and order, hereby
13 stipulate as follows:

  WHEREAS, the Court held a Case Management Conference in this action on
February 15, 2012, at which conference the Court ordered phased motion to dismiss
briefing in this action;

  WHEREAS, the first phase of motion to dismiss briefing involved personal
jurisdiction, privity, and statute of limitations arguments;

  WHEREAS, on April 16, 2012, after the first phase of motion to dismiss
briefing, the Court issued an Order dismissing Plaintiff's claims with prejudice
against certain defendants originally named in this action, dismissing except as to
certain certificates the claim against Defendant Stanford Kurland without prejudice,
and denying Defendants' motions to dismiss in other respects (the "April 16
Order");

  WHEREAS, the April 16 Order provided Plaintiff the opportunity to amend
its complaint with respect to certain claims made in the First Amended Complaint
against Defendant Stanford Kurland;

WHEREAS, Plaintiff has chosen not to amend the First Amended Complaint; and

WHEREAS, Plaintiff and Defendants wish to set a schedule for the second phase of motion to dismiss briefing in this action;

NOW THEREFORE, Plaintiff and Defendants hereby agree, subject to the Court's approval, as follows:  Any second phase motion by any of the Defendants to dismiss the First Amended Complaint shall be filed no later than May 25, 2012; Plaintiff's opposition(s) to such motion(s) shall be filed no later than June 25, 2012; the Defendants' reply brief(s) shall be filed no later than July 13, 2012; and the hearing on such motions shall be set for July 30, 2012, at 11:00 a.m.

IT IS SO STIPULATED.

Dated:  April 27, 2012

Plaintiff Massachusetts Mutual Life Insurance Company

By its attorneys,

/s/Harry A. Olivar, Jr.
Harry A. Olivar, Jr. (State Bar No. 143089)
*harrolivar@quinnemanuel.com*
Molly Stephens (State Bar No. 232211)
*mollystephens@quinnemanuel.com*
QUINN EMANUEL URQUHART & SULLIVAN, LLP
865 So. Figueroa Street, 10th Floor
Los Angeles, California  90017
Tel:  (213) 443-3000
Fax:  (213) 443-3100

Philippe Z. Selendy (*pro hac vice*)
Jennifer Barrett (*pro hac vice*)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010-1601

| | |
|---|---|
| Dated:  April 27, 2012 | Countrywide Financial Corporation and Countrywide Securities Corporation |
| | By their attorneys, |
| | /s/Adam S. Hakki<br>Adam S. Hakki (*pro hac vice*)<br>John Gueli (State Bar No. 171914) |
| Dated:  April 27, 2012 | Bank of America Corporation, Bank of America, N.A. (in its own name and as successor by July 1, 2011 *de jure* merger to BAC Home Loans Servicing, L.P. (named herein as BAC Home Loans Servicing, L.P.)), and NB Holdings Corporation |
| | By their attorneys, |
| | /s/Matthew W. Close<br>Matthew W. Close (State Bar No. 188570)<br>*mclose@omm.com*<br>O'MELVENY AND MYERS LLP<br>400 South Hope Street, 18th Floor<br>Los Angeles, CA 90071-2899<br>Tel.:  (213) 430-6000<br>Fax:  (213) 430-6407 |
| | Jonathan Rosenberg (*pro hac vice*)<br>*jrosenberg@omm.com*<br>William J. Sushon (*pro hac vice*)<br>*wsushon@omm.com*<br>O'MELVENY AND MYERS LLP<br>7 Times Square<br>New York, New York 10036<br>Tel: 212-326-2000<br>Fax:  212-326-2061 |

3

| | | |
|---|---|---|
| 1 | Dated:  April 27, 2012 | J.P. Morgan Securities LLC (f/k/a J.P. Morgan Securities, Inc.) |
| 2 | | |
| 3 | | By its attorneys, |
| 4 | | |
| 5 | | /s/Robert H. Baron |
| | | Robert H. Baron |
| 6 | | Karin A. DeMasi |
| | | J. Wesley Earnhardt |
| 7 | | CRAVATH, SWAINE & MOORE LLP |
| | | 825 Eighth Avenue |
| 8 | | New York, New York 10019 |
| | | Tel: (212) 474-1000 |
| 9 | | Fax: (212) 474-3700 |
| 10 | Dated:  April 27, 2012 | Deutsche Bank Securities, Inc. |
| 11 | | By its attorneys, |
| 12 | | |
| 13 | | /s/Deborah L. Stein |
| | | Deborah L. Stein (State Bar No. 224570) |
| 14 | | *dstein@stblaw.com* |
| | | SIMPSON THACHER & BARTLETT LLP |
| 15 | | 1999 Avenue of the Stars, 29th Floor |
| | | Los Angeles, CA 90067 |
| 16 | | Tel: (310) 407-7500 |
| | | Fax: (310) 407-7502 |
| 17 | Dated:  April 27, 2012 | UBS Securities LLC |
| 18 | | By its attorneys, |
| 19 | | |
| 20 | | /s/Dean J. Kitchens |
| 21 | | Dean J. Kitchens (State Bar No. 82096) |
| | | *dkitchens@gibsondunn.com* |
| 22 | | Alex Mircheff (State Bar No. 245074) |
| | | *amircheff@gibsondunn.com* |
| 23 | | GIBSON, DUNN & CRUTCHER LLP |
| | | 333 South Grand Avenue, |
| 24 | | Los Angeles, California 90071-3197 |
| | | Tel: (213) 229-7000 |
| 25 | | Fax: (213) 229-7520 |
| 26 | | |
| 27 | | |
| 28 | | |

Dated:  April 27, 2012        Stanford Kurland

By his attorneys,

/s/Christopher G. Caldwell
Christopher G. Caldwell (Cal. Bar #106790)
*caldwell@caldwell-leslie.com*
Jeanne A. Fugate (Cal. Bar #236341)
*fugate@caldwell-leslie.com*
Kelly L. Perigoe (Cal. Bar #268872)
*perigoe@caldwell-leslie.com*
CALDWELL LESLIE & PROCTOR, PC
1000 Wilshire Boulevard, Suite 600
Los Angeles, California 90017-2463
Tel: (213) 629-9040
Fax: (213) 629-9022

5

# **CERTIFICATE OF SERVICE**

I, Darren K. Ishmael, declare:

I am a citizen of the United States and employed in New York County, New York, at the office of a member of the bar of this Court at whose direction this service was made. I am over the age of 18 and not a party to the within action. My business address is 599 Lexington Avenue, NY NY 10022.

I hereby certify that, on **April 27, 2012**, the documents listed below were electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses registered, as denoted on the attached Electronic Mail Notice List, and were subsequently e-mailed directly to the non-CM/ECF participants indicated on the attached Manual Notice List pursuant to the agreement of the parties:

**1.     JOINT STIPULATION REGARDING SCHEDULE FOR SECOND PHASE MOTION TO DISMISS BRIEFING;**

**2.     [PROPOSED] ORDER GRANTING JOINT STIPULATION REGARDING SCHEDULE FOR SECOND PHASE MOTION TO DISMISS BRIEFING**

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on **April 27, 2012**, at New York, New York.

　　　　　　　　　　　　　　　　　　　　　/s/Darren K. Ishmael
　　　　　　　　　　　　　　　　　　　　　Darren K. Ishmael

## Mailing Information for a Case 2:11-cv-10414-MRP-MAN

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

- **Miriam Alinikoff**
  malinikoff@levinelee.com

- **A Matthew Ashley**
  mashley@irell.com,sknight@irell.com

- **Joel M Athey**
  jathey@corbfitzlaw.com,sv@corbfitzlaw.com

- **Mytili Gowri Bala**
  mbala@irell.com

- **Robert H Baron**
  rbaron@cravath.com

- **Christopher D Belelieu**
  cbelelieu@cravath.com

- **Christopher G Caldwell**
  caldwell@caldwell-leslie.com,hammer@caldwell-leslie.com, ,hong@caldwell-leslie.com,perigoe@caldwell-leslie.com,pettit@caldwell-leslie.com,hayes@caldwell-leslie.com,popescu@caldwell-leslie.com,strother@caldwell-leslie.com,wilson@caldwell-leslie.com

- **Matthew W Close**
  mclose@omm.com

- **Kirsten Nelson Cunha**
  kirsten.cunha@shearman.com

- **Karin A DeMasi**
  kdemasi@cravath.com

- **J Wesley Earnhardt**
  wearnhardt@cravath.com

- **Michael M Farhang**
  mfarhang@gibsondunn.com

- **Jeanne A Fugate**
  fugate@caldwell-leslie.com,harper@caldwell-leslie.com,wilson@caldwell-leslie.com

- **Noah Graff**
  graff@hugheshubbard.com,sahimi@hugheshubbard.com,larson@hugheshubbard.com,james@hugheshubbard.com

- **Adam S Hakki**
  ahakki@shearman.com,lisa.hathaway@shearman.com,marion.harris@shearman.com,manattyoffice@shearman.com

- **Stephen D Hibbard**
  shibbard@shearman.com,andrew.rodgers@shearman.com,rcheatham@shearman.com

- **Dennis J Kelly**
  dkelly@burnslev.com

- **Dean J Kitchens**
  dkitchens@gibsondunn.com,MOstrye@gibsondunn.com

- **Scott B Klugman**
  sklugman@levinelee.com

- **Seth L Levine**
  slevine@levinelee.com

- **Allison Lauren Libeu**
  alibeu@irell.com,lstevens@irell.com

- **Thomas F Maffei**
  tmaffei@gtmllp.com

- **Andrea L Martin**
  amartin@burnslev.com,nmurphy@burnslev.com,mtuttle@burnslev.com

- **Scott McConchie**
  sm@gtmllp.com

- **Alexander K Mircheff**
  amircheff@gibsondunn.com,inewman@gibsondunn.com

- **Christopher Anthony Nowlin**
  cnowlin@gibsondunn.com

- **Harry A Olivar , Jr**
  harryolivar@quinnemanuel.com,colleenkeating@quinnemanuel.com,melissasnow@quinnemanuel.com

- **Kelly L Perigoe**
  perigoe@caldwell-leslie.com

- **Michelle K Pulley**
  mpulley@gibsondunn.com

- **Andrea J Robinson**
  andrea.robinson@wilmerhale.com

- **Jonathan Rosenberg**
  jrosenberg@omm.com

- **Robert A Sacks**
  sacksr@sullcrom.com,s&cmanagingclerk@sullcrom.com

- **Philippe Z Selendy**
  philippeselendy@quinnemanuel.com

- **David Siegel**
  dsiegel@irell.com,rgrazziani@irell.com

- **Deborah L Stein**
  dstein@stblaw.com

- **Molly C Stephens**
  mollystephens@quinnemanuel.com,lorettasoto@quinnemanuel.com,jasminestarr@quinnemanuel.com,clagierblessis@massmutual.com

- **William J Sushon**
  wsushon@omm.com

- **Michael C Tu**
  mtu@orrick.com

- **Jessica L Tulk**
  jtulk@corbfitzlaw.com

- **Matthew J Tuttle**
  mtuttle@burnslev.com

- **A William Urquhart**
  billurquhart@quinnemanuel.com

- **Brandon F White**
  bfwhite@foleyhoag.com

- **Rowan D Wilson**
  rwilson@cravath.com,mao@cravath.com

**Manual Notice List**

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Jennifer J Barrett
Quinn  Emanuel Urquhart & Sullivan LLP
51 Madison Avenue    22nd Floor
New York, NY

Brian J Boyle
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

Katherine B Dirks
Wilmer Hale LLP
60 State Street
Boston, MA 02109

Adam Hornstine
Wilmer Hale LLP
60 State Street
Boston, MA 02109
```

**Edward J McDonough**, Jr
Egan Flanagan & Cohen PC
67 Market Street
P O Box 9035
Springfield, MA 01102-9035

**Matthew E Miller**
Foley Hoag LLP
Seaport World Trade Center West
155 Seaport Boulevard
Boston, MA 02210

**Jeffrey B Rudman**
Wilmer Hale LLP
60 State Street
Boston, MA 02109

**Stephen E Spelman**
Egan Flanagan & Cohen PC
67 Market Street
P O Box 9035
Springfield, MA 01102-9035

**Nicholas C Theodorou**
Foley Hoag LLP
Seaport World Trade Center West
155 Seaport Boulevard
Boston, MA 02210

**Christopher B Zimmerman**
Wilmer Hale LLP
60 State Street
Boston, MA 02109