Adam S. Hakki (*pro hac vice*)
ahakki@shearman.com
John Gueli (State Bar No. 171914)
jgueli@shearman.com
SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, NY 10022
Tel: (212) 848-4000
Fax: (212) 848-7179

*Attorneys for Defendants*
Countrywide Financial Corporation and
Countrywide Securities Corporation

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| In re COUNTRYWIDE FINANCIAL CORP. MORTGAGE-BACKED SECURITIES LITIGATION | Case No. 11-ML-02265-MRP (MANx) |
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>COUNTRYWIDE FINANCIAL CORPORATION, *et al.*,<br><br>Defendants. | Case No. 11-CV-10414-MRP (MANx)<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION REGARDING SCHEDULE FOR SECOND PHASE MOTION TO DISMISS BRIEFING**<br><br>Courtroom: 12<br>Judge: Hon. Mariana R. Pfaelzer |

Pursuant to the parties' April 27, 2012 stipulation, IT IS HEREBY ORDERED THAT:

In this second phase of motion to dismiss briefing, Defendants Countrywide Securities Corporation, J.P. Morgan Securities LLC (f/k/a J.P. Morgan Securities Inc.), Deutsche Bank Securities, Inc., and UBS Securities LLC (collectively, the "Underwriter Defendants"), and Defendant Countrywide Financial Corporation (together with Countrywide Securities Corporation, the "Countrywide Defendants"), and Defendants Bank of America Corporation, Bank of America, N.A. (in its own name and as successor by July 1, 2011 de jure merger to BAC Home Loans Servicing, L.P. (named herein as BAC Home Loans Servicing, L.P.)), and NB Holdings Corporation (collectively, the "Bank of America Defendants"), and Defendant Stanford Kurland (together with the Underwriter Defendants, the Countrywide Defendants and the Bank of America Defendants, the "Defendants") shall file any motion(s) to dismiss the First Amended Complaint in this action no later than May 25, 2012; Plaintiff Massachusetts Mutual Life Insurance Company shall file any opposition brief(s) no later than June 25, 2012; Defendants shall file any reply brief(s) no later than July 13, 2012; and the hearing on such motions shall be set for July 30, 2012, at 11:00 a.m.

Dated: _____, 2012

_____
HON. MARIANA R. PFAELZER
UNITED STATES DISTRICT JUDGE

1