QUINN EMANUEL URQUHART & SULLIVAN, LLP
Harry A. Olivar, Jr. (Bar No. 143089)
harryolivar@quinnemanuel.com
Molly Stephens (Bar No. 232211)
mollystephens@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Philippe Z. Selendy (admitted *pro hac*)
philippeselendy@quinnemanuel.com
Jennifer J. Barrett (admitted *pro hac*)
jenniferbarrett@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

Attorneys for Plaintiff Massachusetts
Mutual Life Insurance Company

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re COUNTRYWIDE FINANCIAL CORP. MORTGAGE-BACKED SECURITIES LITIGATION | Case No. 11-ML-02265-MRP (MANx)<br><br>NOTICE REGARDING APPLICABILITY OF TRANSFER AND DISMISSAL ORDERS |
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTRYWIDE FINANCIAL CORPORATION, *et al.*,<br><br>Defendants. | Case No. 11-CV-10414- MRP (MANx) |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

At the request of the current and dismissed defendants in this Action, Plaintiff Massachusetts Mutual Life Insurance Company ("MassMutual") hereby provides this Notice regarding the applicability of the orders of the United States Judicial Panel on Multidistrict Litigation and this Court to MassMutual's Second Amended Complaint in Case No. 11-30215 filed in the District of Massachusetts:

**WHEREAS**, on September 1, 2011, MassMutual initiated an action in the District of Massachusetts captioned *Massachusetts Mutual Life Insurance Co. v. Countrywide Financial Corp. et al.*, No. 11-30215 (the "Massachusetts Action"), which was one of nine other actions filed by MassMutual in the District of Massachusetts based on its purchases of residential mortgage-backed securities;

**WHEREAS**, on November 30, 2011, MassMutual filed a First Amended Complaint in the Massachusetts Action against, among others, Countrywide Financial Corporation, Countrywide Home Loans, Inc., CWMBS, Inc., CWALT, Inc., CWABS, Inc., CWHEQ, Inc., Countrywide Securities Corporation, Bank of America Corporation, BAC Home Loans Servicing, LP, NB Holdings Corporation, Bank of America, N.A., J.P. Morgan Securities LLC, Deutsche Bank Securities, Inc., UBS Securities LLC, Angelo Mozilo, David Sambol, Eric Sieracki, Stanford Kurland, David A. Spector, N. Joshua Adler, Ranjit Kripalani, and Jennifer Sandefur (collectively, the "Countrywide MDL Defendants");

**WHEREAS**, on December 14, 2011, the United States Judicial Panel on Multidistrict Litigation issued a Transfer Order (the "December 14, 2011 Transfer Order") severing and transferring the claims in the Massachusetts Action against the Countrywide MDL Defendants to this Court and remanding the remaining claims to the District of Massachusetts, without requiring any amendment of any complaint;

**WHEREAS**, on February 14, 2011, the District of Massachusetts issued orders on motions to dismiss filed in MassMutual's nine other actions, dismissing certain parties and theories, without requiring any amendment of any complaint;

**WHEREAS**, on March 9, 2012, pursuant to a stipulation among the remaining parties in the Massachusetts Action (agreeing to abide by the February 14, 2011 order on motions to dismiss and to permit MassMutual a right to file a limited amendment adding certain control person allegations as to defendants other than the Countrywide MDL Defendants), MassMutual filed a Motion to Amend the First Amended Complaint in the Massachusetts Action with respect to defendants Mark I. Ryan and George G. Ellison, attaching a proposed Second Amended Complaint that modified six paragraphs of the First Amended Complaint as to Messrs. Ryan and Ellison;

**WHEREAS**, on April 16, 2012, while MassMutual's Motion to Amend in the Massachusetts Action was pending, this Court issued an order dismissing certain Countrywide MDL Defendants from this Action (the "April 16, 2012 Dismissal Order"), without requiring any amendment of any complaint;

**WHEREAS**, on May 17, 2012, the District of Massachusetts granted MassMutual's Motion to Amend in the Massachusetts Action and deemed the Second Amended Complaint filed, without requiring any amendment of any complaint;

**WHEREAS**, although MassMutual views this Notice as unnecessary, the Countrywide MDL Defendants have threatened unspecified motion practice before this Court unless MassMutual files this Notice;

**NOW THEREFORE**, MassMutual confirms that MassMutual's Second Amended Complaint in the Massachusetts Action is subject to the December 14, 2011 Transfer Order and the April 16, 2012 Dismissal Order with respect to the Countrywide MDL Defendants.

1  DATED: June 4, 2012

Respectfully submitted,

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By  /s/ Harry A. Olivar, Jr.
Harry A. Olivar, Jr.
Molly Stephens
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
(213) 443-3000
Fax (213) 443-3100

Philippe Z. Selendy (admitted *pro hac*)
Jennifer J. Barrett (admitted *pro hac*)
51 Madison Avenue, 22nd Floor
New York, NY 10010
(212) 849-7000
Fax (212) 849-7100

*Attorneys for Plaintiff Massachusetts Mutual Life Insurance Company*