QUINN EMANUEL URQUHART & SULLIVAN, LLP
Harry A. Olivar, Jr. (Bar No. 143089)
harryolivar@quinnemanuel.com
Molly Stephens (Bar No. 232211)
mollystephens@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Philippe Z. Selendy (admitted *pro hac*)
philippeselendy@quinnemanuel.com
Jennifer J. Barrett (admitted *pro hac*)
jenniferbarrett@quinnemanuel.com
51 Madison Avenue
New York, New York 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

Attorneys for Plaintiff Massachusetts Mutual Life Insurance Company

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re COUNTRYWIDE FINANCIAL CORP. MORTGAGE-BACKED SECURITIES LITIGATION | Case No. 11-ML-02265-MRP (MANx)<br><br>MASSMUTUAL'S RESPONSE TO JOINDERS<br><br>Date: July 30, 2012<br>Time: 11:00 a.m.<br>Courtroom: 12<br>Judge: Hon. Mariana R. Pfaelzer |
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>    vs.<br><br>COUNTRYWIDE FINANCIAL CORPORATION, *et al.*,<br><br>    Defendants. | CASE NO. 11-CV-10414-MRP (MANx) |

Plaintiff Massachusetts Mutual Life Insurance Company ("MassMutual") hereby responds to and opposes the motion and joinders filed by Defendants J.P. Morgan Securities LLC, UBS Securities LLC, and Deutsche Bank Securities Inc., which incorporate by reference the arguments made in the Countrywide Defendants' Second Phase Memorandum in Support of Their Motion to Dismiss the First Amended Complaint.  *See* Docket Nos. 192, 193, 194.  MassMutual submits that the above-referenced motion and joinders should be denied for the reasons set forth in MassMutual's Opposition to the Countrywide Defendants' Second Motion to Dismiss the First Amended Complaint, filed concurrently herewith.

DATED: June 25, 2012              Respectfully submitted,

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By  /s/ Harry A. Olivar, Jr.
Harry A. Olivar, Jr.
Molly Stephens
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
(213) 443-3000
Fax (213) 443-3100

Philippe Z. Selendy (admitted *pro hac*)
Jennifer J. Barrett (admitted *pro hac*)
51 Madison Avenue, 22nd Floor
New York, NY 10010
(212) 849-7000
Fax (212) 849-7100

*Attorneys for Plaintiff Massachusetts Mutual Life Insurance Company*