Robert H. Baron (*pro hac vice*)
*rbaron@cravath.com*
Rowan D. Wilson (California Bar No. 118488)
*rwilson@cravath.com*
Karin A. DeMasi (*pro hac vice*)
*kdemasi@cravath.com*
J. Wesley Earnhardt (*pro hac vice*)
*wearnhardt@cravath.com*
Christopher D. Belelieu (*pro hac vice*)
*cbelelieu@cravath.com*
CRAVATH, SWAINE & MOORE LLP
825 Eighth Avenue
New York, New York 10019
Tel:  (212) 474-1000
Fax:  (212) 474-3700

Robert A. Sacks (California Bar No. 150146)
*sacksr@sullcrom.com*
SULLIVAN & CROMWELL LLP
1888 Century Park East
Los Angeles, CA 90067-1725
Tel:  (310) 712-6600
Fax:  (310) 712-8800

*Attorneys for Defendant*
*J.P. Morgan Securities LLC (f/k/a J.P. Morgan*
*Securities Inc.)*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| In re COUNTRYWIDE FINANCIAL CORP. MORTGAGE-BACKED SECURITIES LITIGATION | Case No. 11-ML-02265-MRP (MANx) |
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY, | Case No. 11-CV-10414-MRP (MANx) |
| Plaintiff, | **J.P. MORGAN SECURITIES LLC'S REPLY MEMORANDUM IN FURTHER SUPPORT OF THE SECOND PHASE MOTION TO DISMISS THE FIRST AMENDED COMPLAINT** |
| v. | |
| COUNTRYWIDE FINANCIAL CORPORATION, *et al.*, | |
| Defendants. | Date:  July 30, 2012<br>Time:  11:00 a.m.<br>Courtroom:  12<br>Judge:  Hon. Mariana R. Pfaelzer |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

For the reasons set forth in Section I of the Reply Memorandum of Points and Authorities in Further Support of Countrywide Defendants' Second Phase Motion to Dismiss the First Amended Complaint—which J.P. Morgan Securities LLC ("J.P. Morgan") joins and incorporates by reference herein—the claims asserted against J.P. Morgan should be dismissed in their entirety because the First Amended Complaint fails to plead any actionable misstatements or omissions under the Massachusetts Uniform Securities Act.

In accordance with the Court's instructions at the February 15, 2012 Case Management Conference, where the Court ordered phased motion to dismiss briefing in this action, as well as the parties' April 27, 2012 Joint Stipulation Regarding Schedule for Second Phase Motion to Dismiss (Dkt. 183) and the Court's Order Granting Joint Stipulation Regarding Schedule for Second Phase Motion to Dismiss Briefing (Dkt. 185), J.P. Morgan submits this Reply Memorandum in Further Support of the Second Phase Motion to Dismiss the First Amended Complaint based on arguments not already decided by this Court in the first phase motion to dismiss briefing.

This Motion is based on (1) this Reply Memorandum, (2) J.P. Morgan Securities LLC's Notice of Motion and Second Phase Motion to Dismiss the First Amended Complaint; (3) the Reply Memorandum of Points and Authorities in Further Support of Countrywide Defendants' Second Phase Motion to Dismiss the First Amended Complaint, (4) the Countrywide Defendants' Second Phase Memorandum of Points and Authorities in Support of Their Motion to Dismiss the First Amended Complaint, (5) the Request for Judicial Notice in Support of the Countrywide Defendants' Second Phase Memorandum of Points and Authorities in Support of Their Motion to Dismiss the First Amended Complaint, (6) the files and

1  records in this action, (7) arguments of counsel, and (8) upon such other and further

2  matter adduced at the hearing or of which the Court takes judicial notice.

3

4  Dated:  July 13, 2012                    J.P. Morgan Securities LLC (f/k/a J.P. Morgan
                                            Securities, Inc.)

5                                           By its attorneys,

6                                           /s/ Rowan D. Wilson

7                                           Robert H. Baron (*pro hac vice*)
                                            *rbaron@cravath.com*
8                                           Rowan D. Wilson (California Bar No. 118488)
                                            *rwilson@cravath.com*
9                                           Karin A. DeMasi (*pro hac vice*)
                                            *kdemasi@cravath.com*
10                                          J. Wesley Earnhardt (*pro hac vice*)
                                            *wearnhardt@cravath.com*
11                                          Christopher D. Belelieu (*pro hac vice*)
                                            *cbelelieu@cravath.com*
12                                          CRAVATH, SWAINE & MOORE LLP
                                            825 Eighth Avenue
13                                          New York, New York 10019
                                            Tel:  (212) 474-1000
14                                          Fax:  (212) 474-3700

15                                          Robert A. Sacks (California Bar No. 150146)
                                            *sacksr@sullcrom.com*
16                                          Sullivan & Cromwell LLP
                                            1888 Century Park East
17                                          Los Angeles, CA 90067-1725
                                            Tel:  (310) 712-6600
18                                          Fax:  (310) 712-8800

19

20

21

22

23

24

25

26

27

28

J.P. MORGAN'S REPLY MEMORANDUM          CASE NO. 11-cv-10414-MRP (MANx)
IN SUPPORT OF MOTION TO DISMISS

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## CERTIFICATE OF SERVICE

I, Rowan D. Wilson, certify:

I am employed in the County of New York, State of New York. I am over the age of 18 and not a party to the within action. My business address is 825 Eighth Avenue, Worldwide Plaza, New York, NY 10019. On July 13, 2012, I served the foregoing document by electronically filing it with the Clerk of the Court using the CM/ECF system, which will send notification of such electronic filing to counsel of record for all parties by operation of the Court's CM/ECF system. By agreement of counsel, service will be made by email on the following counsel of record who are not registered participants in the CM/ECF system:

Jennifer L. Barrett - jenniferbarrett@quinnemanuel.com
Edward J. McDonough - ejm@efclaw.com
Stephen E. Spelman - ses@efclaw.com
Nicholas C. Theodorou - nct@foleyhoag.com
Matthew E. Miller - mmiller@foleyhoag.com
Brian J. Boyle - brian.boyle@wilmerhale.com
Katherine B Dirks - katherine.dirks@wilmerhale.com
Adam Hornstine - adam.hornstine@wilmerhale.com
Jeffrey B Rudman - jeffrey.rudman@wilmerhale.com
Christopher B. Zimmerman - christopher.zimmerman@wilmerhale.com

I certify under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on **July 13, 2012**, at New York, New York.


/s/ Rowan D. Wilson
Rowan D. Wilson