1   Deborah L. Stein (State Bar No. 224570)
    *dstein@stblaw.com*
2   SIMPSON THACHER & BARTLETT LLP
    1999 Avenue of the Stars, 29th Floor
3   Los Angeles, California 90067
    Tel:  (310) 407-7500
4   Fax:  (310) 707-7502

5   Thomas C. Rice (*pro hac vice forthcoming*)
    *trice@stblaw.com*
6   Alan Turner (*pro hac vice forthcoming*)
    *aturner@stblaw.com*
7   425 Lexington Avenue
    New York, NY 10017
8   Tel:  (212) 455-2000
    Fax:  (212) 455 - 2502

9
    *Attorneys for Defendants*
10  *Deutsche Bank Securities Inc.*

11              **UNITED STATES DISTRICT COURT**
12              **CENTRAL DISTRICT OF CALIFORNIA**
                      **WESTERN DIVISION**
13

14  | In re COUNTRYWIDE FINANCIAL | |
    | CORP. MORTGAGE-BACKED | Case No. 11-ml-2265-MRP (MANx) |
15  | SECURITIES LITIGATION CASES | |

16  MASSACHUSETTS MUTUAL LIFE        Case No. 11-cv-10414-MRP (MANx)
17  INSURANCE COMPANY,

18              Plaintiff,           **JOINDER OF DEUTSCHE BANK
                                     SECURITIES INC. IN COUNTRYWIDE
19                                   DEFENDANTS' REPLY
        v.                           MEMORANDUM OF POINTS AND
20                                   AUTHORITIES IN FURTHER
                                     SUPPORT OF THEIR SECOND PHASE
21  COUNTRYWIDE FINANCIAL            MOTION TO DISMISS THE FIRST
    CORPORATION, et al.,             AMENDED COMPLAINT
22

23              Defendants.          Judge:  Hon. Mariana R. Pfaelzer
24                                   Courtroom:  12
25                                   Hearing Date:  July 30, 2012
                                     Hearing Time:  11 a.m.
26

27

28

1       Defendant Deutsche Bank Securities Inc. respectfully joins and adopts the

2   arguments set forth in the Countrywide Defendants' Reply Memorandum of Points

3   and Authorities in Further Support of Countrywide Defendants' Second Phase

4   Motion to Dismiss the First Amended Complaint to the full extent that such

5   arguments are applicable to Deutsche Bank Securities Inc.

6

7   Dated:   July 13, 2012          SIMPSON THACHER & BARTLETT LLP

8

9                                  By:  /s/ Deborah L. Stein

10                                     Deborah L. Stein (State Bar No. 224570)
                                       dstein@stblaw.com
11                                     1999 Avenue of the Stars, 29th Floor
                                       Los Angeles, CA 90067
12                                     Tel:  (310) 407-7500
                                       Fax:  (310) 407-7502

13
                                       Thomas C. Rice (*pro hac vice forthcoming*)
14                                     trice@stblaw.com
                                       Alan Turner (*pro hac vice forthcoming*)
15                                     aturner@stblaw.com

16                                     425 Lexington Avenue
                                       New York, NY 10017
17                                     Tel:  (212) 455-2000
18                                     Fax:  (212) 455-2502

19                                     *Attorneys for Deutsche Bank Securities Inc.*

20

21

22

23

24

25

26

27

28