| | |
|---|---|
| 1 | DEAN J. KITCHENS, SBN 82096 |
| | DKitchens@gibsondunn.com |
| 2 | ALEXANDER K. MIRCHEFF, SBN 245074 |
| | AMircheff@gibsondunn.com |
| 3 | GIBSON, DUNN & CRUTCHER LLP |
| | 333 South Grand Avenue |
| 4 | Los Angeles, California 90071-3197 |
| | Telephone:  213.229.7000 |
| 5 | Facsimile:   213.229.7520 |

Attorneys for UBS Securities LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY, | Case No. CV 11-10414-MRP (MANx) |
| Plaintiff, | **JOINDER OF UBS SECURITIES LLC IN THE COUNTRYWIDE DEFENDANTS' REPLY IN SUPPORT OF THEIR MOTION TO DISMISS THE FIRST AMENDED COMPLAINT** |
| v. | |
| COUNTRYWIDE FINANCIAL CORPORATION, et al., | |
| | Hon. Mariana R. Pfaelzer |
| Defendants. | Hearing Date:    July 30, 2012 |
| | Time:                  11:00 a.m. |
| | Place:                 Courtroom 12 |

Gibson, Dunn & Crutcher LLP

UBS SECURITIES LLC'S JOINDER IN REPLY IN SUPPORT OF MOTION TO DISMISS
CASE NO. CV 11-10414-MRP (MANx)

Defendant UBS Securities LLC ("UBS") hereby joins in the Countrywide Defendants' Reply in support of their Motion to Dismiss the First Amended Complaint and adopts by reference the arguments and authorities set forth in that brief, and any other written or oral argument as may be presented by the Countrywide Defendants.

DATED:  July 13, 2012

Dean J. Kitchens
Alexander K. Mircheff
GIBSON, DUNN & CRUTCHER LLP


By: _____/s/ Dean J. Kitchens_____
　　　　　　Dean J. Kitchens

Attorneys for UBS Securities LLC

101330438.1

---

1

UBS SECURITIES LLC'S JOINDER IN REPLY IN SUPPORT OF MOTION TO DISMISS
CASE NO. CV 11-10414-MRP (MANx)

Gibson, Dunn & Crutcher LLP

1  I, the undersigned, declare:

2      I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 333 South Grand Avenue, Los Angeles, California 90071.  On July 13, 2012, I served the foregoing document by electronic filing with the Clerk of the Court using the CM/ECF system which will send notification of such electronic filing to counsel of record for all parties by operation of the Court's CM/ECF System.

    I declare under penalty of perjury under the laws of the United States of America and the State of California that the above is true and correct.

Executed on July 13, 2012, at Los Angeles, California.

<u>Christopher A. Nowlin</u>      _____

(Type of Print Name)      (Signature)

2

Gibson, Dunn & Crutcher LLP

UBS SECURITIES LLC'S JOINDER IN REPLY IN SUPPORT OF MOTION TO DISMISS
CASE NO. CV 11-10414-MRP (MANx)