| | |
|---|---|
| 1 | SETH ARONSON (S.B. #100153) |
|   | *saronson@omm.com* |
| 2 | MATTHEW W. CLOSE (S.B. #188570) |
|   | *mclose@omm.com* |
| 3 | O'MELVENY & MYERS LLP |
|   | 400 South Hope Street |
| 4 | Los Angeles, CA  90071-2899 |
|   | Telephone:   (213) 430-6000 |
| 5 | Facsimile:    (213) 430-6407 |
| 6 | JONATHAN ROSENBERG (*pro hac vice*) |
|   | *jrosenberg@omm.com* |
| 7 | WILLIAM J. SUSHON (*pro hac vice*) |
|   | *wsushon@omm.com* |
| 8 | O'MELVENY & MYERS LLP |
|   | Seven Times Square |
| 9 | New York, NY  10036 |
|   | Telephone:   (212) 326-2000 |
| 10 | Facsimile:    (212) 326-2061 |

*Attorneys for Defendants Bank of America Corporation, NB Holdings Corporation, and Bank of America, N.A., sued in its own name and as successor by July 1, 2011* de jure *merger to BAC Home Loans Servicing, LP (named herein as BAC Home Loans Servicing, LP)*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE COUNTRYWIDE FINANCIAL CORP. MORTGAGE-BACKED SECURITIES LITIGATION | Case No. 2:11-ML-02265-MRP (MANx) |
|  | **DEFENDANTS BANK OF AMERICA CORPORATION, NB HOLDINGS CORPORATION, BANK OF AMERICA, N.A., AND BAC HOME LOANS SERVICING, LP'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF THEIR REPLY IN FURTHER SUPPORT OF THEIR MOTION TO DISMISS AMENDED COMPLAINT** |
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY, | |
| Plaintiff, | |
| v. | |
| COUNTRYWIDE FINANCIAL CORPORATION, *et al.*, | Case No. 2:11-CV-10414-MRP (MANx) |
| Defendants. | Date:         July 30, 2012 |
|  | Time:         11:00 a.m. |
|  | Courtroom:  12 |
|  | Judge:        Hon. Mariana R. Pfaelzer |

REQUEST FOR JUDICIAL NOTICE
2:11-CV-10414-MRP (MANx)

**REQUEST FOR JUDICIAL NOTICE**

In connection with their Reply in Further Support of their Motion to Dismiss the Amended Complaint, Defendants Bank of America Corporation ("BAC"), NB Holdings Corporation ("NB"), and Bank of America, N.A. ("BANA"), sued in its own name and as successor by July 1, 2011 *de jure* merger to BAC Home Loans Servicing, LP (named herein as BAC Home Loans Servicing, LP) (collectively, the "BofA Defendants"), respectfully request that the Court take judicial notice of the following documents under Federal Rule of Evidence 201:

1. Relevant portions of BAC's Quarterly Report on Form 10-Q publicly filed with the SEC on August 4, 2011, and available from the SEC's Electronic Data Gathering, Analysis, and Retrieval system ("EDGAR") (http://www.sec.gov/edgar/searchedgar/ webusers.htm) (Declaration of Matthew W. Close in Support of BofA Defendants' Request for Judicial Notice in Support of Their Reply in Further Support of Their Motion to Dismiss Amended Complaint ("Close Reply Decl."), Ex. 1); and

2. Relevant portions of BAC's Quarterly Report on Form 10-Q publicly filed with the SEC on May 7, 2009, and available from EDGAR (Close Reply Decl., Ex. 2).

The Court may take judicial notice of facts that are not subject to reasonable dispute in that they are "capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b).

Exhibits 1 and 2 are documents that were publicly filed with the SEC and are available from the SEC's EDGAR website. As this Court held in *Argent*, "documents filed with the SEC . . . are indisputably subject to [judicial] notice." *See* Omnibus Order, *Argent Classic Convertible Arbitrage Fund, L.P. v. Countrywide Financial Corp.*, Case No. CV 07-07097 MRP (MANx) (C.D. Cal. Mar. 19, 2009) (Declaration of Matthew W. Close in Support of BofA Defendants' Request for Judicial Notice, Ex. 3) at 6; *see also Dreiling v. Am. Express Co.*,

458 F.3d 942, 946 n.2 (9th Cir. 2006) (holding on motion to dismiss that courts "may consider documents referred to in the complaint or any matter subject to judicial notice, such as SEC filings"); *Yuen v. U.S. Stock Transfer Co.*, 966 F. Supp. 944, 945 n.1 (C.D. Cal. 1997) ("A district court may take judicial notice of the contents of relevant public disclosures required to be filed with the SEC as facts capable of accurate and ready determination by resort to sources whose accuracy cannot be questioned.") (internal quotation marks omitted).

Accordingly, the BofA Defendants respectfully request that the Court take judicial notice of the documents attached to the Declaration of Matthew W. Close, filed concurrently herewith, in ruling on their Motion to Dismiss the Amended Complaint.

Dated: July 13, 2012

Respectfully submitted,

SETH ARONSON
MATTHEW W. CLOSE
JONATHAN ROSENBERG
WILLIAM J. SUSHON
O'MELVENY & MYERS LLP

By: /s/ Matthew W. Close
　　　Matthew W. Close

*Attorneys for Defendants
Bank of America Corporation,
NB Holdings Corporation, and Bank of America, N.A., sued in its own name and as successor by July 1, 2011 de jure merger to BAC Home Loans Servicing, LP (named herein as BAC Home Loans Servicing, LP)*