| | |
|---|---|
| 1 | SETH ARONSON (S.B. #100153) |
| | *saronson@omm.com* |
| 2 | MATTHEW W. CLOSE (S.B. #188570) |
| | *mclose@omm.com* |
| 3 | O'MELVENY & MYERS LLP |
| | 400 South Hope Street |
| 4 | Los Angeles, CA 90071-2899 |
| | Telephone: (213) 430-6000 |
| 5 | Facsimile: (213) 430-6407 |
| 6 | JONATHAN ROSENBERG (*pro hac vice*) |
| | *jrosenberg@omm.com* |
| 7 | WILLIAM J. SUSHON (*pro hac vice*) |
| | *wsushon@omm.com* |
| 8 | O'MELVENY & MYERS LLP |
| | Seven Times Square |
| 9 | New York, NY 10036 |
| | Telephone: (212) 326-2000 |
| 10 | Facsimile: (212) 326-2061 |
| 11 | *Attorneys for Defendants* |
| | *Bank of America Corporation, NB Holdings* |
| 12 | *Corporation, and Bank of America, N.A.,* |
| | *sued in its own name and as successor by* |
| 13 | *July 1, 2011* de jure *merger to BAC Home* |
| | *Loans Servicing, LP (named herein as BAC* |
| 14 | *Home Loans Servicing, LP)* |

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE COUNTRYWIDE FINANCIAL CORP. MORTGAGE-BACKED SECURITIES LITIGATION | Case No. 2:11-ML-02265-MRP (MANx) **DECLARATION OF MATTHEW W. CLOSE IN SUPPORT OF THE BOFA DEFENDANTS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF THEIR REPLY IN FURTHER SUPPORT OF THEIR MOTION TO DISMISS AMENDED COMPLAINT** |
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY, Plaintiff, v. COUNTRYWIDE FINANCIAL CORPORATION, *et al.*, Defendants. | Case No. 2:11-CV-10414-MRP (MANx) Date: July 30, 2012 Time: 11:00 a.m. Courtroom: 12 Judge: Hon. Mariana R. Pfaelzer |

DECLARATION OF MATTHEW W. CLOSE
2:11-CV-10414-MRP (MANx)

I, Matthew W. Close, declare as follows:

1. I am an attorney licensed to practice law in the State of California, am a member in good standing of the State Bar of California, and am admitted to the bar of the United States District Court for the Central District of California. I am a partner of O'Melveny & Myers LLP, counsel for Defendants Bank of America Corporation ("BAC"), NB Holdings Corporation ("NB"), and Bank of America, N.A. ("BANA"), sued in its own name and as successor by July 1, 2011 *de jure* merger to BAC Home Loans Servicing, LP (named herein as BAC Home Loans Servicing, LP) (collectively, the "BofA Defendants"). I make this declaration based upon my knowledge of the facts stated herein, and if called to testify, I could and would testify competently thereto. I submit this declaration in support of the BofA Defendants' Request for Judicial Notice.

2. Attached as Exhibit 1 is a true and correct copy of pages 1–4 and 8 of BAC's Quarterly Report on Form 10-Q publicly filed with the SEC on or about August 4, 2011, as printed on or about July 13, 2012 from the Thomson Reuters Accelus Business Law Research LIVEDGAR website ("Accelus"). A copy of this filing is also available directly from the SEC's Electronic Data Gathering, Analysis, and Retrieval system ("EDGAR") (http://www.sec.gov/edgar/searchedgar/webusers.htm).

3. Attached as Exhibit 2 is a true and correct copy of pages 1–2 and 125–26 of BAC's Quarterly Report on Form 10-Q publicly filed with the SEC on or about May 7, 2009, as printed on or about July 13, 2012 from Accelus. A copy of this filing is also available directly from EDGAR (http://www.sec.gov/edgar/searchedgar/webusers.htm).

1  I declare under penalty of perjury that the foregoing is true and correct.
2  Executed on July 13, 2012 in Los Angeles, California.
3
4                                              /s/ Matthew W. Close
                                               Matthew W. Close
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

- 2 -   DECLARATION OF MATTHEW W. CLOSE
        2:11-CV-10414-MRP (MANx)