# EXHIBIT 1

# BANK OF AMERICA CORP /DE/   ( BAC )

## 10−Q

Quarterly report pursuant to sections 13 or 15(d)
Filed on 8/4/2011
Filed Period 6/30/2011



Exhibit 1
3

# UNITED STATES
## SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

## FORM 10-Q
**(Mark One)**

[✓] **QUARTERLY REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

For the Quarterly Period Ended June 30, 2011

or

[ ] **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

For the transition period from         to

**Commission file number:**
1-6523

**Exact Name of Registrant as Specified in its Charter:**
Bank of America Corporation

**State or Other Jurisdiction of Incorporation or Organization:**
Delaware

**IRS Employer Identification Number:**
56-0906609

**Address of Principal Executive Offices:**
Bank of America Corporate Center
100 N. Tryon Street
Charlotte, North Carolina 28255

**Registrant's telephone number, including area code:**
(704) 386-5681

**Former name, former address and former fiscal year, if changed since last report:**

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days.    Yes ✓    No

Indicate by check mark whether the registrant has submitted electronically and posted on its corporate Web site, if any, every Interactive Data File required to be submitted and posted pursuant to Rule 405 of Regulation S-T (§ 232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit and post such files).    Yes ✓    No

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, or a smaller reporting company. See the definitions of "large accelerated filer," "accelerated filer" and "smaller reporting company" in Rule 12b-2 of the Exchange Act (check one).

Large accelerated filer ✓        Accelerated filer            Non-accelerated filer            Smaller reporting company
                                                              (do not check if a smaller
                                                              reporting company)

Indicate by check mark whether the registrant is a shell company (as defined in Exchange Act Rule 12b-2).    Yes    No ✓

On July 31, 2011, there were 10,134,295,342 shares of Bank of America Corporation Common Stock outstanding.

1

Exhibit 14

**Table of Contents**

**Bank of America Corporation**

**June 30, 2011 Form 10−Q**
INDEX

|  |  |  | Page |
|---|---|---|---|
| Part I. Financial Information | Item 1. | Financial Statements: |  |
|  |  | Consolidated Statement of Income | 128 |
|  |  | Consolidated Balance Sheet | 129 |
|  |  | Consolidated Statement of Changes in Shareholders' Equity | 131 |
|  |  | Consolidated Statement of Cash Flows | 132 |
|  |  | Notes to Consolidated Financial Statements | 133 |
|  |  | 1   Summary of Significant Accounting Principles | 133 |
|  |  | 2   Merger and Restructuring Activity | 136 |
|  |  | 3   Trading Account Assets and Liabilities | 136 |
|  |  | 4   Derivatives | 137 |
|  |  | 5   Securities | 145 |
|  |  | 6   Outstanding Loans and Leases | 151 |
|  |  | 7   Allowance for Credit Losses | 161 |
|  |  | 8   Securitizations and Other Variable Interest Entities | 162 |
|  |  | 9   Representations and Warranties Obligations and Corporate Guarantees | 173 |
|  |  | 10   Goodwill and Intangible Assets | 184 |
|  |  | 11   Commitments and Contingencies | 185 |
|  |  | 12   Shareholders' Equity | 195 |
|  |  | 13   Accumulated Other Comprehensive Income (Loss) | 196 |
|  |  | 14   Earnings Per Common Share | 196 |
|  |  | 15   Pension and Postretirement Plans | 197 |
|  |  | 16   Fair Value Measurements | 199 |
|  |  | 17   Fair Value Option | 210 |
|  |  | 18   Fair Value of Financial Instruments | 212 |
|  |  | 19   Mortgage Servicing Rights | 214 |
|  |  | 20   Business Segment Information | 215 |
|  | Item 2. | Management's Discussion and Analysis of Financial Condition and Results of Operations | 4 |
|  |  | Executive Summary | 6 |
|  |  | Financial Highlights | 12 |
|  |  | Balance Sheet Overview | 15 |
|  |  | Supplemental Financial Data | 19 |
|  |  | Business Segment Operations | 30 |
|  |  | Deposits | 31 |
|  |  | Global Card Services | 33 |
|  |  | Consumer Real Estate Services | 35 |
|  |  | Global Commercial Banking | 40 |
|  |  | Global Banking & Markets | 42 |
|  |  | Global Wealth & Investment Management | 46 |
|  |  | All Other | 49 |
|  |  | Off  Balance Sheet Arrangements and Contractual Obligations | 51 |
|  |  | Regulatory Matters | 62 |
|  |  | Managing Risk | 64 |
|  |  | Strategic Risk Management | 64 |
|  |  | Capital Management | 64 |
|  |  | Liquidity Risk | 69 |
|  |  | Credit Risk Management | 75 |
|  |  | Consumer Portfolio Credit Risk Management | 76 |
|  |  | Commercial Portfolio Credit Risk Management | 93 |
|  |  | Non  U.S. Portfolio | 103 |
|  |  | Provision for Credit Losses | 107 |
|  |  | Allowance for Credit Losses | 107 |

Exhibit 1
5

**Table of Contents**

|  |  |  |  |
|---|---|---|---|
|  |  | Market Risk Management | 111 |
|  |  |     Trading Risk Management | 112 |
|  |  |     Interest Rate Risk Management for Nontrading Activities | 114 |
|  |  |     Mortgage Banking Risk Management | 119 |
|  |  | Compliance Risk Management | 119 |
|  |  | Operational Risk Management | 120 |
|  |  | Complex Accounting Estimates | 120 |
|  |  | Glossary | 124 |
|  | Item 3. | Quantitative and Qualitative Disclosures about Market Risk | 127 |
|  | Item 4. | Controls and Procedures | 127 |
| Part II. Other Information |  |  | 219 |
|  | Item 1. | Legal Proceedings | 219 |
|  | Item 1A. | Risk Factors | 219 |
|  | Item 2. | Unregistered Sales of Equity Securities and Use of Proceeds | 223 |
|  | Item 5(a). | Other | 223 |
|  | Item 6. | Exhibits | 224 |
|  | Signature |  | 225 |
|  | Index to Exhibits |  | 226 |
| EX_4.A |  |  |  |
| EX_10.A |  |  |  |
| EX_12 |  |  |  |
| EX_31.A |  |  |  |
| EX_31.B |  |  |  |
| EX_32.A |  |  |  |
| EX_32.B |  |  |  |
| EX_101 INSTANCE DOCUMENT |  |  |  |
| EX_101 SCHEMA DOCUMENT |  |  |  |
| EX_101 CALCULATION LINKBASE DOCUMENT |  |  |  |
| EX_101 LABELS LINKBASE DOCUMENT |  |  |  |
| EX_101 PRESENTATION LINKBASE DOCUMENT |  |  |  |
| EX_101 DEFINITION LINKBASE DOCUMENT |  |  |  |

Exhibit 1
6

**Table of Contents**

**Item 2. MANAGEMENT'S DISCUSSION AND ANALYSIS OF FINANCIAL CONDITION AND RESULTS OF OPERATIONS**

*This report on Form 10 Q, the documents that it incorporates by reference and the documents into which it may be incorporated by reference may contain, and from time to time Bank of America Corporation (collectively with its subsidiaries, the Corporation) and its management may make, certain statements that constitute forward looking statements within the meaning of the Private Securities Litigation Reform Act of 1995. These statements can be identified by the fact that they do not relate strictly to historical or current facts. Forward looking statements often use words such as "expects," "anticipates," "believes," "estimates," "targets," "intends," "plans," "goal" and other similar expressions or future or conditional verbs such as "will," "may," "might," "should," "would" and "could." The forward looking statements made represent the current expectations, plans or forecasts of the Corporation regarding the Corporation's future results and revenues, and future business and economic conditions more generally, including statements concerning 2011 expense levels; higher revenue and expense reductions in 2012; improving performance in retail businesses; home price assumptions and Home Price Index (HPI) estimates; the impact of the agreement with Assured Guaranty Ltd. and its subsidiaries (Assured Guaranty) and its cost, including the expected value of the loss sharing reinsurance arrangement; the adequacy of the liability for the remaining representations and warranties exposure to government sponsored enterprises, Fannie Mae (FNMA) and Freddie Mac (FHLMC) (collectively, the GSEs) and the future impact to earnings, including the impact on such estimated liability arising from the recent announcement by FNMA regarding mortgage rescissions, cancellations and claim denials and the Corporation's ability to resolve such rescissions, cancellations or claim denials within the appeal period allowed by FNMA; the expected repurchase claims on the 2004 2008 loan vintages; the Corporation's belief that with the provision recorded in connection with the agreement to resolve nearly all of the legacy Countrywide issued first lien non GSE residential mortgage backed securitization repurchase exposures (the BNY Mellon Settlement), and the additional representations and warranties provisions recorded in the six months ended June 30, 2011, the Corporation will provide for a substantial portion of its non GSE representations and warranties exposure; in connection with the BNY Mellon Settlement, the Corporation's obligations to pay, and estimates of, attorneys' fees and costs of the group of 22 institutional investors supporting the BNY Mellon Settlement (the Investor Group) and the fees and expenses incurred by the trustee; the impact of the BNY Mellon Settlement on costs related to mortgage servicing obligations; the potential assertion and impact of additional claims not addressed by the BNY Mellon Settlement or any of the prior agreements entered into between the Corporation and the GSEs, monoline insurers and other investors; the resolution of certain related claims being litigated by investors in the event that final court approval of the BNY Mellon Settlement is obtained; the Corporation's belief that private letter rulings from the U.S. Internal Revenue Service (IRS) and other tax rulings and opinions will be obtained during the period prior to final court approval of the BNY Mellon Settlement; representations and warranties liabilities (also commonly referred to as reserves), and the estimated range of possible loss, expenses and repurchase claims and resolution of those claims, and any related servicing, securities, fraud, indemnity or other claims; the Corporation's intention to vigorously contest any requests for repurchase for which it concludes that a valid basis does not exist; future impact of complying with the terms of the recent consent orders with federal bank regulators regarding the foreclosure process and potential civil monetary penalties that may be levied in connection therewith; the impact of delays in connection with the Corporation's temporary halt of foreclosure proceedings in late 2010; the progress toward achieving a resolution in negotiations with law enforcement authorities and federal agencies, including the U.S. Department of Justice (DOJ) and the U.S. Department of Housing and Urban Development (HUD), involving mortgage servicing practices; the impact on economic conditions and on the Corporation arising from any changes to the credit rating or perceived creditworthiness of instruments issued, insured or guaranteed by the U.S. government, or of institutions, agencies or instrumentalities directly linked to the U.S. government; charges to income tax expense resulting from reductions in the United Kingdom (U.K.) corporate income tax rate; future payment protection insurance (PPI) claims in the U.K.; future risk weighted assets and any mitigation efforts to reduce risk weighted assets; net interest income; credit trends and conditions, including credit losses, credit reserves, charge offs, delinquency, collection and bankruptcy trends, and nonperforming asset levels; consumer and commercial service charges, including the impact of changes in the Corporation's overdraft policy and the Corporation's ability to mitigate a decline in revenues; liquidity; capital levels determined by or established in accordance with accounting principles generally accepted in the United States of America (GAAP) and with the requirements of various regulatory agencies, including our ability to comply with any Basel capital requirements endorsed by U.S. regulators without raising additional capital and within any applicable regulatory timelines; the revenue impact of the Credit Card Accountability Responsibility and Disclosure Act of 2009 (the CARD Act); the revenue impact and the impact on the value of our assets and liabilities resulting from, and any mitigation actions taken in response to, the Dodd Frank Wall Street Reform and Consumer Protection Act (the Financial Reform Act), including the impact of the Durbin Amendment, the Volcker Rule, the Consumer Financial Protection Bureau (the CFPB); the risk retention rules and derivatives regulations; mortgage production levels; long term debt levels; short term debt levels, including the expected reduction of certain short term unsecured borrowings, including commercial paper, in the*

4

Exhibit 1
7

**Table of Contents**

The housing market remained depressed, with weak sales and continued modest declines in home prices as measured by the HPI. Declines in home prices added uncertainty about future home prices, dampening home sales. The magnitude of distressed mortgages remained very high, and there were ongoing delays in foreclosure processes. Loans to businesses rose modestly, while loans to households remained weak. Credit quality of bank loans to businesses and households continued to improve.

While the global economy showed signs of moderating, the impact of Japan's disaster is expected to be temporary and the focus has once more shifted to Europe's financial crisis. Core European economies, led by Germany's strength, were healthy, but peripheral European Union nations were mired in recession type conditions and Greece teetered toward a debt service liquidity crisis. As the second quarter of 2011 ended, a coordinated European financial support package for Greece temporarily eased financial market concerns.

Key emerging nations, particularly China, experienced further inflation pressures during the second quarter of 2011, and their central banks tightened monetary policy and credit in efforts to constrain excess demand. Although there was some concern that these restrictive policies would generate sharper than desired economic slowdowns that would adversely impact global economic performance, economic growth in those countries remained healthy. For more information on our exposure in Europe, Asia, Latin America and Japan, see Non U.S. Portfolio on page 103.

*Recent Events*

**Private−label Securitization Settlement with the Bank of New York Mellon**

As previously announced, on June 28, 2011, the Corporation, BAC Home Loans Servicing, LP (BAC HLS, which subsequently merged with and into Bank of America, N.A. (BANA) in July 2011), and certain Countrywide affiliates entered into a settlement agreement with The Bank of New York Mellon (BNY Mellon), as trustee (Trustee), to resolve all outstanding and potential claims related to alleged representations and warranties breaches (including repurchase claims), substantially all historical loan servicing claims and certain other historical claims with respect to 525 legacy Countrywide first lien and five second lien non GSE residential mortgage backed securitization trusts (the Covered Trusts) with loans principally originated between 2004 and 2008 and for which BNY Mellon acts as trustee or indenture trustee (the BNY Mellon Settlement). The Covered Trusts had an original principal balance of approximately $424 billion, of which $409 billion was originated between 2004 and 2008, and a total current unpaid principal balance (calculated as outstanding principal plus the unpaid principal balance of defaulted loans) of approximately $220 billion, of which $217 billion was originated between 2004 and 2008, as of June 28, 2011. The BNY Mellon Settlement is supported by a group of 22 institutional investors (the Investor Group) and is subject to final court approval and certain other conditions. The BNY Mellon Settlement provides for a cash payment of $8.5 billion (the Settlement Payment) to the Trustee for distribution to the Covered Trusts after final court approval of the settlement and an estimated $100 million in additional expenses and fees to the Investor Group's counsel and the Trustee. We are also obligated to pay certain other fees and expenses of the Trustee and the Investor Group. The BNY Mellon Settlement also includes provisions related to specific mortgage servicing standards and other servicing matters.

The Trustee has determined that the BNY Mellon Settlement is in the best interests of the Covered Trusts and is seeking the necessary court approval of the BNY Mellon Settlement. Under an order entered by the court, certificateholders and noteholders in the Covered Trusts have the opportunity to file objections until August 30, 2011 and responses to those objections and statements in support of the settlement until October 31, 2011. In connection with the BNY Mellon Settlement, we entered into an agreement with the Investor Group, which provides that, among other things, the Investor Group will use reasonable best efforts and cooperate in good faith to effectuate the settlement, including obtaining final court approval. The Investor Group has filed, and the court has granted, a petition to intervene as a party to the proceeding so that it may support of the BNY Mellon Settlement. Several alleged investors outside the Investor Group have filed, and the court has granted, petitions to intervene as parties in the pending court proceeding. Certain of these intervenors have stated that they intend to object to the BNY Mellon Settlement, while others have said that they need more information in order to determine whether to object, and indicated that they, therefore, intend to seek discovery. In addition, it is possible that a substantial number of additional investors outside the Investor Group will also seek to intervene as parties, and some intervenors and other investors may object to the BNY Mellon Settlement. The resolutions of the objections of intervenors and/or other investors who object may delay or ultimately prevent receipt of final court approval. There can be no assurance that final court approval of the BNY Mellon Settlement will be obtained, that all conditions will be satisfied or, if certain conditions to the BNY Mellon Settlement permitting withdrawal are met, that we and legacy Countrywide will not determine to withdraw from the BNY Mellon Settlement. The court is scheduled to hold a hearing on the Trustee's request for entry of an order approving the BNY Mellon Settlement on November 17, 2011.

Exhibit 1
8