# EXHIBIT 2

# BANK OF AMERICA CORP /DE/ (BAC)

## 10-Q
Quarterly report pursuant to sections 13 or 15(d)
Filed on 05/07/2009
Filed Period 03/31/2009



Exhibit 2
9

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

# FORM 10-Q

**(Mark One)**

[✓] QUARTERLY REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934
For the Quarterly Period Ended March 31, 2009

or

[ ] TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934
For the transition period from       to

**Commission file number:**
1-6523

**Exact Name of Registrant as Specified in its Charter:**
Bank of America Corporation

**State or Other Jurisdiction of Incorporation or Organization:**
Delaware

**IRS Employer Identification Number:**
56 0906609

**Address of Principal Executive Offices:**
Bank of America Corporate Center
100 N. Tryon Street
Charlotte, North Carolina 28255

**Registrant's telephone number, including area code:**
(704) 386 5681

**Former name, former address and former fiscal year, if changed since last report:**

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days.

Yes ✓   No

Indicate by check mark whether the registrant has submitted electronically and posted on its corporate Web site, if any, every Interactive Data File required to be submitted and posted pursuant to Rule 405 of Regulation S T (§ 232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit and post such files).

Yes     No

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non accelerated filer, or a smaller reporting company. See the definitions of "large accelerated filer," "accelerated filer" and "smaller reporting company" in Rule 12b 2 of the Exchange Act.

Large accelerated filer ✓      Accelerated filer      Non accelerated filer      Smaller reporting company
                                                (do not check if a smaller reporting company)

Indicate by check mark whether the registrant is a shell company (as defined in Exchange Act Rule 12b 2).

Yes     No ✓

On April 30, 2009, there were 6,402,966,457 shares of Bank of America Corporation Common Stock outstanding.

Exhibit 2
10

Table of Contents

**Bank of America Corporation**

**March 31, 2009 Form 10 Q**

INDEX

|  |  |  | Page |
|---|---|---|---|
| Part I. Financial Information | Item 1. | **Financial Statements:** | |
| | | **Consolidated Statement of Income for the Three Months Ended March 31, 2009 and 2008** | 3 |
| | | **Consolidated Balance Sheet at March 31, 2009 and December 31, 2008** | 4 |
| | | **Consolidated Statement of Changes in Shareholders' Equity for the Three Months Ended March 31, 2009 and 2008** | 5 |
| | | **Consolidated Statement of Cash Flows for the Three Months Ended March 31, 2009 and 2008** | 6 |
| | | **Notes to Consolidated Financial Statements** | 7 |
| | Item 2. | **Management's Discussion and Analysis of Financial Condition and Results of Operations** | |
| | | **Table of Contents** | 77 |
| | | **Discussion and Analysis** | 78 |
| | Item 3. | **Quantitative and Qualitative Disclosures about Market Risk** | 181 |
| | Item 4. | **Controls and Procedures** | 181 |
| Part II. Other Information | Item 1. | **Legal Proceedings** | 181 |
| | Item 1A. | **Risk Factors** | 181 |
| | Item 2. | **Unregistered Sales of Equity Securities and Use of Proceeds** | 182 |
| | Item 6. | **Exhibits** | 183 |
| | | **Signature** | 185 |
| | | **Index to Exhibits** | 186 |

Exhibit 2
11

Table of Contents

The rating agencies have noted that our credit ratings currently reflect significant support from the U.S. government. Other factors that influence our credit ratings include rating agencies' assessment of the general operating environment, our relative positions in the markets in which we compete, our reputation, our liquidity position, the level and volatility of our earnings, our corporate governance and risk management policies, and our capital position and capital management practices.

The credit ratings of Merrill Lynch & Co., Inc. from the three major credit rating agencies are the same as those of Bank of America Corporation, and the major credit rating agencies have indicated that the primary drivers of Merrill Lynch's credit ratings are Bank of America's credit ratings.

On March 3, 2009, Standard & Poor's downgraded Bank of America Corporation's senior long term debt rating from A+ to A and those of its major banking subsidiaries to A+ from AA . On March 25, 2009, Moody's Investors Service downgraded Bank of America Corporation's senior long term debt rating to A2 from A1 and that of Bank of America, N.A. to Aa3 from Aa2. All three major rating agencies also downgraded Bank of America Corporation's preferred stock and trust preferred securities during the first quarter of 2009. On May 4, 2009, Standard & Poor's placed Bank of America Corporation's ratings on Credit Watch with negative implications and further downgraded its preferred stock rating to B.

A further reduction in these ratings or the ratings of other asset backed securitizations could have an adverse effect on our access to credit markets and the related cost of funds. If Bank of America Corporation or Bank of America, N.A. commercial paper or short term credit rating was downgraded by one level, our incremental cost of funds and potential lost funding may be material.

The credit ratings of Bank of America Corporation and Bank of America, N.A. as of May 7, 2009 are reflected in the table below.

*Table 10*
*Credit Ratings*

| | Bank of America Corporation | | | | Bank of America, N A. | | Outlook for Long-term Debt Ratings |
|---|---|---|---|---|---|---|---|
| | Commercial Paper | Senior Debt | Subordinated Debt | Preferred Stock | Short-term Borrowings | Long-term Debt | |
| Moody's Investors Service | P 1 | A2 | A3 | B3 | P 1 | Aa3 | Stable |
| Standard & Poor's | A 1 | A | A | B | A 1 | A+ | Credit Watch Negative |
| Fitch Ratings | F1+ | A+ | A | BB | F1+ | A+ | Stable |

*Regulatory Capital*

At March 31, 2009, the Corporation operated its banking activities primarily under three charters: Bank of America, N.A., FIA Card Services, N.A. and Countrywide Bank, FSB. In addition, with the acquisition of Merrill Lynch on January 1, 2009, we acquired Merrill Lynch Bank USA and Merrill Lynch Bank & Trust Co., FSB. Effective April 27, 2009, Countrywide Bank, FSB converted to a national bank with the name Countrywide Bank, N.A. and immediately thereafter merged with and into Bank of America, N.A., with Bank of America, N.A. as the surviving entity.

To meet minimum, adequately capitalized regulatory requirements, an institution must maintain a Tier 1 Capital ratio of four percent and a Total Capital ratio of eight percent. A "well capitalized" institution must generally maintain capital ratios 200 bps higher than the minimum guidelines. The risk based capital rules have been further supplemented by a Tier 1 Leverage ratio, defined as Tier 1 Capital divided by adjusted quarterly average total assets, after certain adjustments. "Well capitalized" bank holding companies must have a minimum Tier 1 Leverage ratio of three percent. National banks must maintain a Tier 1 Leverage ratio of at least five percent to be classified as "well capitalized." At March 31, 2009, the Corporation's Tier 1 Capital, Total Capital and Tier 1 Leverage ratios were 10.09 percent, 14.03 percent, and 7.07 percent, respectively. This classifies the Corporation as "well capitalized" for regulatory purposes, the highest classification.

Certain corporate sponsored trust companies which issue trust preferred securities (Trust Securities) are not consolidated pursuant to FIN 46R. In accordance with FRB guidance, the FRB allows Trust Securities to qualify as Tier 1 Capital with revised quantitative limits that will be effective on March 31, 2011. As a result, we include Trust Securities in Tier 1 Capital. Such limits restricted core capital elements to 15 percent of total core capital elements for internationally active bank holding companies. In addition, the FRB revised the qualitative standards for capital instruments included in regulatory capital. Internationally active bank holding companies are those with consolidated assets greater than $250

Exhibit 2
12

**Table of Contents**

billion or on balance sheet exposure greater than $10 billion. At March 31, 2009, the Corporation's restricted core capital elements comprised 11 percent of total core capital elements.

*Table 11*
*Regulatory Capital*

| (Dollars in millions) | March 31, 2009 | | | | December 31, 2008 | | | |
|---|---|---|---|---|---|---|---|---|
| | Actual | | | Minimum | Actual | | | Minimum |
| | Ratio | | Amount | Required [1] | Ratio | | Amount | Required [1] |
| **Risk based capital** | | | | | | | | |
| **Tier 1** | | | | | | | | |
| *Bank of America Corporation* | **10.09** | **%  $** | **171,061  $** | **67,808** | 9.15 | %  $ | 120,814  $ | 52,833 |
| Bank of America, N.A. | **8.77** | | **90,437** | **41,270** | 8.51 | | 88,979 | 41,818 |
| FIA Card Services, N.A. | **11.60** | | **24,177** | **8,338** | 13.90 | | 19,573 | 5,632 |
| Countrywide Bank, FSB [2] | **10.52** | | **9,258** | **3,521** | 9.03 | | 7,602 | 3,369 |
| **Total** | | | | | | | | |
| *Bank of America Corporation* | **14.03** | | **237,905** | **135,615** | 13.00 | | 171,661 | 105,666 |
| Bank of America, N.A. | **12.28** | | **126,714** | **82,540** | 11.71 | | 122,392 | 83,635 |
| FIA Card Services, N.A. | **13.48** | | **28,108** | **16,675** | 16.25 | | 22,875 | 11,264 |
| Countrywide Bank, FSB [2] | **11.79** | | **10,377** | **7,043** | 10.28 | | 8,662 | 6,738 |
| **Tier 1 Leverage** | | | | | | | | |
| *Bank of America Corporation* | **7.07** | | **171,061** | **72,551** | 6.44 | | 120,814 | 56,155 |
| Bank of America, N.A. | **6.26** | | **90,437** | **43,311** | 5.94 | | 88,979 | 44,944 |
| FIA Card Services, N.A. | **17.69** | | **24,177** | **4,101** | 14.28 | | 19,573 | 4,113 |
| Countrywide Bank, FSB [2] | **8.12** | | **9,258** | **3,419** | 6.64 | | 7,602 | 3,437 |

(1) Dollar amount required to meet guidelines for adequately capitalized institutions
(2) Effective April 27, 2009, Countrywide Bank, FSB converted to a national bank with the name Countrywide Bank, N A  and immediately thereafter merged with and into Bank of America, N A , with Bank of America, N A  as the surviving entity