| | |
|---|---|
| 1 | SETH ARONSON (S.B. #100153) |
| | saronson@omm.com |
| 2 | MATTHEW W. CLOSE (S.B. #188570) |
| | mclose@omm.com |
| 3 | O'MELVENY & MYERS LLP |
| | 400 South Hope Street |
| 4 | Los Angeles, CA  90071-2899 |
| | Telephone:   (213) 430-6000 |
| 5 | Facsimile:    (213) 430-6407 |
| 6 | JONATHAN ROSENBERG (*pro hac vice*) |
| | jrosenberg@omm.com |
| 7 | WILLIAM J. SUSHON (*pro hac vice*) |
| | wsushon@omm.com |
| 8 | O'MELVENY & MYERS LLP |
| | Seven Times Square |
| 9 | New York, NY  10036 |
| | Telephone:   (212) 326-2000 |
| 10 | Facsimile:    (212) 326-2061 |
| 11 | *Attorneys for Defendants* |
| | *Bank of America Corporation, NB Holdings* |
| 12 | *Corporation, and Bank of America, N.A.,* |
| | *sued in its own name and as successor by* |
| 13 | *July 1, 2011 de jure merger to BAC Home* |
| | *Loans Servicing, LP (named herein as BAC* |
| 14 | *Home Loans Servicing, LP)* |

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE COUNTRYWIDE FINANCIAL CORP. MORTGAGE-BACKED SECURITIES LITIGATION | Case No. 2:11-ML-02265-MRP (MANx)<br><br>**CERTIFICATE OF SERVICE** |
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY,<br><br>            Plaintiff,<br><br>     v.<br><br>COUNTRYWIDE FINANCIAL CORPORATION, *et al.*,<br><br>            Defendants. | Case No. 2:11-CV-10414-MRP (MANx)<br><br>Date:         July 30, 2012<br>Time:         11:00 a.m.<br>Courtroom:  12<br>Judge:        Hon. Mariana R. Pfaelzer |

CERTIFICATE OF SERVICE

# CERTIFICATE OF SERVICE

I, Janet R. Mirahmadi, declare:

I am a citizen of the United States and employed in Los Angeles County, California, at the office of a member of the bar of this Court at whose direction this service was made. I am over the age of eighteen years and not a party to the within action. I am a resident of or employed in the county where the service described below occurred. My business address is 400 South Hope Street, Los Angeles, California, 90071. I am familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. In the ordinary course of business, correspondence collected from me would be processed on the same day, with postage thereon fully prepaid and placed for deposit that day with the United States Postal Service.

I hereby certify that on July 13, 2012, the documents listed below were electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the registered e-mail addresses on the Court's Electronic Mail Notice List, and were subsequently mailed via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List:

1. **DEFENDANTS BANK OF AMERICA CORPORATION, NB HOLDINGS CORPORATION, BANK OF AMERICA, N.A., AND BAC HOME LOANS SERVICING, LP'S REPLY IN FURTHER SUPPORT OF THEIR MOTION TO DISMISS AMENDED COMPLAINT;**

2. **DEFENDANTS BANK OF AMERICA CORPORATION, NB HOLDINGS CORPORATION, BANK OF AMERICA, N.A., AND BAC HOME LOANS SERVICING, LP'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF THEIR REPLY IN FURTHER SUPPORT OF THEIR MOTION TO DISMISS AMENDED COMPLAINT;**

3. **DECLARATION OF MATTHEW W. CLOSE IN SUPPORT OF THE BOFA DEFENDANTS' REQUEST FOR JUDICIAL NOTICE**

**IN SUPPORT OF THEIR REPLY IN FURTHER SUPPORT OF THEIR MOTION TO DISMISS AMENDED COMPLAINT**

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct. Executed on July 13, 2012, at Los Angeles, California.

*/s/ Janet R. Mirahmadi*
Janet R. Mirahmadi

**Manual Notice List:**

Jennifer J Barrett
Quinn Emanuel Urquhart & Sullivan LLP
51 Madison Avenue 22nd Floor
New York, NY

Brian J Boyle
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

Katherine B Dirks
Wilmer Hale LLP
60 State Street
Boston, MA 02109

Adam Hornstine
Wilmer Hale LLP
60 State Street
Boston, MA 02109

Edward J McDonough, Jr
Egan Flanagan & Cohen PC
67 Market Street
P O Box 9035
Springfield, MA 01102-9035

Jeffrey B Rudman
Wilmer Hale LLP
60 State Street
Boston, MA 02109

Stephen E Spelman
Egan Flanagan & Cohen PC
67 Market Street
P O Box 9035
Springfield, MA 01102-9035

Christopher B Zimmerman
Wilmer Hale LLP
60 State Street
Boston, MA 02109

CERTIFICATE OF SERVICE