Adam S. Hakki (*pro hac vice*)
ahakki@shearman.com
John Gueli (State Bar No. 171914)
jgueli@shearman.com
SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, NY 10022
Tel: (212) 848-4000
Fax: (212) 848-7179

*Attorneys for Defendants*
Countrywide Financial Corporation and
Countrywide Securities Corporation

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| In re COUNTRYWIDE FINANCIAL CORP. MORTGAGE-BACKED SECURITIES LITIGATION | Case No. 11-ML-02265-MRP (MANx) |
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> COUNTRYWIDE FINANCIAL CORPORATION, *et al.*, <br><br> Defendants. | Case No. 11-CV-10414-MRP (MANx) <br><br> **JOINT STIPULATION REGARDING EXTENSION OF TIME TO ANSWER FIRST AMENDED COMPLAINT** <br><br> Courtroom: 12 <br> Judge: Hon. Mariana R. Pfaelzer |

Plaintiff Massachusetts Mutual Life Insurance Company and defendants Countrywide Financial Corporation, Countrywide Securities Corporation, Deutsche Bank Securities, Inc., J.P. Morgan Securities LLC (f/k/a J.P. Morgan Securities Inc.), Stanford Kurland and UBS Securities LLC (collectively, "Defendants"), by and through their attorneys and subject to the Court's approval and order, hereby stipulate as follows:

WHEREAS, the Court's ruling on the first phase of motion to dismiss briefing was entered on April 16, 2012;

WHEREAS, the Court's ruling on the second phase of motion to dismiss briefing was entered on August 20, 2012;

WHEREAS, Defendants' answers to the First Amended Complaint are currently due no later than September 4, 2012; and

WHEREAS, the parties have agreed to extend Defendants' time to answer the First Amended Complaint by seven (7) calendar days;

**NOW THEREFORE**, Plaintiff and Defendants hereby agree, subject to the Court's approval, that Defendants' time to answer the First Amended Complaint shall be extended to September 11, 2012.

IT IS SO STIPULATED.

Dated: August 28, 2012

Plaintiff Massachusetts Mutual Life Insurance Company

By its attorneys,

/s/Molly Stephens
Harry A. Olivar, Jr. (State Bar No. 143089)
*harrolivar@quinnemanuel.com*
Molly Stephens (State Bar No. 232211)
*mollystephens@quinnemanuel.com*
QUINN EMANUEL URQUHART & SULLIVAN, LLP
865 So. Figueroa Street, 10th Floor
Los Angeles, California  90017
Tel:  (213) 443-3000
Fax:  (213) 443-3100

| | |
|---|---|
| | Philippe Z. Selendy (*pro hac vice*) |
| | Jennifer Barrett (*pro hac vice*) |
| | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| | 51 Madison Avenue, 22nd Floor |
| | New York, New York 10010-1601 |
| Dated:  August 28, 2012 | Countrywide Financial Corporation and Countrywide Securities Corporation |
| | By their attorneys, |
| | |
| | /s/Adam S. Hakki |
| | Adam S. Hakki (*pro hac vice*) |
| | John Gueli (State Bar No. 171914) |
| | |
| Dated:  August 28, 2012 | J.P. Morgan Securities LLC (f/k/a J.P. Morgan Securities, Inc.) |
| | By its attorneys, |
| | |
| | /s/Robert H. Baron |
| | Robert H. Baron |
| | Karin A. DeMasi |
| | J. Wesley Earnhardt |
| | CRAVATH, SWAINE & MOORE LLP |
| | 825 Eighth Avenue |
| | New York, New York 10019 |
| | Tel: (212) 474-1000 |
| | Fax: (212) 474-3700 |
| Dated:  August 28, 2012 | Deutsche Bank Securities, Inc. |
| | By its attorneys, |
| | |
| | /s/Deborah L. Stein |
| | Deborah L. Stein (State Bar No. 224570) |
| | *dstein@stblaw.com* |
| | SIMPSON THACHER & BARTLETT LLP |
| | 1999 Avenue of the Stars, 29th Floor |
| | Los Angeles, CA 90067 |
| | Tel: (310) 407-7500 |
| | Fax: (310) 407-7502 |

| | | |
|---|---|---|
| 1 | Dated:  August 28, 2012 | UBS Securities LLC |
| 2 | | By its attorneys, |
| 3 | | |
| 4 | | /s/Dean J. Kitchens |
| 5 | | Dean J. Kitchens (State Bar No. 82096)<br>*dkitchens@gibsondunn.com*<br>Alex Mircheff (State Bar No. 245074) |
| 6 | | *amircheff@gibsondunn.com*<br>GIBSON, DUNN & CRUTCHER LLP |
| 7 | | 333 South Grand Avenue,<br>Los Angeles, California 90071-3197 |
| 8 | | Tel: (213) 229-7000<br>Fax: (213) 229-7520 |
| 9 | | |
| 10 | Dated:  August 28, 2012 | Stanford Kurland |
| 11 | | By his attorneys, |
| 12 | | |
| 13 | | /s/Christopher G. Caldwell |
| 14 | | Christopher G. Caldwell (Cal. Bar #106790)<br>*caldwell@caldwell-leslie.com*<br>Jeanne A. Fugate (Cal. Bar #236341) |
| 15 | | *fugate@caldwell-leslie.com*<br>Kelly L. Perigoe (Cal. Bar #268872) |
| 16 | | *perigoe@caldwell-leslie.com*<br>CALDWELL LESLIE & PROCTOR, PC |
| 17 | | 1000 Wilshire Boulevard, Suite 600<br>Los Angeles, California 90017-2463 |
| 18 | | Tel: (213) 629-9040<br>Fax: (213) 629-9022 |

3

# **CERTIFICATE OF SERVICE**

I, Michael Mitchell, declare:

I am a citizen of the United States and employed in New York County, New York, at the office of a member of the bar of this Court at whose direction this service was made. I am over the age of 18 and not a party to the within action. My business address is 599 Lexington Avenue, NY NY 10022.

I hereby certify that, on **August 28, 2012**, the documents listed below were electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses registered, as denoted on the attached Electronic Mail Notice List, and were subsequently e-mailed directly to the non-CM/ECF participants indicated on the attached Manual Notice List pursuant to the agreement of the parties:

**1. JOINT STIPULATION REGARDING EXTENSION OF TIME TO ANSWER FIRST AMENDED COMPLAINT;**

**2. [PROPOSED] ORDER GRANTING JOINT STIPULATION REGARDING EXTENSION OF TIME TO ANSWER FIRST AMENDED COMPLAINT**

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on **August 28, 2012**, at New York, New York.

/s/Michael Mitchell
Michael Mitchell

**Mailing Information for a Case 2:11-cv-10414-MRP-MAN**

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

- **Miriam Alinikoff**
  malinikoff@levinelee.com

- **A Matthew Ashley**
  mashley@irell.com,sknight@irell.com

- **Joel M Athey**
  jathey@corbinathey.com,sv@corbinathey.com

- **Mytili Gowri Bala**
  mbala@irell.com

- **Robert H Baron**
  rbaron@cravath.com

- **Christopher D Belelieu**
  cbelelieu@cravath.com

- **Christopher G Caldwell**
  caldwell@caldwell-leslie.com,hammer@caldwell-leslie.com, ,hong@caldwell-leslie.com,perigoe@caldwell-leslie.com,pettit@caldwell-leslie.com,hayes@caldwell-leslie.com,popescu@caldwell-leslie.com,strother@caldwell-leslie.com,wilson@caldwell-leslie.com

- **Matthew W Close**
  mclose@omm.com

- **Kirsten Nelson Cunha**
  kirsten.cunha@shearman.com

- **Karin A DeMasi**
  kdemasi@cravath.com

- **J Wesley Earnhardt**
  wearnhardt@cravath.com

- **Michael M Farhang**
  mfarhang@gibsondunn.com

- **Jeanne A Fugate**
  fugate@caldwell-leslie.com,harper@caldwell-leslie.com,wilson@caldwell-leslie.com

- **Noah Graff**
  graff@hugheshubbard.com,sahimi@hugheshubbard.com,larson@hugheshubbard.com,james@hugheshubbard.com

- **Adam S Hakki**
  ahakki@shearman.com,lisa.hathaway@shearman.com,marion.harris@shearman.com,manattyoffice@shearman.com

- **Stephen D Hibbard**
  shibbard@shearman.com,andrew.rodgers@shearman.com,rcheatham@shearman.com

- **Dennis J Kelly**
  dkelly@burnslev.com

- **Dean J Kitchens**
  dkitchens@gibsondunn.com,MOstrye@gibsondunn.com

- **Scott B Klugman**
  sklugman@levinelee.com

- **Seth L Levine**
  slevine@levinelee.com

- **Allison Lauren Libeu**
  alibeu@irell.com,lstevens@irell.com

- **Thomas F Maffei**
  tmaffei@gtmllp.com

- **Andrea L Martin**
  amartin@burnslev.com,nmurphy@burnslev.com,mtuttle@burnslev.com

- **Scott McConchie**
  sm@gtmllp.com

- **Matthew Edward Miller**
  mmiller@foleyhoag.com

- **Alexander K Mircheff**
  amircheff@gibsondunn.com,mostrye@gibsondunn.com,inewman@gibsondunn.com,cnowlin@gibsondunn.com,mpulley@gibsondunn.co

- **Christopher Anthony Nowlin**
  cnowlin@gibsondunn.com

- **Harry A Olivar , Jr**
  harryolivar@quinnemanuel.com,clairehausman@quinnemanuel.com,guyonknight@quinnemanuel.com,farbodmoridani@quinnemanuel

- **Kelly L Perigoe**
  perigoe@caldwell-leslie.com,popescu@caldwell-leslie.com,fugate@caldwell-leslie.com

- **Michelle K Pulley**
  mpulley@gibsondunn.com

- **Andrea J Robinson**
  andrea.robinson@wilmerhale.com

- **Jonathan Rosenberg**
  jrosenberg@omm.com

- **Robert A Sacks**
  sacksr@sullcrom.com,s&cmanagingclerk@sullcrom.com

- **Philippe Z Selendy**
  philippeselendy@quinnemanuel.com

- **David Siegel**
  dsiegel@irell.com,rgrazziani@irell.com

- **Deborah L Stein**
  dstein@stblaw.com

- **Molly C Stephens**
  mollystephens@quinnemanuel.com,lorettasoto@quinnemanuel.com,farbodmoridani@quinnemanuel.com,jasminestarr@quinnemanuel

- **William J Sushon**
  wsushon@omm.com

- **Nicholas C Theodorou**
  nct@foleyhoag.com

- **Michael C Tu**
  mtu@orrick.com

- **Jessica L Tulk**
  jtulk@corbfitzlaw.com

- **Matthew J Tuttle**
  mtuttle@burnslev.com

- **A William Urquhart**
  billurquhart@quinnemanuel.com

- **Brandon F White**
  bfwhite@foleyhoag.com

- **Rowan D Wilson**
  rwilson@cravath.com,mao@cravath.com

### Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Jennifer J Barrett
Quinn  Emanuel Urquhart & Sullivan LLP
51 Madison Avenue   22nd Floor
New York, NY

Brian J Boyle
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

Katherine B Dirks
Wilmer Hale LLP
```

```
60 State Street
Boston, MA 02109
```

**Adam Hornstine**
```
Wilmer Hale LLP
60 State Street
Boston, MA 02109
```

**Edward J McDonough**                                              **, Jr**
```
Egan Flanagan & Cohen PC
67 Market Street
P O Box 9035
Springfield, MA 01102-9035
```

**Jeffrey B Rudman**
```
Wilmer Hale LLP
60 State Street
Boston, MA 02109
```

**Stephen E Spelman**
```
Egan Flanagan & Cohen PC
67 Market Street
P O Box 9035
Springfield, MA 01102-9035
```

**Christopher B Zimmerman**
```
Wilmer Hale LLP
60 State Street
Boston, MA 02109
```