1  Adam S. Hakki (*pro hac vice*)
   ahakki@shearman.com
2  John Gueli (State Bar No. 171914)
   jgueli@shearman.com
3  SHEARMAN & STERLING LLP
   599 Lexington Avenue
4  New York, NY 10022
   Tel: (212) 848-4000
5  Fax: (212) 848-7179

6  *Attorneys for Defendants*
   Countrywide Financial Corporation and
7  Countrywide Securities Corporation

8
9
10              **UNITED STATES DISTRICT COURT**
11              **CENTRAL DISTRICT OF CALIFORNIA**
12                    **WESTERN DIVISION**

| | |
|---|---|
| In re COUNTRYWIDE FINANCIAL CORP. MORTGAGE-BACKED SECURITIES LITIGATION | Case No. 11-ML-02265-MRP (MANx) |
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY, | Case No. 11-CV-10414-MRP (MANx) |
| Plaintiff, | **[PROPOSED] ORDER GRANTING JOINT STIPULATION REGARDING EXTENSION OF TIME TO ANSWER FIRST AMENDED COMPLAINT** |
| v. | |
| COUNTRYWIDE FINANCIAL CORPORATION, *et al.*, | |
| Defendants. | Courtroom: 12<br>Judge: Hon. Mariana R. Pfaelzer |

Pursuant to the parties' August 28, 2012 stipulation, IT IS HEREBY ORDERED THAT:

Defendants Countrywide Financial Corporation, Countrywide Securities Corporation, Deutsche Bank Securities, Inc., J.P. Morgan Securities LLC (f/k/a J.P. Morgan Securities Inc.), Stanford Kurland and UBS Securities LLC shall answer the First Amended Complaint no later than September 11, 2012.

Dated: _____, 2012

_____
HON. MARIANA R. PFAELZER
UNITED STATES DISTRICT JUDGE