Adam S. Hakki (*pro hac vice*)
ahakki@shearman.com
John Gueli (State Bar No. 171914)
jgueli@shearman.com
SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, NY 10022
Tel: (212) 848-4000
Fax: (212) 848-7179

*Attorneys for Defendants*
Countrywide Financial Corporation and
Countrywide Securities Corporation

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| In re COUNTRYWIDE FINANCIAL CORP. MORTGAGE-BACKED SECURITIES LITIGATION | Case No. 11-ML-02265-MRP (MANx) |
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>COUNTRYWIDE FINANCIAL CORPORATION, *et al.*,<br><br>Defendants. | Case No. 11-CV-10414-MRP (MANx)<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION REGARDING EXTENSION OF TIME TO ANSWER FIRST AMENDED COMPLAINT**<br><br>Courtroom: 12<br>Judge: Hon. Mariana R. Pfaelzer |

1       Pursuant to the parties' August 28, 2012 stipulation, IT IS HEREBY ORDERED THAT:

      Defendants Countrywide Financial Corporation, Countrywide Securities Corporation, Deutsche Bank Securities, Inc., J.P. Morgan Securities LLC (f/k/a J.P. Morgan Securities Inc.), Stanford Kurland and UBS Securities LLC shall answer the First Amended Complaint no later than September 11, 2012.

Dated: August 29, 2012

*Mariana R. Pfaelzer*
HON. MARIANA R. PFAELZER
UNITED STATES DISTRICT JUDGE

1