1  CALDWELL LESLIE & PROCTOR, PC
   CHRISTOPHER G. CALDWELL, State Bar No. 106790
2    *caldwell@caldwell-leslie.com*
   JEANNE A. FUGATE, State Bar No. 236341
3    *fugate@caldwell-leslie.com*
   KELLY L. PERIGOE, State Bar No. 268872
4    *perigoe@caldwell-leslie.com*
   1000 Wilshire Boulevard, Suite 600
5  Los Angeles, California  90017-2463
   Telephone: (213) 629-9040
6  Facsimile: (213) 629-9022

7  Attorneys for Defendant
   STANFORD L. KURLAND
8

9              **UNITED STATES DISTRICT COURT**

10       **CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

11

| | |
|---|---|
| In re COUNTRYWIDE FINANCIAL CORP. MORTGAGE-BACKED SECURITIES LITIGATION CASES | Case No. 11-ML-2265-MRP (MANx) <br><br> Honorable Mariana R. Pfaelzer |
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> COUNTRYWIDE FINANCIAL CORPORATION, et al., <br><br> Defendants. | Case No. CV 11-10414-MRP (MANx) <br><br> **NOTICE OF CHANGE OF ADDRESS** <br><br> Trial Date:     None Set |

CALDWELL
LESLIE &
PROCTOR

NOTICE OF CHANGE OF ADDRESS

TO ALL PARTIES AND TO THEIR COUNSEL OF RECORD HEREIN:

PLEASE TAKE NOTICE that, on October 1, 2012, CALDWELL LESLIE & PROCTOR, PC, will be relocating from 1000 Wilshire Boulevard, Suite 600, Los Angeles, California 90017-2463 to:

CALDWELL LESLIE & PROCTOR, PC
725 South Figueroa Street, 31st Floor
Los Angeles, California 90017-5524

The firm's telephone and fax numbers remain the same.  Please direct all pleadings and correspondence filed and/or served in this matter on or after October 1, 2012 to the new address above.

DATED: September 13, 2012         Respectfully submitted,

CALDWELL LESLIE & PROCTOR, PC
CHRISTOPHER G. CALDWELL
JEANNE A. FUGATE
KELLY L. PERIGOE


By      /s/
     JEANNE A. FUGATE
Attorneys for Defendant
STANFORD L. KURLAND

CALDWELL LESLIE & PROCTOR

-1-

NOTICE OF CHANGE OF ADDRESS