DEAN J. KITCHENS, SBN 82096
DKitchens@gibsondunn.com
ALEXANDER K. MIRCHEFF, SBN 245074
AMircheff@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, California 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

Attorneys for UBS Securities LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>COUNTRYWIDE FINANCIAL CORPORATION, et al.,<br><br>Defendants. | Case No. 11-ML-00265-MRP (MANx)<br><br>**UBS SECURITIES LLC'S NOTICE OF INTERESTED PARTIES PURSUANT TO LOCAL RULE 7.1-1**<br><br>Hon. Mariana R. Pfaelzer<br><br>Courtroom 12<br><br><br>Case No. CV 11-10414-MRP (MANx) |

1  Defendant UBS Securities LLC certifies that the following listed parties may
2  have a pecuniary interest in the outcome of this case.  These representations are made to
3  enable the Court to evaluate possible disqualification or recusal:
4  UBS Securities LLC's parent corporations are UBS AG, a public corporation,
5  and UBS Americas, Inc., which is wholly owned by UBS AG.  No publicly held
6  corporation other than UBS AG owns, directly or indirectly, 10 percent or more of UBS
7  Securities LLC's stock.

9  DATED:  October 10, 2012

Dean J. Kitchens
Alexander K. Mircheff
GIBSON, DUNN & CRUTCHER LLP

By:   /s/ Dean J. Kitchens
Dean J. Kitchens

Attorneys for UBS Securities LLC

# PROOF OF SERVICE

I, the undersigned, declare:

I am employed in the County of Los Angeles, State of California, I am over the age of eighteen years and am not a party to this action; my business address is 333 South Grand Avenue, Los Angeles, CA 90071, in said County and State. On October 10, 2012, I served the following document(s):

**UBS SECURITIES LLC'S NOTICE OF INTERESTED PARTIES PURSUANT TO LOCAL RULE 7.1-1**

☑ by electronically filing the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such electronic filing to counsel of record for all parties by operation of the Court's CM/ECF System.

☑ by e-mail to the following non-CM/ECF participants pursuant to an agreement of the parties:

| | |
|---|---|
| Jennifer J. Barrett: | jenniferbarrett@quinnemanuel.com |
| Edward J. McDonough: | ejm@efclaw.com |
| Stephen E. Spelman: | ses@efclaw.com |
| Nicholas C. Theodorou: | nct@foleyhoag.com |
| Matthew E. Miller: | mmiller@foleyhoag.com |
| Katherine B. Dirks: | katherine.dirks@wilmerhale.com |
| Adam Hornstine: | adam.hornstine@wilmerhale.com |
| Jeffrey B. Rudman: | jeffrey.rudman@wilmerhale.com |
| Christopher B. Zimmerman: | christopher.zimmerman@wilmerhale.com |

I declare under penalty of perjury under the laws of the United States of America and the State of California that the above is true and correct.

Executed on October 10, 2012.

                                                                /s/ Christopher Nowlin
                                                                  Christopher Nowlin