Robert H. Baron (*pro hac vice*)
rbaron@cravath.com
Rowan D. Wilson (California Bar No. 118488)
rwilson@cravath.com
Karin A. DeMasi (*pro hac vice*)
kdemasi@cravath.com
J. Wesley Earnhardt (*pro hac vice*)
wearnhardt@cravath.com
Christopher D. Belelieu (*pro hac vice*)
cbelelieu@cravath.com
CRAVATH, SWAINE & MOORE LLP
825 Eighth Avenue
New York, New York 10019
Tel:  (212) 474-1000
Fax:  (212) 474-3700

Robert A. Sacks (California Bar No. 150146)
sacksr@sullcrom.com
SULLIVAN & CROMWELL LLP
1888 Century Park East
Los Angeles, CA 90067-1725
Tel:  (310) 712-6600
Fax:  (310) 712-8800

*Attorneys for Defendant
J.P. Morgan Securities LLC (f/k/a J.P. Morgan Securities Inc.)*

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION**

| | |
|---|---|
| In re COUNTRYWIDE FINANCIAL CORP. MORTGAGE-BACKED SECURITIES LITIGATION | Case No. 11-ML-02265-MRP (MANx) |
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY, | Case No. 11-CV-10414-MRP (MANx) |
| Plaintiff, | **J.P. MORGAN SECURITIES LLC'S CERTIFICATE OF INTERESTED PARTIES** |
| v. | |
| COUNTRYWIDE FINANCIAL CORPORATION, *et al.*, | **[C.D. Cal. Local Rule 7.1-1]** |
| Defendants. | |

Pursuant to Local Rule 7.1-1, the undersigned counsel of record for Defendant J.P. Morgan Securities LLC certifies that the following persons and parties may have or had a pecuniary interest in the outcome of the case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

| NAME | RELATIONSHIP |
|---|---|
| J.P. Morgan Securities LLC | Defendant |
| J.P. Morgan Broker-Dealer Holdings, Inc. | Parent Corporation |
| JPMorgan Chase & Co. | Parent Corporation |
| Countrywide Financial Corporation | Defendant |
| Countrywide Securities Corporation | Defendant |
| Deutsche Bank Securities, Inc. | Defendant |
| Stanford Kurland | Defendant |
| UBS Securities LLC | Defendant |
| Bank of America Corporation | Remanded Defendant[1] |
| Bank of America, N.A. | Remanded Defendant |
| BAC Home Loan Servicing, L.P. | Remanded Defendant |
| NB Holdings Corporation | Remanded Defendant |
| Banc of America Funding Corporation | Remanded Defendant |
| Banc of America Securities LLC | Remanded Defendant |
| Merrill Lynch Mortgage Lending, Inc. | Remanded Defendant |
| Merrill Lynch Mortgage Investors, Inc. | Remanded Defendant |
| Merrill Lynch, Pierce, Fenner & Smith Inc. | Remanded Defendant |
| Countrywide Home Loans, Inc. | Dismissed Defendant[2] |

---

[1] Pursuant to the MDL Transfer Order and Simultaneous Separation and Remand of Certain Claims dated December 16, 2011, all claims relating to non-Countrywide MBS against the Bank of America Defendants and the Merrill Lynch Defendants were separated and simultaneously remanded to the District of Massachusetts.

| | | |
|---|---|---|
| 1 | CWALT, Inc. | Dismissed Defendant |
| 2 | CWMBS, Inc. | Dismissed Defendant |
| 3 | CWABS, Inc. | Dismissed Defendant |
| 4 | CWHEQ, Inc. | Dismissed Defendant |
| 5 | Angelo Mozilo | Dismissed Defendant |
| 6 | David A. Sambol | Dismissed Defendant |
| 7 | Eric Sieracki | Dismissed Defendant |
| 8 | David A. Spector | Dismissed Defendant |
| 9 | N. Joshua Adler | Dismissed Defendant |
| 10 | Ranjit Kripalani | Dismissed Defendant |
| 11 | Jennifer Sandefur | Dismissed Defendant |
| 12 | Mark I. Ryan | Dismissed Defendant |
| 13 | George C. Carp | Dismissed Defendant |
| 14 | George E. Ellison | Dismissed Defendant |
| 15 | Matthew Whalen | Dismissed Defendant |
| 16 | Brian T. Sullivan | Dismissed Defendant |
| 17 | Massachusetts Mutual Life Insurance Co. | Plaintiff |

---

[2] Pursuant to the Court's April 16, 2012 Order and August 20, 2012 Order, all claims against non-underwriter defendants and defendants whose control person liability stems from alleged primary violations by non-underwriter defendants were dismissed except as to Countrywide Financial Corporation and Stanford Kurland.

| | | |
|---|---|---|
| 1 | Dated: October 12, 2012 | J.P. Morgan Securities LLC (f/k/a J.P. Morgan Securities, Inc.) |
| 2 | | By its attorneys, |
| 3 | | /s/ Rowan D. Wilson |

Robert H. Baron (*pro hac vice*)
*rbaron@cravath.com*
Rowan D. Wilson (California Bar No. 118488)
*rwilson@cravath.com*
Karin A. DeMasi (*pro hac vice*)
*kdemasi@cravath.com*
J. Wesley Earnhardt (*pro hac vice*)
*wearnhardt@cravath.com*
Christopher D. Belelieu (*pro hac vice*)
*cbelelieu@cravath.com*
CRAVATH, SWAINE & MOORE LLP
825 Eighth Avenue
New York, New York 10019
Tel: (212) 474-1000
Fax: (212) 474-3700

Robert A. Sacks (California Bar No. 150146)
*sacksr@sullcrom.com*
Sullivan & Cromwell LLP
1888 Century Park East
Los Angeles, CA 90067-1725
Tel: (310) 712-6600
Fax: (310) 712-8800

# **CERTIFICATE OF SERVICE**

I, Rowan D. Wilson, certify:

I am employed in the County of New York, State of New York. I am over the age of 18 and not a party to the within action. My business address is 825 Eighth Avenue, Worldwide Plaza, New York, NY 10019. On October 12, 2012, I served the foregoing document by electronically filing it with the Clerk of the Court using the CM/ECF system, which will send notification of such electronic filing to counsel of record for all parties by operation of the Court's CM/ECF system. By agreement of counsel, service will be made by email on the following counsel of record who are not registered participants in the CM/ECF system:

Jennifer L. Barrett - jenniferbarrett@quinnemanuel.com
Edward J. McDonough - ejm@efclaw.com
Stephen E. Spelman - ses@efclaw.com
Nicholas C. Theodorou - nct@foleyhoag.com
Matthew E. Miller - mmiller@foleyhoag.com
Brian J. Boyle - brian.boyle@wilmerhale.com
Katherine B Dirks - katherine.dirks@wilmerhale.com
Adam Hornstine - adam.hornstine@wilmerhale.com
Jeffrey B Rudman - jeffrey.rudman@wilmerhale.com
Christopher B. Zimmerman - christopher.zimmerman@wilmerhale.com

I certify under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on **October 12, 2012**, at New York, New York.

/s/ Rowan D. Wilson
Rowan D. Wilson

CERTIFICATE OF SERVICE