| | |
|---|---|
| 1 | Deborah L. Stein (State Bar No. 224570) |
| 2 | *dstein@stblaw.com*<br>SIMPSON THACHER & BARTLETT LLP |
| 3 | 1999 Avenue of the Stars, 29th Floor |
| 4 | Los Angeles, California 90067<br>Tel: (310) 407-7500 |
| 5 | Fax: (310) 707-7502 |
| 6 | |
| 7 | Thomas C. Rice (*pro hac vice*)<br>*trice@stblaw.com* |
| 8 | Alan Turner (*pro hac vice*)<br>*aturner@stblaw.com* |
| 9 | 425 Lexington Avenue |
| 10 | New York, NY 10017<br>Tel: (212) 455-2000 |
| 11 | Fax: (212) 455-2502 |
| 12 | |
| 13 | *Attorneys for Defendants*<br>*Deutsche Bank Securities Inc.* |

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| In re COUNTRYWIDE FINANCIAL CORP. MORTGAGE-BACKED SECURITIES LITIGATION CASES | Case No. 11-ml-2265-MRP (MANx) |
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>COUNTRYWIDE FINANCIAL CORPORATION, et al.,<br><br>Defendants. | Case No. 11-cv-10414-MRP (MANx)<br><br>**DEUTSCHE BANK SECURITIES INC.'s FEDERAL RULE OF CIVIL PROCEDURE 7.1 DISCLOSURE STATEMENT AND LOCAL RULE 7.1-1 NOTICE OF INTERESTED PARTIES** |

FRCP 7.1 AND LOCAL RULE 7.1-1 STATEMENT  CASE NO. 11-cv-10414-MRP (MANx)

Pursuant to Fed. R. Civ. P. 7.1, Defendant Deutsche Bank Securities Inc. certifies that it is wholly owned by DB U.S. Financial Markets Holding Corporation, a Delaware corporation that is wholly owned by Taunus Corp., which is wholly owned by Deutsche Bank AG, a publicly held corporation.

Pursuant to Local Rule 7.1-1, the undersigned, counsel of record for Defendant Deutsche Bank Securities Inc., certifies that the following listed parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal:

Deutsche Bank Securities Inc.

DB U.S. Financial Markets Holding Corporation

Taunus Corp.

Deutsche Bank AG

Respectfully Submitted,

Dated:  November 8, 2012         SIMPSON THACHER & BARTLETT LLP

By:  /s/ Deborah L. Stein
Deborah L. Stein (State Bar No. 224570)
*dstein@stblaw.com*
1999 Avenue of the Stars, 29th Floor
Los Angeles, CA 90067
Tel:  (310) 407-7500
Fax:  (310) 407-7502

Thomas C. Rice (*pro hac vice*)
*trice@stblaw.com*
Alan Turner (*pro hac vice*)
*aturner@stblaw.com*
425 Lexington Avenue
New York, NY 10017
Tel:  (212) 455-2000
Fax:  (212) 455-2502

*Attorneys for Deutsche Bank Securities Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed Deutsche Bank Securities Inc.'s Federal Rule of Civil Procedure 7.1 Disclosure Statement and Local Rule 7.1-1 Notice of Interested Parties with the Clerk of the Court for the United States District Court for the Central District of California by using the ECF system on November 8, 2012. Service on all parties will be accomplished through the ECF system at the email addresses on file for counsel of record. Service will also be made by email on the following counsel of record who are not registered participants in the CM/ECF system:

    Jennifer J. Barrett - jenniferbarrett@quinnemanuel.com
    Edward J. McDonough - ejm@efclaw.com
    Stephen E. Spelman - ses@efclaw.com
    Nicholas C. Theodorou - nct@foleyhoag.com
    Matthew E. Miller - mmiller@foleyhoag.com
    Katherine B Dirks - katherine.dirks@wilmerhale.com
    Adam Hornstine - adam.hornstine@wilmerhale.com
    Jeffrey B Rudman - jeffrey.rudman@wilmerhale.com
    Christopher B. Zimmerman - christopher.zimmerman@wilmerhale.com

_____
Marisela Licerio