1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Harry A. Olivar, Jr. (Bar No. 143089)
2  harryolivar@quinnemanuel.com
   Molly Stephens (Bar No. 232211)
3  mollystephens@quinnemanuel.com
   865 South Figueroa Street, 10th Floor
4  Los Angeles, California  90017
   Telephone:   (213) 443-3000
5  Facsimile:   (213) 443-3100

6  Philippe Z. Selendy (admitted *pro hac*)
   philippeselendy@quinnemanuel.com
7  Jennifer J. Barrett (admitted *pro hac*)
   jenniferbarrett@quinnemanuel.com
8  51 Madison Avenue
   New York, New York 10010
9  Telephone:   (212) 849-7000
   Facsimile:   (212) 849-7100

10 Attorneys for Plaintiff Massachusetts
   Mutual Life Insurance Company

11

12                    **UNITED STATES DISTRICT COURT**

13                    **CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| 14 In re COUNTRYWIDE FINANCIAL CORP. MORTGAGE-BACKED SECURITIES LITIGATION | Case No. 11-ML-2265-MRP (MANx) |
| 16 | **PLAINTIFFS' PROPOSED SCHEDULE** |
| 17 | Date:          March 11, 2013 |
| 18 | Time:          11:00 a.m. |
| | Courtroom: 12 |
| 19 | Judge:          Hon. Mariana R. Pfaelzer |
| 20 ALLSTATE INSURANCE COMPANY, *et al.*, | |
| 21 | Case No. 11-CV-5236-MRP (MANx) |
| 22           Plaintiffs, | |
| 23      vs. | |
| 24 COUNTRYWIDE FINANCIAL CORPORATION, *et al.*, | |
| 25           Defendants. | |

26

27

28

| | |
|---|---|
| BANK HAPOALIM, B.M., | |
| Plaintiff, | Case No. 11-CV-4316-MRP (MANx) |
| vs. | |
| BANK OF AMERICA CORPORATION, *et al.*, | |
| Defendants. | |
| FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR UNITED WESTERN BANK, | Case No. 11-CV-10400-MRP (MANx) |
| Plaintiff, | |
| vs. | |
| COUNTRYWIDE FINANCIAL CORPORATION, *et al.*, | |
| Defendants. | |
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY, | Case No. 11-CV-10414-MRP (MANx) |
| Plaintiff, | |
| vs. | |
| COUNTRYWIDE FINANCIAL CORPORATION, *et al.*, | |
| Defendants. | |
| MINNESOTA LIFE INSURANCE COMPANY, *et al.*, | Case No. 12-CV-6149-MRP (MANx) |
| Plaintiffs, | |
| vs. | |
| COUNTRYWIDE FINANCIAL CORPORATION, *et al.*, | |
| Defendants. | |

| | |
|---|---|
| 1 | NATIONAL INTEGRITY LIFE INSURANCE COMPANY, |
| 2 | Case No. 11-CV-9889-MRP (MANx) |
| | Plaintiff, |
| 3 | |
| | vs. |
| 4 | |
| | COUNTRYWIDE FINANCIAL CORPORATION, *et al.*, |
| 5 | |
| 6 | Defendants. |
| | PRINCIPAL LIFE INSURANCE COMPANY, *et al.*, |
| 7 | Case No. 12-CV-4317-MRP (MANx) |
| 8 | Plaintiffs, |
| 9 | vs. |
| 10 | COUNTRYWIDE FINANCIAL CORPORATION, *et al.*, |
| 11 | |
| | Defendants. |
| 12 | |

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1    Plaintiffs in seven of the cases in this MDL respectfully submit their Proposed

2 Schedule as requested by the Court in its February 19, 2013 minute order.[1]

3 Consistent with the stated purpose of this *Countrywide MBS MDL* to "avoid[]

4 duplicative discovery and other pretrial proceedings on complex common factual

5 issues," JPML Transfer Order at 3 (Case No. 11-ml-02265, Dkt. 1), Plaintiffs

6 propose a uniform schedule for the seven cases that the Court designated in its

7 minute order.  Taking into account that certain cases in this MDL were filed in the

8 second half of 2010, Plaintiffs seek a schedule that concludes fact discovery by the

9 end of 2013, concludes expert discovery by mid-2014, and includes a hearing on

10 any summary judgment motions by September 2014.  Such a schedule should be

11 possible if Plaintiffs are given access to documents Defendants have previously

12 produced in other relevant litigation and to deposition transcripts in those actions.

13    Plaintiffs respectfully propose the following schedule for approval by the

14 Court:

15

16

17    [1]  Plaintiffs are (1) Allstate Insurance Company, Allstate Life Insurance
Company, Allstate Life Insurance Company of New York, and American Heritage
18 Life Insurance; (2) Bank Hapoalim, B.M.; (3) The Federal Deposit Insurance
Corporation as Receiver for United Western Bank; (4) Massachusetts Mutual Life
19 Insurance Company; (5) Minnesota Life Insurance Company, Securian Financial
Group, Inc., Securian Funds Trust, Securian Foundation, Securian Casualty
20 Company, and CNL/Insurance America, Inc.; (6) National Integrity Life Insurance
Company; (7) Principal Life Insurance Company, Principal Funds, Inc, and
21 Principal Variable Contracts Funds, Inc.  Plaintiffs' Proposed Schedule is being
22 submitted jointly in the following seven MDL cases for which the Court requested a
scheduling proposal: *Allstate Ins. Co. v. Countrywide Fin. Corp.* (11-cv-5236); *Bank*
23 *Hapoalim, B.M. v. Bank of America Corp.* (12-cv-4316); *Federal Deposit Insurance*
24 *Corporation as Receiver for United Western Bank  v. Countrywide Fin. Corp.* (11-
cv-10400); *Mass. Mut. Life Ins. Co. v. Countrywide Fin. Corp.* (11-cv-10414);
25 *Minn. Life Ins. Co. v. Countrywide Financial Corp.* (12-cv-6149); *Nat'l Integrity*
26 *Life Ins. Co. v. Countrywide Fin. Corp.*, (11-cv-9889); *Principal Life Ins. Co. v.*
*Countrywide Fin. Corp.* (12-cv-4317).  *See* 2/19/13 Minute Order (Case No. 11-cv-
27 10414, Dkt. 232).

28

| Event | Deadline |
|---|---|
| Commencement of Discovery | March 18, 2013 |
| Initial Disclosures | March 18, 2013 |
| Joint Submission of a Proposed Protective Order | March 25, 2013 |
| Production of Final Loan Tapes by Defendants | April 12, 2013 |
| Production of Discovery Provided by Defendants in Other Cases in Which Residential Underwriting Guidelines and/or the Securitization Process Were at Issue | April 29, 2013 |
| Expert Reports on Loan Sampling | June 3, 2013 |
| *Daubert* Motions on Loan Sampling | July 1, 2013 |
| Oppositions to *Daubert* Motions on Loan Sampling | July 22, 2013 |
| Replies in Support of *Daubert* Motions on Sampling | July 29, 2013 |
| Production of Loan Files and Applicable Underwriting Guidelines by Defendants | July 29, 2013 |
| Hearing on *Daubert* Motions on Sampling | August 5, 2013, 11 a.m. |
| Substantial Completion of Party Document Discovery | August 12, 2013 |
| Motion for Joinder of Parties | August 12, 2013 |
| Substantial Completion of Third-Party Document Discovery | September 18, 2013 |
| Completion of Fact Depositions and All Other Fact Discovery | December 20, 2013 |
| Plaintiff's Affirmative Expert Reports | February 7, 2014 |
| Defendants' Expert Reports | April 11, 2014 |
| Plaintiff's Rebuttal Expert Reports | May 9, 2014 |
| Completion of Expert Discovery | June 6, 2014 |
| Summary Judgment Motions | July 14, 2014 |
| Oppositions to Summary Judgment Motions | August 11, 2014 |

| Event | Deadline |
|---|---|
| Replies in Support of Summary Judgment Motion | August 29, 2014 |
| Hearing on Summary Judgment Motions | September 15, 2014, 11 a.m. |

Counsel for Plaintiffs and counsel for Defendants Countrywide Financial Corporation, Countrywide Home Loans, Inc., CWALT, Inc., CWMBS, Inc., CWHEQ, Inc., CWABS, Inc., Countrywide Capital Markets, and Countrywide Securities Corporation (collectively, the "Countrywide Defendants") met and conferred on March 5 and 7, 2013, regarding the above proposed schedule.  Because of disagreements on the five issues identified below, the parties were unable to reach agreement:

(1)  Defendants proposed a schedule that is nine months longer than Plaintiffs' proposed schedule; Defendants do not propose that summary judgment motions be heard until May 25, 2015.  Plaintiffs believe such a schedule is unnecessarily long, particularly given that Defendants have previously produced relevant discovery in other litigation and that Plaintiffs seek and should be afforded access to that discovery.

(2)  Defendants would not agree to provide Plaintiffs with access to the Countrywide Defendants' existing document productions and to their witnesses' deposition transcripts in *MBIA Insurance Corporation v. Countrywide Home Loans Inc.* pending in New York Supreme Court (Index No. 08/602825) and other identified actions.  Production of this relevant discovery will greatly increase the efficiencies of this MDL and will facilitate Plaintiffs' more expedited schedule.

(3)  Defendants' proposal does not provide for an early exchange of expert reports on sampling and associated *Daubert* briefing as has been ordered in multiple RMBS cases.  As courts have recognized, the use of statistical sampling is the best and most effective alternative to the impracticable and unnecessary task of requiring

Case No. 11-ML-2265-MRP (MANx)
PLAINTIFFS' PROPOSED SCHEDULE

1  parties to collect and re-underwrite the hundreds of thousands of loans underlying

2  the certificates, such as those at issue in this MDL.  Courts have also recognized that

3  drawing loan samples and addressing sampling issues early in litigation ensures that

4  the parties can define appropriate samples early and not waste time and resources

5  collecting, reviewing, and analyzing samples of loans that are later deemed

6  inadmissible.  *See FHFA v. JPMorgan Chase & Co.*, Case No. 11-cv-6188, 2012

7  WL 6000885, at *3 (S.D.N.Y. Dec. 3, 2012); *Mass. Mut. Life Ins. v. DB Structured*

8  *Products, Inc.*, Case No. 3:11-cv-30039-MAP (D. Mass. March 5, 2013).

9  Defendants have resisted early resolution of sampling issues, despite other courts'

10  recognition that this is the sensible way to proceed.  To the extent there is an

11  ongoing dispute about early resolution of sampling issues in this action, Plaintiffs

12  request permission to brief this issue.

13      (4)  Defendants proposed to restrict Plaintiffs from serving Federal Rule 34

14  requests for production on the Countrywide Defendants without Court permission.

15  In accordance with the procedure described in Federal Rule  26(b), Plaintiffs should

16  be permitted to serve document requests, including requests for documents related to

17  issues unique to their cases, without the need to apply to the Court each time they

18  wish to do so.  Plaintiffs expect minimal involvement by the Court if the parties

19  follow the standard procedures in the Federal Rules because Plaintiffs do not intend

20  to seek improper or unnecessarily duplicative discovery.  For example, Plaintiffs

21  foresee serving focused document requests on the Countrywide Defendants once

22  they have access to the existing productions and deposition transcripts Plaintiffs

23  seek from other litigation.

24      (5) Defendants' proposal provides an unreasonably short time period for

25  Plaintiffs' experts to re-underwrite loan files and prepare reports; it requires

26  submission of Plaintiffs' expert reports approximately 1.5 months after the date for

27  completion production of loan files, which will not leave enough time for Plaintiffs'

28

Case No. 11-ML-2265-MRP (MANx)
PLAINTIFFS' PROPOSED SCHEDULE

1   loan re-underwriting.  Significant time for re-underwriting is necessary because four

2   of the cases have between 24 and 27 securitizations at issue; even with early

3   approval of a sampling methodology, the necessary re-underwriting cannot be

4   completed in the time Defendants allot for it.  Plaintiffs' proposed schedule

5   remedies this problem by accelerating the date for production  of loan files.

6        The parties will continue to meet and confer in an attempt to narrow these

7   disputed issues but as of the afternoon of March 7, 2013, Plaintiffs did not have

8   confirmation from Defendants of agreement regarding any of these issues.  Should

9   the parties reach agreement prior to the hearing on Monday, March 11, 2013, the

10  parties will so inform the Court at the hearing.

11                                    **Conclusion**

12       Plaintiffs respectfully request that the Court enter their proposed schedule in

13  the seven above-listed cases.

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. 11-ML-2265-MRP (MANx)
PLAINTIFFS' PROPOSED SCHEDULE

1   DATED: March 7, 2013

2

3                                                    By /s/ *Harry A. Olivar, Jr.*

4                                                        Harry A. Olivar, Jr. (Bar No. 143089)
                                                         *harryolivar@quinnemanuel.com*
5                                                        Molly Stephens (Bar No. 232211)
                                                         *mollystephens@quinnemanuel.com*
6                                                        QUINN EMANUEL URQUHART &
7                                                        SULLIVAN, LLP
                                                         865 South Figueroa Street, 10th Floor
8                                                        Los Angeles, CA 90017
9                                                        Tel.:  (213) 443-3000
                                                         Fax:  (213) 443-3100
10

11                                                       Philippe Z. Selendy (admitted pro hac)
                                                         *philippeselendy@quinnemanuel.com*
12                                                       Jennifer J. Barrett (admitted pro hac)
13                                                       *jenniferbarrett@quinnemanuel.com*
                                                         QUINN EMANUEL URQUHART &
14                                                       SULLIVAN, LLP
                                                         51 Madison Avenue, 22nd Floor
15                                                       New York, NY 10010
                                                         Tel.:  (212) 849-7000
16                                                       Fax:  (212) 849-7100
17

18
                                                         *Attorneys for Plaintiff Massachusetts*
19                                                       *Mutual Life Insurance Company*

20

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

By /s/ *Jeremy D. Andersen*

Daniel L. Brockett (Bar No. 237551)
*danbrockett@quinnemanuel.com*
Marc L. Greenwald (Bar No. 176072)
*marcgreenwald@quinnemanuel.com*
David D. Burnett (*pro hac vice*)
daveburnett@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
Tel.:  (212) 849-7000
Fax:  (212) 849-7100

Jeremy D. Andersen (Bar No. 227287)
*jeremyandersen@quinnemanuel.com*
Jennifer J. Barrett (admitted pro hac)
*jenniferbarrett@quinnemanuel.com*
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Tel.:  (213) 443-3000
Fax:  (213) 443-3100

*Attorneys for Plaintiffs Allstate
Insurance Company, Allstate Life
Insurance Company, Allstate Life
Insurance Company of New York,
and American Heritage Life
Insurance Company*

Case No. 11-ML-2265-MRP (MANx)
PLAINTIFFS' PROPOSED SCHEDULE

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

By  /s/ *Joel H. Bernstein*
   Joel H. Bernstein
   *jbernstein@labaton.com*
   Martis Alex (Bar No. 77903)
   *malex@labaton.com*
   Mark S. Arisohn
   *marisohn@labaton.com*
   LABATON SUCHAROW LLP
   140 Broadway
   New York, New York  10005
   Tel.:  (212) 907-0700
   Fax.:  (212) 818-0477


By  /s/ *Mark I. Labaton*
   Mark I. Labaton (Bar No. 159555)
   *mlabaton@motleyrice.com*
   Robert Zabb (Bar No. 114405)
   *rzabb@motleyrice.com*
   MOTLEY RICE LLP
   1801 Century Park East, Suite 475
   Los Angeles, CA 90067
   Tel.: (310) 552-7992
   Fax: (310) 552-8054

   *Attorneys for Plaintiffs Bank Hapoalim B.M.*

   *Attorneys for Principal Life Insurance Company; Principal Funds, Inc.; and Principal Variable Contracts Funds, Inc.*

Case No. 11-ML-2265-MRP (MANx)
PLAINTIFFS' PROPOSED SCHEDULE

1

2
By:  /s/ *David M. Wilk*
   Lawrence R. King (Bar No. 55827)

3
   David M. Wilk  (Bar No. 222860)
   Shawn M. Raiter  Bar No. 240424)

4
   Sarah E. Madsen (Bar No. 0336804)

5
   LARSON • KING, LLP
   2800 Wells Fargo Place

6
   30 East Seventh Street

7
   St. Paul, Minnesota 55101
   Tel.:  (651) 312-6500

8
   Fax:  (651) 312-6618

9

10
*Attorneys for Plaintiffs Minnesota Life*
*Insurance Company, Securian Financial*

11
*Group, Inc., Securian Funds Trust, Securian*

12
*Foundation, Securian Casualty Company,*
*and CNL/Insurance America, Inc.*

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

By:  /s/ *Michael R. Matthias*

2

Michael R. Matthias (Bar No.57728)

3

*mmatthias@bakerlaw.com*
Gabriel E. Drucker (Bar No. 254448)

4

*gdrucker@bakerlaw.com*

5

BAKER HOSTETLER LLP
12100 Wilshire Blvd. 15th Floor

6

Los Angeles, California 90025-7120

7

Tel.:  (310) 820-8800
Fax:  (310) 820-8859

8

9

David J. Grais (admitted pro hac vice)

10

*dgrais@graisellsworth.com*
Mark B. Holton (admitted pro hac vice)

11

*mholton@graisellsworth.com*

12

Mary G. Menge (admitted pro hac vice)
*mmenge@graisellsworth.com*

13

GRAIS & ELLSWORTH LLP

14

1211 Avenue of the Americas
New York, New York 10036

15

Tel.:  (212) 755-0100
Fax:  (212) 744-0052

16

17

*Attorneys for the Federal Deposit Insurance*

18

*Corporation as Receiver for United Western*
*Bank*

19

20

21

22

23

24

25

26

27

28

Case No. 11-ML-2265-MRP (MANx)
PLAINTIFFS' PROPOSED SCHEDULE

1

2

3

4

5

6

7

8

9

10

11

12

13

14

By  /s/ *Brian C. Lysaght*
   Brian C. Lysaght (Bar. No. 61965)
*blysaght@lysaghtlegal.com*
LYSAGHT LAW GROUP LLP
233 Wilshire Blvd Suite 700
Santa Monica, CA 90401
Telephone: (310) 566-8166


David H. Wollmuth (*pro hac vice*)
*dwollmuth@wmd-law.com*
Thomas P. Ogden (*pro hac vice*)
*togden@wmd-law.com*
Steven S. Fitzgerald (*pro hac vice*)
*sfitzgerald@wmd-law.com*
WOLLMUTH MAHER & DEUTSCH LLP
500 Fifth Avenue
New York, New York 10110
(212) 382-3300

*Attorneys for National Integrity Life
Insurance Company*


## Certificate of Signatures

15

16

I hereby certify that all other signatories listed, and on whose behalf the filing is
submitted, concur in the filing's content and have authorized filing.

17

18

19

20

21

22

23

24

25

26

27

28

   /s/ *Harry A. Olivar, Jr.*

Case No. 11-ML-2265-MRP (MANx)
PLAINTIFFS' PROPOSED SCHEDULE