Chet A. Kronenberg (SBN 222335)
ckronenberg@stblaw.com
Simpson Thacher & Bartlett LLP
1999 Avenue of the Stars, 29th Floor
Los Angeles, California, 90067
Telephone: (310) 407-7500
Facsimile: (310) 407-7502

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Massachusetts Mutual Life Insurance Company,<br><br>Plaintiff(s)<br>v.<br>Countrywide Financial Corporation, et al.,<br><br>Defendant(s). | CASE NUMBER:<br><br>11-cv-10414-MRP (MANx)<br><br>ORDER ON<br>APPLICATION OF NON-RESIDENT ATTORNEY<br>TO APPEAR IN A SPECIFIC CASE |

The Court, having reviewed proof of payment of the applicable fee and accompanying Application

of <u>Erika H. Burk</u>, of <u>Simpson Thacher & Bartlett LLP, 425 Lexington Ave., New York, New York, 10017</u>
   *Applicant's Name*                                        *Firm Name / Address*

<u>(212) 455-2000</u>                                                     <u>eburk@stblaw.com</u>
   *Telephone Number*                                                *E-mail Address*

for permission to appear and participate in the above-entitled action on behalf of ☐ Plaintiff ☑ Defendant
☐ Intervener or other interested person <u>Deutsche Bank Securities, Inc.</u>

and the designation of <u>Chet A. Kronenberg (SBN 222335)</u>
                                          *Local Counsel Designee /State Bar Number*

of <u>Simpson Thacher & Bartlett, LLP, 1999 Avenue of the Stars, 29th Floor, Los Angeles, California 90067</u>
                                                   *Local Counsel Firm / Address*

<u>(310) 407-7500</u>                                                     <u>ckronenberg@stblaw.com</u>
   *Telephone Number*                                                *E-mail Address*

as local counsel, hereby **ORDERS** the Application be:

☐ GRANTED
☐ DENIED. Fee shall be returned by the Clerk.
☐ DENIED. For failure to pay the required Pro Hac Vice appearance fee.

Dated _____            _____
                                                              *U. S. District Judge/U.S. Magistrate Judge*