UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
<u>CIVIL MINUTES - GENERAL</u>

Date:  March 27, 2013

| CASE NO: | |
|---|---|
| LA11ML02265-MRP (MANx) | IN RE THE COUNTRYWIDE FINANCIAL CORPORATION MORTGAGE -BACKED SECURITIES LITIGATION |
| LA11CV05236-MRP (MANx) | ALLSTATE INSURANCE COMPANY v. COUNTRYWIDE FINANCIAL CORPORATION, ET AL., |
| LA12CV04316-MRP (MANx) | BANK HAPOALIM, B.M. v. BANK OF AMERICA CORP. |
| LA11CV10400-MRP (MANx) | FDIC AS RECEIVER FOR UNITED WESTERN BANK, F.S.B., CORP., v. COUNTRYWIDE FINANCIAL CORPORATION, ET AL., |
| LA11CV10414-MRP (MANx) ✔ | MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY v. COUNTRYWIDE FINANCIAL CORPORATION,. ET AL. |
| LA12CV06149-MRP (MANx) | MINNESOTA LIFE INS. CO. v. COUNTRYWIDE FIN. CORP., |
| LA11CV09889-MRP (MANx) | NATIONAL INTEGRITY LIFE INS. CO. v. COUNTRYWIDE FINANCIAL CORPORATION |

==================================================================

PRESENT:  <u>THE HONORABLE MARIANA R. PFAELZER, SENIOR U.S. DISTRICT JUDGE</u>

<u>Cynthia Salyer</u>                                   <u>Victoria Valine</u>
Courtroom Clerk                                   Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANTS:

| | |
|---|---|
| **Marc Greenwald** | **Brian Pastuszenski** |
| **Joel Bernstein** | **Inez Friedman-Boyce** |
| **Mark Labaton** | **Jeanne Fugate, For Kurland** |
| **David Wilk** | **James Rutten** |
| **Brian Lysaght** | **Adam Hakki, for CW** |
| **Harry Olivar** | **Kirsten Cunha** |
| **Steven Fitzgerald** | **Alexander Mircheff** |
| **David Grais** | **John McNichols** |
| **Dan Brockett** | **Jonathan Weiss** |
| | **Wes Earhardt** |

**PROCEEDINGS:**     **FURTHER TELEPHONIC STATUS CONFERENCE**

The case is called and appearances are made.  Court and counsel discuss the revised proposed schedule.  The parties report they have resolved many of their disputes, with four issues remaining: 1. expert reports regarding the sampling;  2. date for production of loan tapes of each offering (April vs. May);  3. timing of expert reports; and 4. production of documents in other cases for the underwriter defendants.  The Court orders the parties to meet and confer regarding to resolve these issues.  The Court cautions the parties to keep costs down.  The Court agrees that more time would be helpful.  The Court orders the parties to meet and confer and contact the clerk with a new date for a further Telephonic Conference Call not later than Wednesday, April 3, 2013.


MINUTES FORM 11                                                                Initials of Deputy Clerk <u>cs</u>
CIVIL - GEN                                                                              TIME:/56 ( /.08 per case)