Chet A. Kronenberg (SBN 222335)
ckronenberg@stblaw.com
Simpson Thacher & Bartlett LLP
1999 Avenue of the Stars, 29th Floor
Los Angeles, California, 90067
Telephone: (310) 407-7500
Facsimile: (310) 407-7502

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Massachusetts Mutual Life Insurance Company, <br><br> Plaintiff(s) <br><br> v. <br><br> Countrywide Financial Corporation, et al., <br><br> Defendant(s). | CASE NUMBER: <br><br> 11-cv-10414-MRP (MANx) <br><br> ORDER ON <br> APPLICATION OF NON-RESIDENT ATTORNEY <br> TO APPEAR IN A SPECIFIC CASE |

The Court, having reviewed proof of payment of the applicable fee and accompanying Application

of __Patrick Connorton__ , of __Simpson Thacher & Bartlett LLP, 425 Lexington Ave., New York, New York, 10017__
     *Applicant's Name*              *Firm Name / Address*

__(212) 455-2000__                    __pconnorton@stblaw.com__
*Telephone Number*                     *E-mail Address*

for permission to appear and participate in the above-entitled action on behalf of ☐ Plaintiff ☑ Defendant

☐ Intervener or other interested person __Deutsche Bank Securities, Inc.__

and the designation of __Chet A. Kronenberg (SBN 222335)__
                       *Local Counsel Designee /State Bar Number*

of __Simpson Thacher & Bartlett, LLP, 1999 Avenue of the Stars, 29th Floor, Los Angeles, California 90067__
   *Local Counsel Firm / Address*

__(310) 407-7500__                    __ckronenberg@stblaw.com__
*Telephone Number*                     *E-mail Address*

as local counsel, hereby **ORDERS** the Application be:

☐ GRANTED
☐ DENIED. Fee shall be returned by the Clerk.
☐ DENIED. For failure to pay the required Pro Hac Vice appearance fee.


Dated _____       _____
                                   U. S. District Judge/U.S. Magistrate Judge