| UNITED STATES DISTRICT COURT<br>CENTRAL DISTRICT OF CALIFORNIA | FOR COURT USE ONLY<br>DUE DATE: |
|---|---|

## TRANSCRIPT DESIGNATION AND ORDERING FORM

| 1. NAME<br>Jacqueline Williams | 2. PHONE NUMBER<br>212-455-3944 | 3. DATE<br>Apr 2, 2013 |
|---|---|---|
| 4. FIRM NAME: Simpson Thacher & Bartlett LLP | 5. E-MAIL ADDRESS: | jrwilliams@stblaw.com |

| 6. MAILING ADDRESS<br>425 Lexington Avenue | 7. CITY<br>New York | 8. STATE<br>NY | 9. ZIP CODE<br>10017 |
|---|---|---|---|

| 10. CASE NUMBER<br>11-cv-10414 | 11. CASE NAME<br>Massachusetts Mutual Life Insurance Co. v. Countrywide | 12. JUDGE<br>Pfaelzer |
|---|---|---|

| 13. APPEAL CASE NUMBER | 14. ORDER FOR | ☐ APPEAL  ☑ NON-APPEAL  ☐ CRIMINAL JUSTICE ACT |
|---|---|---|
| | | ☐ IN FORMA PAUPERIS  ☐ AUSA  ☐ FPD  ☐ OTHER _____ |

15. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)
    Attach additional page for designations if necessary.

| HEARING DATE | COURT REPORTER | PROCEEDINGS |
|---|---|---|
| Mar 21, 2013 | Kathy Stride | ☐ VOIR DIRE  ☐ OPENING STATEMENTS  ☐ SETTLEMENT INSTRUCTIONS  ☐ CLOSING ARGUMENTS  ☐ JURY INSTRUCTIONS<br>☐ PRE-TRIAL PROCEEDINGS  ☑ OTHER (PLEASE SPECIFY): Telephonic Status Conference |
| Mar 27, 2013 | Victoria Valine | ☐ VOIR DIRE  ☐ OPENING STATEMENTS  ☐ SETTLEMENT INSTRUCTIONS  ☐ CLOSING ARGUMENTS  ☐ JURY INSTRUCTIONS<br>☐ PRE-TRIAL PROCEEDINGS  ☑ OTHER (PLEASE SPECIFY): Telephonic Status Conference |
| | | ☐ VOIR DIRE  ☐ OPENING STATEMENTS  ☐ SETTLEMENT INSTRUCTIONS  ☐ CLOSING ARGUMENTS  ☐ JURY INSTRUCTIONS<br>☐ PRE-TRIAL PROCEEDINGS  ☐ OTHER (PLEASE SPECIFY): |
| | | ☐ VOIR DIRE  ☐ OPENING STATEMENTS  ☐ SETTLEMENT INSTRUCTIONS  ☐ CLOSING ARGUMENTS  ☐ JURY INSTRUCTIONS<br>☐ PRE-TRIAL PROCEEDINGS  ☐ OTHER (PLEASE SPECIFY): |
| | | ☐ VOIR DIRE  ☐ OPENING STATEMENTS  ☐ SETTLEMENT INSTRUCTIONS  ☐ CLOSING ARGUMENTS  ☐ JURY INSTRUCTIONS<br>☐ PRE-TRIAL PROCEEDINGS  ☐ OTHER (PLEASE SPECIFY): |

16. ORDER: IF ORDERING BOTH PAPER AND ELECTRONIC COPIES, THERE WILL BE AN ADDITIONAL CHARGE.

| CATEGORY | ORIGINAL + 1<br>(original to Court, copy to ordering party) | FORMAT | |
|---|---|---|---|
| ORDINARY | ☐ | PAPER COPY | ☐ |
| 14 DAYS | ☐ | PDF FORMAT | ☑ |
| 7 DAYS | ☐ | ASCII FORMAT | ☐ |
| DAILY | ☑ | OTHER | ☐ |
| HOURLY | ☐ | FOR ADDITIONAL COPIES, CONTACT COURT REPORTER OR TRANSCRIPTION AGENCY | |
| REAL TIME | ☐ | | |

19. Transcription agency for digitally recorded proceedings:

(CERTIFICATION 17 & 18)
By signing the below, I certify that I will pay all charges (deposit plus additional).

20. Month:      Day:      Year:
Transcript payment arrangements were made with:

17. DATE: April 2, 2013

NAME OF OFFICIAL: _____

18. SIGNATURE: *Jacqueline Williams*

Payment of estimated transcript fees were sent on the following date:
Month:      Day:      Year:

G-120 (09/12)