UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | 11-ML-2265-MRP (MANx) | Date | April 4, 2013 |
|---|---|---|---|
| Title | *In re Countrywide Fin. Corp. Mortg.-Backed Sec. Litig.*<br>*Allstate Ins. Co. v. Countrywide Fin. Corp.*, 11-CV-5236<br>*Bank Hapoalim, B.M. v. Bank of America Corp.*, 12-CV-4316<br>*Fed. Deposit Ins. Corp. as Receiver for United W. Bank v. Countrywide Fin. Corp.*, 11-CV-10400<br>*Mass. Mut. Life Ins. Co. v. Countrywide Fin. Corp.*, 11-CV-10414<br>*Minn. Life Ins. Co. v. Countrywide Fin. Corp.*, 12-CV-6149<br>*Nat'l Integrity Life Ins. Co. v. Countrywide Fin. Corp.*, 11-CV-9889 | | |

| Present: The Honorable | **MARIANA R. PFAELZER** | |
|---|---|---|
| Isabel Martinez | None | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: | |
| None | None | |

**Proceedings:**      **(In Chambers)**

## ORDER RE: STATUS CONFERENCE

The Court schedules another status conference regarding the remaining discovery issues for Friday April 5, 2013 at 12 P.M. Pacific time.

IT IS SO ORDERED.