# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | 11-ML-2265-MRP (MANx) | Date | April 5, 2013 |
| Title | *Allstate Insurance Company v. Countrywide Financial Corporation, et al.,* LA11CV05236-MRP (MANx)<br>*Bank Hapoalim, B.M. v. Bank of America Corporation, et al.,* LA12CV04316-MRP (MANx)<br>*FDIC as receiver for United Western bank, F.S.B. v. Countrywide Financial Corporation, et al.,* LA11CV10400-MRP (MANx)<br>*Massachusetts Mutual Life Insurance Company v. Countrywide Financial Corporation,* LA11CV10414-MRP (MANx)<br>*Minnesota Life Insurance Company v. Countrywide Financial Corporation, et al.,* LA12CV06149-MRP (MANx)<br>*National Integrity Life Insurance Company v. Countrywide Financial Corporation,* LA11CV09889-MRP (MANx) | | |

| Present: The Honorable | MARIANA R. PFAELZER, SENIOR U.S. DISTRICT JUDGE |
|---|---|

| Isabel Martinez | Katie Thibodeaux | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Marc Greenwald | Brian Pastuszenski |
| Joel Bernstein | Inez Friedman-Boyce |
| David Wilk | Jeanne Fugate |
| Brian Lysaght | James Rutten |
| Steven Fitzgerald | Adam Hakki |
| David Grais | Alexander Mircheff |
| Daniel Brockett | Christopher Belelieu |
| Molly Stephens | Alan Turner |

**Proceedings:**   Further Telephonic Status Conference

The case is called and appearances made. The Court and counsel confer. Defense counsel Brian Pastuszenski is ordered to file a proposed schedule and summarize the current status of discovery discussions by Friday, April 12, 2013. The Court will set a hearing to resolve any remaining issues, if needed and requested by the parties.

The Court will approve a protective order when it is filed.

:   20

Initials of Preparer   IM