QUINN EMANUEL URQUHART & SULLIVAN, LLP
Harry A. Olivar, Jr. (Bar No. 143089)
harryolivar@quinnemanuel.com
Molly Stephens (Bar No. 232211)
mollystephens@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017
Telephone:  (213) 443-3000
Facsimile:   (213) 443-3100

Philippe Z. Selendy (admitted *pro hac*)
philippeselendy@quinnemanuel.com
Jennifer J. Barrett (admitted *pro hac*)
jenniferbarrett@quinnemanuel.com
51 Madison Avenue
New York, New York 10010
Telephone:  (212) 849-7000
Facsimile:   (212) 849-7100

Attorneys for Plaintiff Massachusetts Mutual Life Insurance Company

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re COUNTRYWIDE FINANCIAL CORP. MORTGAGE-BACKED SECURITIES LITIGATION | Case No. 11-ML-2265-MRP (MANx)<br><br>**STATEMENT OF MASSMUTUAL AND FDIC REGARDING UNDERWRITER DEFENDANTS' PRIOR DOCUMENT PRODUCTIONS AND DEPOSITION TRANSCRIPTS**<br><br>Date:  April 12, 2013<br>Courtroom: 12<br>Judge:  Hon. Mariana R. Pfaelzer |
| ALLSTATE INSURANCE COMPANY, *et al.*,<br><br>           Plaintiffs,<br><br>     vs.<br><br>COUNTRYWIDE FINANCIAL CORPORATION, *et al.*,<br><br>           Defendants. | Case No. 11-CV-5236-MRP (MANx) |

| | |
|---|---|
| BANK HAPOALIM, B.M., <br><br>            Plaintiff, <br><br>     vs. <br><br> BANK OF AMERICA CORPORATION, *et al.*, <br><br>            Defendants. | Case No. 11-CV-4316-MRP (MANx) |
| FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR UNITED WESTERN BANK, <br><br>            Plaintiff, <br><br>     vs. <br><br> COUNTRYWIDE FINANCIAL CORPORATION, *et al.*, <br><br>            Defendants. | Case No. 11-CV-10400-MRP (MANx) |
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY, <br><br>            Plaintiff, <br><br>     vs. <br><br> COUNTRYWIDE FINANCIAL CORPORATION, *et al.*, <br><br>            Defendants. | Case No. 11-CV-10414-MRP (MANx) |
| MINNESOTA LIFE INSURANCE COMPANY, *et al.*, <br><br>            Plaintiffs, <br><br>     vs. <br><br> COUNTRYWIDE FINANCIAL CORPORATION, *et al.*, <br><br>            Defendants. | Case No. 12-CV-6149-MRP (MANx) |

Case No. 11-ML-2265-MRP (MANx)

**STATEMENT OF MASSMUTUAL AND FDIC REGARDING UNDERWRITER DEFENDANTS' PRIOR DOCUMENT PRODUCTIONS AND DEPOSITION TRANSCRIPTS**

| | |
|---|---|
| NATIONAL INTEGRITY LIFE INSURANCE COMPANY,<br><br>      Plaintiff,<br><br>  vs.<br><br>COUNTRYWIDE FINANCIAL CORPORATION, *et al.*,<br><br>      Defendants. | Case No. 11-CV-9889-MRP (MANx) |

Case No. 11-ML-2265-MRP (MANx)

**STATEMENT OF MASSMUTUAL AND FDIC REGARDING UNDERWRITER DEFENDANTS' PRIOR DOCUMENT PRODUCTIONS AND DEPOSITION TRANSCRIPTS**

Counsel for Plaintiffs and Defendants met and conferred regarding the remaining scheduling disputes identified to the Court at the April 5, 2013 telephonic hearing. A remaining area of disagreement is what documents and testimony from other RMBS litigation will be produced by Deutsche Bank Securities Inc., J.P. Morgan Securities LLC, and UBS Securities LLC (the "Underwriter Defendants"). The parties' positions are set forth below:

| MassMutual's and FDIC's Proposal | Underwriter Defendants' Proposal |
|---|---|
| Production by Underwriter Defendants of prior document productions and deposition transcripts and video of Underwriter Defendants' employees and former employees from other RMBS cases and investigations that involve Countrywide securitizations, subject to any subsequent clawbacks for privilege reasons. | Production by Underwriter Defendants of prior document productions and deposition transcripts from other RMBS cases that involve the same Countrywide securitization(s) (and only those securitization(s) upon which each Underwriter is being sued in *Massachusetts Mutual Life Insurance Company v. Countrywide Financial Corporation, et al.*, 2:11-cv-10414 (and as to UBS Securities LLC, *FDIC v. Countrywide Financial Corporation, et al.*, 2:11-cv-10400), subject to any subsequent clawbacks for privilege reasons. |

Plaintiffs' Massachusetts Mutual Life Insurance Company ("MassMutual") and the Federal Deposit Insurance Corporation as Receiver for United Western Bank ("FDIC") believe their language should be included for the following reasons: All parties have agreed to make substantial prior productions available – except for the Underwriter Defendants. The Countrywide Defendants are producing all documents previously produced in numerous cases and investigations (represented to be 45 million pages) and more than 100 transcripts of testimony of employees and former employees. The Bank of America and Merrill Lynch Defendants are producing documents they have previously produced and previous testimony from cases involving the same originators. Plaintiffs are producing all documents

-1-

Case No. 11-ML-2265-MRP (MANx)
**STATEMENT OF MASSMUTUAL AND FDIC REGARDING UNDERWRITER DEFENDANTS' PRIOR DOCUMENT PRODUCTIONS AND DEPOSITION TRANSCRIPTS**

produced and prior testimony from other RMBS actions. All of this makes sense to help this case proceed efficiently and expeditiously.

The Underwriter Defendants alone continue to resist any substantial production of prior materials. Their latest proposal is that UBS produce just half a million pages and four transcripts, and that Deutsche Bank and JPMorgan produce nothing at all. To limit their production to little or (in the case of two underwriters) nothing, the Underwriter Defendants ask the Court to order them to produce prior materials only from "other RMBS cases that involve the same Countrywide securitization(s) . . . upon which each Underwriter is being sued." This extremely limited proposal, which results in production of no documents by two parties, is insufficient and makes no sense. Obviously, the Underwriter Defendants' knowledge regarding Countrywide's practices, underwriting guidelines and compliance with those guidelines, and the truth or falsity of statements in Countrywide offering materials is relevant to the issues, including the Underwriter Defendants' due diligence defense, without the attempted restriction to the Countrywide deals at issue in two cases in this MDL.

In response to the Court's direction at the last hearing, Plaintiffs ask that the Court include their language above and order the Underwriter Defendants to produce prior document productions and depositions of their employees "from other RMBS cases and investigations that involve Countrywide securitizations." This is a compromise position between the proposals the two sides presented to the Court at the last hearing. The Underwriter Defendants have not shown there is any real burden associated with complying with Plaintiffs' request; in response to Plaintiffs' questions, the Underwriter Defendants would not disclose the volume of materials Plaintiffs' request would include. (Plaintiffs suspect it is a manageable amount, and far less than is being produced by Countrywide.) As the Court noted, production of

these materials should be ordered now, not relegated to written discovery requests and motion practice as the Underwriters Defendants suggested in a prior call.

DATED: April 12, 2013

By /s/ *Harry A. Olivar, Jr.*
Harry A. Olivar, Jr. (Bar No. 143089)
*harryolivar@quinnemanuel.com*
Molly Stephens (Bar No. 232211)
*mollystephens@quinnemanuel.com*
QUINN EMANUEL URQUHART & SULLIVAN, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
Tel.: (213) 443-3000
Fax: (213) 443-3100

Philippe Z. Selendy (admitted pro hac)
*philippeselendy@quinnemanuel.com*
Jennifer J. Barrett (admitted pro hac)
*jenniferbarrett@quinnemanuel.com*
QUINN EMANUEL URQUHART & SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Tel.: (212) 849-7000
Fax: (212) 849-7100

*Attorneys for Plaintiff Massachusetts Mutual Life Insurance Company*

By: /s/ *Michael R. Matthias*

Michael R. Matthias (Bar No.57728)
*mmatthias@bakerlaw.com*
Gabriel E. Drucker (Bar No. 254448)
*gdrucker@bakerlaw.com*
BAKER HOSTETLER LLP
12100 Wilshire Blvd. 15th Floor
Los Angeles, California 90025-7120
Tel.: (310) 820-8800
Fax: (310) 820-8859

David J. Grais (admitted pro hac vice)
*dgrais@graisellsworth.com*
Mark B. Holton (admitted pro hac vice)
*mholton@graisellsworth.com*
Mary G. Menge (admitted pro hac vice)
*mmenge@graisellsworth.com*
GRAIS & ELLSWORTH LLP
1211 Avenue of the Americas
New York, New York 10036
Tel.: (212) 755-0100
Fax: (212) 744-0052

*Attorneys for the Federal Deposit Insurance Corporation as Receiver for United Western Bank*

## Certificate of Signatures

I hereby certify that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized filing.

/s/ *Harry A. Olivar, Jr.*

**STATEMENT OF MASSMUTUAL AND FDIC REGARDING UNDERWRITER DEFENDANTS' PRIOR DOCUMENT PRODUCTIONS AND DEPOSITION TRANSCRIPTS**