Brian E. Pastuszenski (*pro hac vice*)
bpastuszenski@goodwinprocter.com
Inez H. Friedman-Boyce (*pro hac vice*)
ifriedmanboyce@goodwinprocter.com
**GOODWIN PROCTER LLP**
Exchange Place
Boston, MA 02109-2802
Tel.:  617-570-1000
Fax:  617-523-1231

John O. Farley (*pro hac vice*)
jfarley@goodwinprocter.com
**GOODWIN PROCTER LLP**
620 Eighth Avenue
New York, NY  10018
Tel.: 212-813-8800
Fax: 212-355-3333

Daniel J. Tyukody (SBN 123323)
dtyukody @goodwinprocter.com
**GOODWIN PROCTER LLP**
601 South Figueroa Street, 41st Floor
Los Angeles, California 90017
Tel.:  213-426-2500
Fax:  213-623-1673

*Attorneys for Defendants*
Countrywide Financial Corporation, Countrywide Securities Corporation, Countrywide Capital Markets, LLC, Countrywide Home Loans, Inc., CWALT, Inc., CWABS, Inc., CWMBS, Inc., and CWHEQ, Inc.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In Re: Countrywide Financial Corporation Mortgage-Backed Securities MDL | 2:11-ml-2265-MRP-(MANx)<br><br>MDL No. 2265<br><br>**NOTICE OF ERRATA RE NOTICE TO COURT REGARDING PLAINTIFFS' REQUEST FOR CONFERENCE**<br><br>Courtroom:   12<br>Judge:         Hon. Mariana R. Pfaelzer |

| | | |
|---|---|---|
| 1 | ALLSTATE INSURANCE COMPANY, *et al.*, | 2:11-cv-005236-MRP (MANx) |
| 2 | | |
| 3 | Plaintiffs, | |
| 4 | v. | |
| 5 | COUNTRYWIDE FINANCIAL CORPORATION, *et al.*, | |
| 6 | Defendants. | |
| 7 | BANK HAPOALIM B.M., | 2:12-cv-04316-MRP (MANx) |
| 8 | | |
| 9 | Plaintiff, | |
| 10 | v. | |
| 11 | | |
| 12 | BANK OF AMERICA CORPORATION, *et al.*, | |
| 13 | | |
| 14 | Defendants. | |
| 15 | MINNESOTA LIFE INSURANCE COMPANY, *et al.*, | 2:12-cv-06149-MRP (MANx) |
| 16 | | |
| 17 | Plaintiffs, | |
| 18 | v. | |
| 19 | COUNTRYWIDE FINANCIAL CORPORATION, *et al.*, | |
| 20 | Defendants. | |
| 21 | NATIONAL INTEGRITY LIFE INSURANCE COMPANY, | 2:11-cv-09889-MRP (MANx) |
| 22 | | |
| 23 | Plaintiff, | |
| 24 | v. | |
| 25 | COUNTRYWIDE FINANCIAL CORPORATION, *et al.*, | |
| 26 | Defendants. | |
| 27 | | |
| 28 | | |

NOTICE OF ERRATA RE NOTICE TO COURT REGARDING PLAINTIFFS' REQEUST FOR CONFERENCE

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR UNITED WESTERN BANK, F.S.B.<br><br>Plaintiff,<br><br>v.<br><br>COUNTRYWIDE FINANCIAL CORPORATION, *et al.*,<br><br>Defendants. | 2:11-cv-10400-MRP (MANx) |
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>COUNTRYWIDE FINANCIAL CORPORATION, *et al.*,<br><br>Defendants. | 2:11-cv-10414-MRP (MANx) |

NOTICE OF ERRATA RE NOTICE TO COURT REGARDING PLAINTIFFS' REQEUST FOR CONFERENCE

TO THE CLERK OF COURT, ALL PARTIES AND TO THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that in the Notice to Court Regarding Plaintiffs' Request for Conference, filed on May 28, 2013, the Countrywide Defendants stated that Plaintiffs served their broad and case-specific sampling proposals on May 7 and May 8, 2013. In fact, Plaintiff Bank Hapoalim sent its case-specific proposal on May 6, 2013 and United Western Bank sent its proposal on May 9, 2013. The corrected Notice to Court Regarding Plaintiffs' Request for Conference is attached hereto.

Respectfully Submitted,

Dated: May 28, 2013

By: /s/ Brian E. Pastuszenski (*with permission*)
Brian E. Pastuszenski (*pro hac vice*)
*bpastuszenski@goodwinprocter.com*
Inez H. Friedman-Boyce (*pro hac vice*)
*ifriedmanboyce@goodwinprocter.com*
**GOODWIN PROCTER LLP**
53 Exchange Place
Boston, Massachusetts 02109
Telephone: 617-570-1000
Facsimile: 617-523-1231

John O. Farley (*pro hac vice*)
*jfarley@goodwinprocter.com*
**GOODWIN PROCTER LLP**
620 Eighth Avenue
New York, NY 10018
Telephone: 212-813-8800
Facsimile: 212-355-3333

Daniel J. Tyukody (SBN 123323)
*dtyukody@goodwinprocter.com*
**GOODWIN PROCTER LLP**
601 S. Figueroa Street, 41st Fl.
Los Angeles, California 90017
Telephone: 213-426-2500
Facsimile: 213-623-1673

*Counsel for Defendants Countrywide Financial Corporation, Countrywide Home Loans, Inc., CWALT, Inc., CWMBS, Inc., CWHEQ, Inc., CWABS, Inc., Countrywide Capital Markets, and Countrywide Securities Corporation*

*Signing as to* Allstate, Bank Hapoalim, Minnesota Life, National Integrity, *and* United Western Bank

1
NOTICE OF ERRATA RE NOTICE TO COURT REGARDING PLAINTIFFS' REQEUST FOR CONFERENCE

| | | |
|---|---|---|
| 1 | Dated: May 28, 2013 | /s/  Adam S. Hakki |
| 2 | | Adam S. Hakki (*pro hac vice*) |
| | | *ahakki@shearman.com* |
| 3 | | John Gueli (State Bar No. 171914) |
| | | *jgueli@shearman.com* |
| 4 | | SHEARMAN & STERLING LLP |
| | | 599 Lexington Avenue |
| 5 | | New York, NY 10022 |
| | | Tel:  (212) 848-4000 |
| 6 | | Fax: (212) 848-7179 |
| 7 | | *Counsel for Countrywide Financial Corporation and Countrywide Securities Corporation* |
| 8 | | |
| 9 | | *Signing as to* Massachusetts Mutual |

2

NOTICE OF ERRATA RE NOTICE TO COURT REGARDING PLAINTIFFS' REQEUST FOR CONFERENCE

# PROOF OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of New York, State of New York, and not a party to the above-entitled cause. On **May 28, 2013**, I electronically filed the following document(s) using the CM/ECF system:

**NOTICE OF ERRATA RE NOTICE TO COURT REGARDING PLAINTIFFS' REQUEST FOR CONFERENCE**

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. I further certify that some of the participants in the case are not registered CM/ECF users. I have mailed the foregoing document by First Class Mail, Federal Express, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within 3 calendar days or, by agreement of the parties, via e-mail to the following non-CM/ECF participants:

| | |
|---|---|
| Jennifer J. Barrett<br>**QUINN EMANUEL URQUHART & SULLIVAN LLP**<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010 | Adam Hornstein<br>Jeffrey B. Rudman<br>Christopher B. Zimmerman<br>**WILMER HALE LLP**<br>60 State Street<br>Boston, MA 02109 |
| Stephen E. Spelman<br>**EGAN FLANAGAN & COHEN PC**<br>67 Market Street<br>P.O. Box 9035<br>Springfield, MA 01102 | |

I declare under penalty of perjury that I am employed in the office of a member of the bar of this Court at whose direction this service was made and that the foregoing is true and correct.

Executed on **May 28, 2013**, at New York, New York.

_____          _____
Marion R. Harris                                                    (Signature)
(Type or print name)

3
NOTICE OF ERRATA RE NOTICE TO COURT REGARDING PLAINTIFFS' REQEUST FOR CONFERENCE