| UNITED STATES DISTRICT COURT<br>CENTRAL DISTRICT OF CALIFORNIA | FOR COURT USE ONLY<br>DUE DATE: |
|---|---|

### TRANSCRIPT DESIGNATION AND ORDERING FORM

| 1. NAME: Jacqueline Williams | 2. PHONE NUMBER: 212-455-3944 | 3. DATE: 6/6/13 |
|---|---|---|
| 4. FIRM NAME: Simpson Thacher & Bartlett LLP | 5. E-MAIL ADDRESS: jrwilliams@stblaw.com | |
| 6. MAILING ADDRESS: 425 Lexington Avenue | 7. CITY: New York | 8. STATE: NY / 9. ZIP CODE: 10017 |
| 10. CASE NUMBER: 11-cv-10414 | 11. CASE NAME: Massachusetts Mutual v. Countrywide Financial | 12. JUDGE: Pfaelzer |
| 13. APPEAL CASE NUMBER | 14. ORDER FOR: ☐ APPEAL ☐ NON-APPEAL ☐ CRIMINAL JUSTICE ACT ☐ IN FORMA PAUPERIS ☐ AUSA ☐ FPD ☐ OTHER | |

**15. TRANSCRIPT REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested) Attach additional page for designations if necessary.

| HEARING DATE | COURT REPORTER | PROCEEDINGS |
|---|---|---|
| May 29, 2013 | Pat Cuneo | ☐ VOIR DIRE ☐ OPENING STATEMENTS ☐ SETTLEMENT INSTRUCTIONS ☐ CLOSING ARGUMENTS ☐ JURY INSTRUCTIONS ☐ PRE-TRIAL PROCEEDINGS ☑ OTHER (PLEASE SPECIFY): Telephonic Conference |
| | | ☐ VOIR DIRE ☐ OPENING STATEMENTS ☐ SETTLEMENT INSTRUCTIONS ☐ CLOSING ARGUMENTS ☐ JURY INSTRUCTIONS ☐ PRE-TRIAL PROCEEDINGS ☐ OTHER (PLEASE SPECIFY): |
| | | ☐ VOIR DIRE ☐ OPENING STATEMENTS ☐ SETTLEMENT INSTRUCTIONS ☐ CLOSING ARGUMENTS ☐ JURY INSTRUCTIONS ☐ PRE-TRIAL PROCEEDINGS ☐ OTHER (PLEASE SPECIFY): |
| | | ☐ VOIR DIRE ☐ OPENING STATEMENTS ☐ SETTLEMENT INSTRUCTIONS ☐ CLOSING ARGUMENTS ☐ JURY INSTRUCTIONS ☐ PRE-TRIAL PROCEEDINGS ☐ OTHER (PLEASE SPECIFY): |
| | | ☐ VOIR DIRE ☐ OPENING STATEMENTS ☐ SETTLEMENT INSTRUCTIONS ☐ CLOSING ARGUMENTS ☐ JURY INSTRUCTIONS ☐ PRE-TRIAL PROCEEDINGS ☐ OTHER (PLEASE SPECIFY): |

**16. ORDER:** IF ORDERING BOTH PAPER AND ELECTRONIC COPIES, THERE WILL BE AN ADDITIONAL CHARGE.

| CATEGORY | ORIGINAL + 1 (original to Court, copy to ordering party) | FORMAT | |
|---|---|---|---|
| ORDINARY | ☐ | PAPER COPY | ☑ |
| 14 DAYS | ☐ | PDF FORMAT | ☑ |
| 7 DAYS | ☐ | ASCII FORMAT | ☐ |
| DAILY | ☑ | OTHER | ☐ |
| HOURLY | ☐ | | |
| REAL TIME | ☐ | | |

FOR ADDITIONAL COPIES, CONTACT COURT REPORTER OR TRANSCRIPTION AGENCY

19. Transcription agency for digitally recorded proceedings:

**(CERTIFICATION 17 & 18)**
By signing the below, I certify that I will pay all charges (deposit plus additional).

20. Month: ___  Day: ___  Year: ___
Transcript payment arrangements were made with:

17. DATE: June 6, 2013

18. SIGNATURE: */s/ Jacqueline Williams*

NAME OF OFFICIAL: ___
Payment of estimated transcript fees were sent on the following date:
Month: ___  Day: ___  Year: ___

G-120 (09/12)