Brian E. Pastuszenski (*pro hac vice*)
bpastuszenski@goodwinprocter.com
**GOODWIN PROCTER LLP**
Exchange Place
Boston, MA 02109-2802
Tel.:  617-570-1000
Fax:  617-523-1231

John O. Farley (*pro hac vice*)
jfarley@goodwinprocter.com
Daniel P. Roeser (*pro hac vice*)
droeser@goodwinprocter.com
**GOODWIN PROCTER LLP**
620 Eighth Avenue
New York, NY  10018
Tel.: 212-813-8800
Fax: 212-355-3333

Daniel J. Tyukody (SBN 123323)
dtyukody@goodwinprocter.com
**GOODWIN PROCTER LLP**
601 South Figueroa Street, 41st Floor
Los Angeles, California 90017
Tel.:  213-426-2500
Fax:  213-623-1673

Attorneys for Defendants
Countrywide Financial Corporation,
Countrywide Securities Corporation,
Countrywide Capital Markets, LLC,
Countrywide Home Loans, Inc.,
CWALT, Inc., CWABS, Inc.,
CWMBS, Inc., and CWHEQ, Inc.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **In re COUNTRYWIDE FINANCIAL CORP. MORTGAGE-BACKED SECURITIES LITIGATION** | Case No. 11-ML-2265-MRP (MANx)<br><br>**STIPULATION EXTENDING PAGE LIMITS FOR BRIEFING ON DEFENDANTS' MOTIONS TO EXCLUDE THE REPORTS OF CHARLES D. COWAN AND RICHARD K. GREEN**<br><br>Date/Time:  October 15, 2013, 11:00 a.m.<br><br>Judge:       Hon. Mariana R. Pfaelzer<br>Courtroom: 12 |

STIPULATION EXTENDING PAGE LIMITS FOR BRIEFING ON DEFENDANTS' MOTIONS TO EXCLUDE THE REPORTS OF CHARLES D. COWAN AND RICHARD K. GREEN

1

| | | |
|---|---|---|
| 1 | ALLSTATE INSURANCE COMPANY, *et al.*, | Case No. 11-CV-5236-MRP (MANx) |
| 2 | | |
| 3 | Plaintiffs, | |
| 4 | vs. | |
| 5 | COUNTRYWIDE FINANCIAL CORPORATION, *et al.*, | |
| 6 | Defendants. | |
| 7 | BANK HAPOALIM, B.M., | Case No. 12-CV-4316-MRP (MANx) |
| 8 | Plaintiff, | |
| 9 | vs. | |
| 10 | BANK OF AMERICA CORPORATION, *et al.*, | |
| 11 | Defendants. | |
| 12 | FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR UNITED WESTERN BANK, | Case No. 11-CV-10400-MRP (MANx) |
| 13 | | |
| 14 | Plaintiff, | |
| 15 | vs. | |
| 16 | COUNTRYWIDE FINANCIAL CORPORATION, *et al.*, | |
| 17 | | |
| 18 | Defendants. | |
| 19 | MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY, | Case No. 11-CV-10414-MRP (MANx) |
| 20 | Plaintiff, | |
| 21 | vs. | |
| 22 | COUNTRYWIDE FINANCIAL CORPORATION, *et al.*, | |
| 23 | Defendants. | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

STIPULATION EXTENDING PAGE LIMITS FOR BRIEFING ON DEFENDANTS' MOTIONS TO EXCLUDE THE REPORTS OF CHARLES D. COWAN AND RICHARD K. GREEN

| | | |
|---|---|---|
| 1 | MINNESOTA LIFE INSURANCE COMPANY, *et al.*, | Case No. 12-CV-6149-MRP (MANx) |
| 2 | Plaintiffs, | |
| 3 | vs. | |
| 4 | COUNTRYWIDE FINANCIAL CORPORATION, *et al.*, | |
| 5 | | |
| 6 | Defendants. | |
| 7 | NATIONAL INTEGRITY LIFE INSURANCE COMPANY, | Case No. 11-CV-9889-MRP (MANx) |
| 8 | Plaintiff, | |
| 9 | vs. | |
| 10 | COUNTRYWIDE FINANCIAL CORPORATION, *et al.*, | |
| 11 | | |
| 12 | Defendants. | |

STIPULATION EXTENDING PAGE LIMITS FOR BRIEFING ON DEFENDANTS' MOTIONS TO EXCLUDE THE REPORTS OF CHARLES D. COWAN AND RICHARD K. GREEN

3

1  WHEREAS, on May 20, 2013, this Court issued an Order Regarding Discovery
2  Schedule directing Defendants to file by August 2, 2013 any *Daubert* motions
3  challenging Plaintiffs' loan sampling methodology if no agreement on loan sampling
4  methodology could be reached;

5  WHEREAS, the parties were unable to reach an agreement regarding loan
6  sampling methodology;

7  WHEREAS, on June 17, 2013, Plaintiffs served on Defendants seven expert
8  reports:

- On behalf of Plaintiffs in all of the above-captioned actions, a report by Dr. Charles D. Cowan consisting of 76 pages (including appendices);
- On behalf of Plaintiffs in *Allstate Insurance Company, et al. v. Countrywide Financial Corporation, et al.*, No. 11-cv-5236-MRP (C.D. Cal.), *Federal Deposit Insurance Corporation, as receiver for United Western Bank v. Countrywide Financial Corporation, et al.*, No. 11-cv-10400-MRP (C.D. Cal.), *Massachusetts Mutual Life Insurance Company v. Countrywide Financial Corporation, et al.*, No. 11-cv-10414-MRP (C.D. Cal.), *Minnesota Life Insurance Company, et al. v. Countrywide Financial Corporation, et al.*, No. 12-cv-6149-MRP (C.D. Cal.), and *National Integrity Life Insurance Company v. Countrywide Financial Corporation, et al.*, No. 11-cv-9889-MRP (C.D. Cal.), five reports by Dr. Cowan (collectively totaling over 300 pages (including appendices)); and
- On behalf of Plaintiff in *Bank Hapoalim, B.M. v. Bank of America Corporation, et al.*, No. 12-cv-4316-MRP (C.D. Cal.), a report by Dr. Richard K. Green (totaling 59 pages (including appendices));

WHEREAS, Defendants have stated that they intend to move this Court to exclude the reports of Dr. Cowan and Dr. Green under *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993), and Federal Rules of Evidence 702 and 403;

STIPULATION EXTENDING PAGE LIMITS FOR BRIEFING ON DEFENDANTS' MOTIONS TO EXCLUDE THE REPORTS OF CHARLES D. COWAN AND RICHARD K. GREEN

4

WHEREAS, pursuant to Local Rule 11-6 of the U.S. District Court for the Central District of California, Defendants may file memoranda of points and authorities of up to 25 pages in support of any motions to exclude, and Plaintiffs may file oppositions to any such motions of up to 25 pages;

WHEREAS, the parties hereto agree that justification and good cause exist for extending the 25-page limitation for: (i) Defendants' memoranda of points and authorities in support of any motions to exclude; and (ii) Plaintiffs' oppositions to the same;

NOW, THEREFORE, the parties hereby agree and stipulate to the following, subject to the Court's approval:

- Any memoranda of points and authorities in support of Defendants' motions to exclude the reports of Charles D. Cowan and Richard K. Green shall not exceed 35 pages in length.
- Any oppositions to Defendants' motions to exclude the reports of Charles D. Cowan and Richard K. Green filed by Plaintiffs shall not exceed 35 pages in length.

IT IS SO STIPULATED.

Dated: August 2, 2013       By:   /s/ Brian E. Pastuszenski *(with permission)*
Brian E. Pastuszenski (*pro hac vice*)
John O. Farley (*pro hac vice*)
Daniel P. Roeser (*pro hac vice*)
Daniel J. Tyukody (SBN 123323)

*Attorneys for Countrywide Defendants Countrywide Financial Corporation, Countrywide Securities Corporation, Countrywide Capital Markets, LLC, Countrywide Home Loans, Inc., CWALT, Inc., CWABS, Inc., CWMBS, Inc., and CWHEQ, Inc. Signing as to Allstate, Bank Hapoalim, Minnesota Life, National Integrity and United Western Bank*

STIPULATION EXTENDING PAGE LIMITS FOR BRIEFING ON DEFENDANTS' MOTIONS TO EXCLUDE THE REPORTS OF CHARLES D. COWAN AND RICHARD K. GREEN

5

| | | | |
|---|---|---|---|
| 1 | Dated: August 2, 2013 | By: | /s/ Adam S. Hakki |

Adam S. Hakki (*pro hac vice*)
ahakki@shearman.com
Kirsten N. Cunha (*pro hac vice*)
kirsten.cunha@shearman.com
John Gueli (SBN 171914)
jgueli@shearman.com
**SHEARMAN & STERLING LLP**
599 Lexington Avenue
New York, NY 10022
Telephone: (212) 848-4320
Facsimile: (646) 828-4320

*Attorneys for Countrywide Defendants Countrywide Financial Corporation and Countrywide Securities Corporation Signing as to* Massachusetts Mutual

Dated: August 2, 2013    By:    /s/ James C. Rutten (*with permission*)

Marc T.G. Dworsky (SBN 157413)
marc.dworsky@mto.com
James C. Rutten (SBN 201791)
james.rutten@mto.com
Erin J. Cox (SBN 267954)
erin.cox@mto.com
**MUNGER TOLLES AND OLSON LLP**
355 S Grand Avenue 35th Floor
Los Angeles, CA 90071-1560
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

*Attorneys for Defendants Banc of America Funding Corporation, Bank of America, N.A., Merrill Lynch & Co., Inc., Merrill Lynch Mortgage Investors, Inc., Merrill Lynch Mortgage Lending, Inc., and Merrill Lynch Pierce, Fenner & Smith Incorporated Signing as to* Bank Hapoalim

Dated: August 2, 2013    By:    /s/ Dean J. Kitchens (*with permission*)

Dean J. Kitchens (SBN 82096)
dkitchens@gibsondunn.com
Alexander Mircheff (SBN 245074)
amircheff@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: (213) 229-7000
Facsimile: (213) 229-7520

*Attorneys for Defendants UBS Securities LLC Signing as to* Massachusetts Mutual *and* United Western Bank

STIPULATION EXTENDING PAGE LIMITS FOR BRIEFING ON DEFENDANTS' MOTIONS TO EXCLUDE THE REPORTS OF CHARLES D. COWAN AND RICHARD K. GREEN

| | | | |
|---|---|---|---|
| 1 | Dated:  August 2, 2013 | By: | /s/ Deborah L. Stein (*with permission*) |
| 2 | | | Deborah L. Stein (SBN 224570) |
| | | | *dstein@stblaw.com* |
| 3 | | | **SIMPSON THACHER & BARTLETT LLP** |
| | | | 1999 Avenue of the Stars 29th Floor |
| 4 | | | Los Angeles, CA 90067-4607 |
| | | | Telephone: (310) 407-7500 |
| 5 | | | Facsimile: (310) 407-7502 |
| 6 | | | *Attorney for Defendant Deutsche Bank Securities, Inc.* |
| 7 | | | *Signing as to* Massachusetts Mutual |
| 8 | Dated:  August 2, 2013 | By: | /s/ Robert H. Baron (*with permission*) |
| | | | Robert H. Baron (*pro hac vice*) |
| 9 | | | *rbaron@cravath.com* |
| | | | Karin A. DeMasi (*pro hac vice*) |
| 10 | | | *kdemasi@cravath.com* |
| | | | J. Wesley Earnhardt (*pro hac vice*) |
| 11 | | | *wearnhardt@cravath.com* |
| | | | Christopher D. Belelieu (*pro hac vice*) |
| 12 | | | *cbelelieu@cravath.com* |
| | | | **CRAVATH, SWAINE & MOORE LLP** |
| 13 | | | 825 Eighth Avenue |
| | | | New York, NY 10019 |
| 14 | | | Telephone: (212) 474-1000 |
| | | | Facsimile: (212) 474-3700 |
| 15 | | | *Attorneys for Defendant J.P. Morgan Securities LLC (f/k/a J.P. Morgan Securities, Inc.)* |
| 16 | | | *Signing as to* Massachusetts Mutual |
| 17 | Dated:  August 2, 2013 | By: | /s/ Kelly L. Perigoe (*with permission*) |
| | | | Christopher G. Caldwell (SBN 106790) |
| 18 | | | *caldwell@caldwell-leslie.com* |
| | | | Jeanne A. Fugate (SBN 236341) |
| 19 | | | *fugate@caldwell-leslie.com* |
| | | | Kelly L. Perigoe (SBN 268872) |
| 20 | | | *perigoe@caldwell-leslie.com* |
| | | | **CALDWELL LESLIE & PROCTER, PC** |
| 21 | | | 725 South Figueroa Street 31st Floor |
| | | | Los Angeles, CA 90017-5524 |
| 22 | | | Telephone:  (213) 629-9040 |
| | | | Facsimile: (213) 629-9022 |
| 23 | | | |
| 24 | | | *Attorneys for Defendant Stanford Kurland* |
| | | | *Signing as to* Massachusetts Mutual |
| 25 | Dated:  August 2, 2013 | By: | /s/ Daniel L. Brockett (*with permission*) |
| | | | Daniel L. Brockett (SBN. 237551) |
| 26 | | | *danbrockett@quinnemanuel.com* |
| | | | Marc L. Greenwald (SBN 176072) |
| 27 | | | *marcgreenwald@quinnemanuel.com* |
| | | | David D. Burnett (*pro hac vice*) |
| 28 | | | *daveburnett@quinnemanuel.com* |

STIPULATION EXTENDING PAGE LIMITS FOR BRIEFING ON DEFENDANTS' MOTIONS TO EXCLUDE THE REPORTS OF CHARLES D. COWAN AND RICHARD K. GREEN

| | | | |
|---|---|---|---|
| 1 | | | **QUINN EMANUEL URQUHART & SULLIVAN LLP** |
| 2 | | | 51 Madison Avenue, 22nd Floor |
| 3 | | | New York, New York 10010 |
| | | | Telephone: (212) 849-7000 |
| 4 | | | Facsimile: (212) 849-7100 |
| 5 | | | *Attorneys for Plaintiffs Allstate Insurance Company, Allstate Life Insurance Company, Allstate Life Insurance Company of New York, and American Heritage Life Insurance Company* |
| 6 | | | |
| 7 | | | |
| 8 | Dated: August 2, 2013 | By: | /s/ Joel H. Bernstein (*with permission*) |
| | | | Joel H. Bernstein (*pro hac vice*) |
| 9 | | | jbernstein@labaton.com |
| | | | Martis Alex (SBN 77903) |
| 10 | | | malex@labaton.com |
| | | | Mark S. Arisohn (*pro hac vice*) |
| 11 | | | marisohn@labaton.com |
| | | | **LABATON SUCHAROW LLP** |
| 12 | | | 140 Broadway |
| | | | New York, New York 10005 |
| 13 | | | Telephone: (212) 907-0700 |
| | | | Facsimile: (212) 818-0477 |
| 14 | | | *Attorneys for Plaintiff Bank Hapoalim B.M.* |
| 15 | Dated: August 2, 2013 | By: | /s/ Philippe Z. Selendy (*with permission*) |
| | | | Philippe Z. Selendy (*pro hac vice*) |
| 16 | | | philippeselendy@quinnemanuel.com |
| | | | Jennifer J. Barrett (*pro hac vice*) |
| 17 | | | jenniferbarrett@quinnemanuel.com |
| | | | Harry A. Olivar, Jr. (SBN 143089) |
| 18 | | | harryolivar@quinnemanuel.com |
| | | | Molly Stephens (SBN 232211) |
| 19 | | | mollystephens@quinnemanuel.com |
| | | | **QUINN EMANUEL URQUHART & SULLIVAN LLP** |
| 20 | | | 51 Madison Avenue, 22nd Floor |
| 21 | | | New York, New York 10010 |
| | | | Telephone: (212) 849-7000 |
| 22 | | | Facsimile: (212) 849-7100 |
| 23 | | | *Attorneys for Plaintiff Massachusetts Mutual Life Insurance Company* |
| 24 | | | |
| 25 | Dated: August 2, 2013 | By: | /s/ Sarah E. Madsen (*with permission*) |
| | | | Lawrence R. King (*pro hac vice*) |
| 26 | | | lking@larsonking.com |
| | | | Sarah E. Madsen (*pro hac vice*) |
| 27 | | | smadsen@larsonking.com |
| | | | Shawn M. Raiter (*pro hac vice*) |
| 28 | | | sraiter@larsonking.com |
| | | | **LARSON KING LLP** |

STIPULATION EXTENDING PAGE LIMITS FOR BRIEFING ON DEFENDANTS' MOTIONS TO EXCLUDE THE REPORTS OF CHARLES D. COWAN AND RICHARD K. GREEN

30 East 7th Street Suite 2800
St Paul, MN 55101-4922
Telephone: (651) 312-6591
Facsimile: (651) 312-6618

*Attorneys for Plaintiffs Minnesota Life Insurance Company, Securian Financial Group, Inc., Securian Funds Trust, Securian Foundation, Securian Casualty Company, and CNL/Insurance America, Inc.*

Dated: August 2, 2013     By:     /s/ David H. Wollmuth (*with permission*)
David H. Wollmuth (*pro hac vice*)
dwollmuth@wmd-law.com
Thomas P. Ogden (*pro hac vice*)
togden@wmd-Iaw.com
Steven S. Fitzgerald (*pro hac vice*)
sfitzgerald@wmd-law.com
**WOLLMUTH MAHER & DEUTSCH LLP**
500 Fifth Avenue
New York, New York 10110
Telephone: (212) 382-3300
Facsimile: (212) 282-0050

*Attorneys for Plaintiff National Integrity Life Insurance Company*

Dated: August 2, 2013     By:     /s/ David McLeod (*with permission*)
David McLeod (SBN 66808)
dmcleod@mmwf.com
John M. Moscarino (SBN (122105)
jmoscarino@mmwf.com
**MCLEOD, MOSCARINO, WITHAM & FLYNN LLP**
707 Wilshire Boulevard Suite 500
Los Angeles, CA 90017
Telephone: (213) 627-6286
Facsimile: (213) 627-6290
*Attorneys for Plaintiff Federal Deposit Insurance Corporation as Receiver for United Western Bank, F.S.B.*

Dated: August 2, 2013     By:     /s/ David J. Grais (*with permission*)
David J. Grais (*pro hac vice*)
dgrais@graisellsworth.com
Mark B. Holton (*pro hac vice*)
mholton@graisellsworth.com
Mary G. Menge (*pro hac vice*)
mmenge@graisellsworth.com
**GRAIS & ELLSWORTH LLP**
1211 Avenue of the Americas
New York, New York 10036
Telephone: (212) 755-0010
Facsimile: (212) 755-0052

STIPULATION EXTENDING PAGE LIMITS FOR BRIEFING ON DEFENDANTS' MOTIONS TO EXCLUDE THE REPORTS OF CHARLES D. COWAN AND RICHARD K. GREEN

9

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

*Attorneys for Plaintiff Federal Deposit Insurance Corporation as Receiver for United Western Bank, F.S.B.*

STIPULATION EXTENDING PAGE LIMITS FOR BRIEFING ON DEFENDANTS' MOTIONS TO EXCLUDE THE REPORTS OF CHARLES D. COWAN AND RICHARD K. GREEN

10