Brian E. Pastuszenski (*pro hac vice*)
bpastuszenski@goodwinprocter.com
**GOODWIN PROCTER LLP**
Exchange Place
Boston, MA 02109-2802
Tel.: 617-570-1000
Fax: 617-523-1231

John O. Farley (*pro hac vice*)
jfarley@goodwinprocter.com
Daniel P. Roeser (*pro hac vice*)
droeser@goodwinprocter.com
**GOODWIN PROCTER LLP**
620 Eighth Avenue
New York, NY 10018
Tel.: 212-813-8800
Fax: 212-355-3333

Daniel J. Tyukody (SBN 123323)
dtyukody@goodwinprocter.com
**GOODWIN PROCTER LLP**
601 South Figueroa Street, 41st Floor
Los Angeles, California 90017
Tel.: 213-426-2500
Fax: 213-623-1673

Attorneys for Defendants
Countrywide Financial Corporation,
Countrywide Securities Corporation,
Countrywide Capital Markets, LLC,
Countrywide Home Loans, Inc.,
CWALT, Inc., CWABS, Inc.,
CWMBS, Inc., and CWHEQ, Inc.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **In re COUNTRYWIDE FINANCIAL CORP. MORTGAGE-BACKED SECURITIES LITIGATION** | Case No. 11-ML-2265-MRP (MANx)<br><br>**[PROPOSED] ORDER GRANTING STIPULATION EXTENDING PAGE LIMITS FOR BRIEFING ON DEFENDANTS' MOTIONS TO EXCLUDE THE REPORTS OF CHARLES D. COWAN AND RICHARD K. GREEN**<br><br>Judge: Hon. Mariana R. Pfaelzer<br>Courtroom: 12 |

| | | |
|---|---|---|
| 1 | ALLSTATE INSURANCE COMPANY, *et al.*, | Case No. 11-CV-5236-MRP (MANx) |
| 2 | Plaintiffs, | |
| 3 | vs. | |
| 4 | COUNTRYWIDE FINANCIAL CORPORATION, *et al.*, | |
| 5 | | |
| 6 | Defendants. | |
| 7 | BANK HAPOALIM, B.M., | Case No. 12-CV-4316-MRP (MANx) |
| 8 | Plaintiff, | |
| 9 | vs. | |
| 10 | BANK OF AMERICA CORPORATION, *et al.*, | |
| 11 | Defendants. | |
| 12 | FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR UNITED WESTERN BANK, | Case No. 11-CV-10400-MRP (MANx) |
| 13 | | |
| 14 | Plaintiff, | |
| 15 | vs. | |
| 16 | COUNTRYWIDE FINANCIAL CORPORATION, *et al.*, | |
| 17 | | |
| 18 | Defendants. | |
| 19 | MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY, | Case No. 11-CV-10414-MRP (MANx) |
| 20 | Plaintiff, | |
| 21 | vs. | |
| 22 | COUNTRYWIDE FINANCIAL CORPORATION, *et al.*, | |
| 23 | Defendants. | |

| | |
|---|---|
| MINNESOTA LIFE INSURANCE COMPANY, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> COUNTRYWIDE FINANCIAL CORPORATION, *et al.*, <br><br> Defendants. | Case No. 12-CV-6149-MRP (MANx) |
| NATIONAL INTEGRITY LIFE INSURANCE COMPANY, <br><br> Plaintiff, <br><br> vs. <br><br> COUNTRYWIDE FINANCIAL CORPORATION, *et al.*, <br><br> Defendants. | Case No. 11-CV-9889-MRP (MANx) |

Based upon the parties' Stipulation dated August 2, 2013, and good cause appearing therefore,

IT IS HEREBY ORDERED AS FOLLOWS: The memoranda of points and authorities in support of Defendants' motions to exclude the reports of Charles D. Cowan and Richard K. Green shall not exceed 35 pages in length. Any oppositions to Defendants' motions to exclude the reports of Charles D. Cowan and Richard K. Green filed by Plaintiffs shall not exceed 35 pages in length.

SO ORDERED.

Dated: _____, 2013

_____
Mariana R. Pfaelzer
UNITED STATES DISTRICT JUDGE