1  Brian E. Pastuszenski (*pro hac vice*)
   bpastuszenski@goodwinprocter.com
2  **GOODWIN PROCTER LLP**
   Exchange Place
3  Boston, MA 02109-2802
   Tel.: 617-570-1000
4  Fax: 617-523-1231

5  John O. Farley (*pro hac vice*)
   jfarley@goodwinprocter.com
6  Daniel P. Roeser (*pro hac vice*)
   droeser@goodwinprocter.com
7  **GOODWIN PROCTER LLP**
   620 Eighth Avenue
8  New York, NY 10018
   Tel.: 212-813-8800
9  Fax: 212-355-3333

10 Daniel J. Tyukody (SBN 123323)
   dtyukody@goodwinprocter.com
11 **GOODWIN PROCTER LLP**
   601 South Figueroa Street, 41st Floor
12 Los Angeles, California 90017
   Tel.: 213-426-2500
13 Fax: 213-623-1673

14 Attorneys for Defendants
   Countrywide Financial
15 Corporation, Countrywide
   Securities Corporation,
16 Countrywide Capital Markets,
   LLC, Countrywide Home Loans,
17 Inc., CWALT, Inc., CWABS, Inc.,
   CWMBS, Inc., and CWHEQ, Inc.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **In re COUNTRYWIDE FINANCIAL CORP. MORTGAGE-BACKED SECURITIES LITIGATION** | Case No. 11-ML-2265-MRP (MANx)<br><br>**NOTICE OF MOTION AND THE COUNTRYWIDE DEFENDANTS' MOTION TO EXCLUDE THE PROFFERED EXPERT REPORTS OF CHARLES D. COWAN AND RICHARD K. GREEN**<br><br>Date/Time: October 15, 2013, 11:00 a.m.<br><br>Judge: Hon. Mariana R. Pfaelzer<br>Courtroom: 12 |

| | | |
|---|---|---|
| 1 | ALLSTATE INSURANCE COMPANY, *et al.*, | Case No. 11-CV-5236-MRP (MANx) |
| 2 | Plaintiffs, | |
| 3 | vs. | |
| 4 | COUNTRYWIDE FINANCIAL CORPORATION, *et al.*, | |
| 5 | | |
| 6 | Defendants. | |
| 7 | BANK HAPOALIM, B.M., | Case No. 12-CV-4316-MRP (MANx) |
| 8 | Plaintiff, | |
| 9 | vs. | |
| 10 | BANK OF AMERICA CORPORATION, *et al.*, | |
| 11 | Defendants. | |
| 12 | FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR UNITED WESTERN BANK, | Case No. 11-CV-10400-MRP (MANx) |
| 13 | | |
| 14 | Plaintiff, | |
| 15 | vs. | |
| 16 | COUNTRYWIDE FINANCIAL CORPORATION, *et al.*, | |
| 17 | | |
| 18 | Defendants. | |
| 19 | MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY, | Case No. 11-CV-10414-MRP (MANx) |
| 20 | Plaintiff, | |
| 21 | vs. | |
| 22 | COUNTRYWIDE FINANCIAL CORPORATION, *et al.*, | |
| 23 | Defendants. | |

NOTICE OF MOTION AND THE COUNTRYWIDE DEFENDANTS' MOTION TO EXCLUDE THE PROFFERED EXPERT REPORTS OF CHARLES D. COWAN AND RICHARD K. GREEN

2

| | |
|---|---|
| MINNESOTA LIFE INSURANCE COMPANY, *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTRYWIDE FINANCIAL CORPORATION, *et al.*,<br><br>Defendants. | Case No. 12-CV-6149-MRP (MANx) |
| NATIONAL INTEGRITY LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTRYWIDE FINANCIAL CORPORATION, *et al.*,<br><br>Defendants. | Case No. 11-CV-9889-MRP (MANx) |

NOTICE OF MOTION AND THE COUNTRYWIDE DEFENDANTS' MOTION TO EXCLUDE THE PROFFERED EXPERT REPORTS OF CHARLES D. COWAN AND RICHARD K. GREEN

3

1  PLEASE TAKE NOTICE that, upon the accompanying Memorandum of
2  Points and Authorities in Support of the Countrywide Defendants' Motion to
3  Exclude the Proffered Expert Reports of Charles D. Cowan and Richard K. Green,
4  the Declaration of William B. Brady in Support of the Countrywide Defendants'
5  Motion to Exclude the Proffered Expert Reports of Charles D. Cowan and Richard
6  K. Green, and the Exhibits accompanying such Declaration, Defendants
7  Countrywide Financial Corporation, Countrywide Securities Corporation,
8  Countrywide Capital Markets, LLC, Countrywide Home Loans, Inc., CWALT, Inc.,
9  CWABS, Inc., CWMBS, Inc., and CWHEQ, Inc. (collectively, the "Countrywide
10 Defendants") will move this Court, before the Honorable Mariana R. Pfaelzer, at the
11 Spring Street United States Courthouse, 312 North Spring Street, Los Angeles,
12 California 90012, on October 15, 2013, at 11:00 a.m., for an Order excluding the
13 proffered expert reports of Charles D. Cowan and Richard K. Green, and for such
14 other relief as this Court may deem just and proper.  The Countrywide Defendants
15 bring this Motion pursuant to this Court's Order Regarding Discovery Schedule
16 dated May 20, 2013, which provides for the filing of motions pursuant to *Daubert v.*
17 *Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993), to challenge Plaintiffs'
18 proposed loan sampling methodology.  Pursuant to this Court's Order Regarding
19 Discovery Schedule and Local Rule 7-3, the parties met and conferred repeatedly by
20 teleconference and written correspondence but were unable to reach agreement
21 regarding the subject matter of this Motion.

|   |   |   |   |
|---|---|---|---|
| | | | Respectfully Submitted, |
| Dated:  August 2, 2013 | | By: | /s/ Brian E. Pastuszenski (*with permission*)<br>Brian E. Pastuszenski (*pro hac vice*)<br>John O. Farley (*pro hac vice*)<br>Daniel P. Roeser (*pro hac vice*)<br>Daniel J. Tyukody (SBN 123323) |
| | | | *Attorneys for Countrywide Defendants Countrywide Financial Corporation, Countrywide Securities Corporation, Countrywide Capital Markets, LLC, Countrywide Home Loans, Inc., CWALT, Inc., CWABS, Inc., CWMBS, Inc., and CWHEQ, Inc.*<br>*Signing as to* Allstate, Bank Hapoalim, Minnesota Life, National Integrity *and* United Western Bank |
| Dated:  August 2, 2013 | | By: | /s/ Adam S. Hakki<br>Adam S. Hakki (*pro hac vice*)<br>*ahakki@shearman.com*<br>Kirsten N. Cunha (*pro hac vice*)<br>*kirsten.cunha@shearman.com*<br>John Gueli (SBN 171914)<br>*jgueli@shearman.com*<br>**SHEARMAN & STERLING LLP**<br>599 Lexington Avenue<br>New York, NY 10022<br>Telephone:  (212) 848-4320<br>Facsimile: (646) 828-4320 |
| | | | *Attorneys for Countrywide Defendants Countrywide Financial Corporation and Countrywide Securities Corporation*<br>*Signing as to* Massachusetts Mutual |

NOTICE OF MOTION AND THE COUNTRYWIDE DEFENDANTS' MOTION TO EXCLUDE THE PROFFERED EXPERT REPORTS OF CHARLES D. COWAN AND RICHARD K. GREEN

5