1  Brian E. Pastuszenski (*pro hac vice*)
   bpastuszenski@goodwinprocter.com
2  **GOODWIN PROCTER LLP**
   Exchange Place
3  Boston, MA 02109-2802
   Tel.: 617-570-1000
4  Fax: 617-523-1231

5  John O. Farley (*pro hac vice*)
   jfarley@goodwinprocter.com
6  Daniel P. Roeser (*pro hac vice*)
   droeser@goodwinprocter.com
7  **GOODWIN PROCTER LLP**
   620 Eighth Avenue
8  New York, NY 10018
   Tel.: 212-813-8800
9  Fax: 212-355-3333

10 Daniel J. Tyukody (SBN 123323)
   dtyukody@goodwinprocter.com
11 **GOODWIN PROCTER** LLP
   601 South Figueroa Street, 41st Floor
12 Los Angeles, California 90017
   Tel.: 213-426-2500
13 Fax: 213-623-1673

14 Attorneys for Defendants
   Countrywide Financial
15 Corporation, Countrywide
   Securities Corporation,
16 Countrywide Capital Markets,
   LLC, Countrywide Home Loans,
17 Inc., CWALT, Inc., CWABS, Inc.,
   CWMBS, Inc., and CWHEQ, Inc.

18

19                    **UNITED STATES DISTRICT COURT**

20                    **CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| 21  **In re COUNTRYWIDE FINANCIAL CORP. MORTGAGE-BACKED SECURITIES LITIGATION** | Case No. 11-ML-2265-MRP (MANx) |
| 22 | **DECLARATION OF WILLIAM B. BRADY IN SUPPORT OF THE COUNTRYWIDE DEFENDANTS' MOTION TO EXCLUDE THE PROFFERED EXPERT REPORTS OF CHARLES D. COWAN AND RICHARD K. GREEN** |
| 26 | Date/Time: October 15, 2013, 11:00 a.m. |
| 27 | |
| 28 | Judge: Hon. Mariana R. Pfaelzer<br>Courtroom: 12 |

DECLARATION OF WILLIAM B. BRADY IN SUPPORT OF THE COUNTRYWIDE DEFENDANTS' MOTION TO EXCLUDE THE PROFFERED EXPERT REPORTS OF CHARLES D. COWAN AND RICHARD K. GREEN

1

| | | |
|---|---|---|
| 1 | ALLSTATE INSURANCE COMPANY, *et al.*, | Case No. 11-CV-5236-MRP (MANx) |
| 2 | | |
| 3 | Plaintiffs, | |
| | vs. | |
| 4 | | |
| 5 | COUNTRYWIDE FINANCIAL CORPORATION, *et al.*, | |
| 6 | Defendants. | |
| 7 | BANK HAPOALIM, B.M., | Case No. 12-CV-4316-MRP (MANx) |
| 8 | Plaintiff, | |
| 9 | vs. | |
| 10 | BANK OF AMERICA CORPORATION, *et al.*, | |
| 11 | Defendants. | |
| 12 | FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR UNITED WESTERN BANK, | Case No. 11-CV-10400-MRP (MANx) |
| 13 | | |
| 14 | Plaintiff, | |
| 15 | vs. | |
| 16 | COUNTRYWIDE FINANCIAL CORPORATION, *et al.*, | |
| 17 | | |
| 18 | Defendants. | |
| | MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY, | Case No. 11-CV-10414-MRP (MANx) |
| 19 | | |
| 20 | Plaintiff, | |
| 21 | vs. | |
| 22 | COUNTRYWIDE FINANCIAL CORPORATION, *et al.*, | |
| 23 | Defendants. | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

DECLARATION OF WILLIAM B. BRADY IN SUPPORT OF THE COUNTRYWIDE DEFENDANTS' MOTION TO EXCLUDE THE PROFFERED EXPERT REPORTS OF CHARLES D. COWAN AND RICHARD K. GREEN

2

| | |
|---|---|
| 1  MINNESOTA LIFE INSURANCE<br>   COMPANY, *et al.*,<br>2<br>          Plaintiffs,<br>3<br>     vs.<br>4<br>   COUNTRYWIDE FINANCIAL<br>5  CORPORATION, *et al.*,<br>6           Defendants. | Case No. 12-CV-6149-MRP (MANx) |
| 7  NATIONAL INTEGRITY LIFE<br>   INSURANCE COMPANY,<br>8<br>          Plaintiff,<br>9<br>     vs.<br>10 COUNTRYWIDE FINANCIAL<br>   CORPORATION, *et al.*,<br>11<br>12          Defendants. | Case No. 11-CV-9889-MRP (MANx) |

DECLARATION OF WILLIAM B. BRADY IN SUPPORT OF THE COUNTRYWIDE DEFENDANTS' MOTION
TO EXCLUDE THE PROFFERED EXPERT REPORTS OF CHARLES D. COWAN AND RICHARD K. GREEN

3

I, William B. Brady, declare and state as follows:

1. I am an attorney at the law firm of Goodwin Procter LLP and duly licensed to practice law by the States of Massachusetts and New York. I submit this Declaration, which is based on my personal knowledge, in support of the Countrywide Defendants' Motion to Exclude the Proffered Expert Reports of Charles D. Cowan and Richard K. Green filed herewith.[1]

2. Attached hereto as Exhibit A is a true and correct copy of the Rebuttal Report of Arnold Barnett, Ph.D., dated August 2, 2013, including all appendices and exhibits thereto.

3. Attached hereto as Exhibit B is a true and correct copy of the Expert Report of Charles D. Cowan, Ph.D. Regarding the Selection of a Statistically Valid Random Sample of Mortgage Loans Across Countrywide Securitizations from 2005 through 2007, dated June 17, 2013 and served in this litigation, including all appendices and exhibits thereto.

4. Attached hereto as Exhibit C is a true and correct copy of the Amended Expert Report of Charles D. Cowan, Ph.D. Regarding the Selection of Statistically Valid Random Samples of Mortgage Loans for the Allstate Insurance Company Action, dated July 26, 2013 and served in this litigation, including all appendices and exhibits thereto other than Exhibit 4.[2]

5. Attached hereto as Exhibit D is a true and correct copy of the Expert Report of Richard K. Green, Ph.D., *Bank Hapoalim, B.M. v. Bank of America Corp.*,

---

[1] In the interest of efficiency and because of the voluminous nature of the documents, the Countrywide Defendants have submitted relevant excerpts of lengthy documents. Except as otherwise expressly noted herein, the Countrywide Defendants have submitted all appendices and exhibits to the reports of Charles C. Cowan and Richard K. Green submitted in these actions other than Exhibit 4 to Dr. Cowan's reports in the Allstate, Massachusetts Mutual, Minnesota Life, and National Integrity actions. In each of those reports, Exhibit 4 is a 688-page document by the FDIC entitled "RMS Manual of Examination Policies." The Countrywide Defendants will provide that document, or complete versions of the document excerpts in Exhibits L, M, N, P, Q, and R, to the Court upon request.

[2] In the interest of clarity, the Countrywide Defendants included a slip-sheet identifying Exhibit 5.

*et al.*, No. 12-CV-4316-MRP-MAN (C.D. Cal.), dated June 17, 2013 and served in this litigation, including all appendices and exhibits thereto.

6. Attached hereto as Exhibit E is a true and correct copy of the Expert Report of Charles D. Cowan, Ph.D. Regarding the Selection of Statistically Valid Random Samples of Mortgage Loans for the Federal Deposit Insurance Corporation as Receiver for United Western Bank Action against Countrywide Financial Corporation, dated June 17, 2013 and served in this litigation, including all appendices and exhibits thereto.[3]

7. Attached hereto as Exhibit F is a true and correct copy of the Expert Report of Charles D. Cowan, Ph.D. Regarding the Selection of Statistically Valid Random Samples of Mortgage Loans for the Massachusetts Mutual Life Insurance Company Action, dated June 17, 2013 and served in this litigation, including all appendices and exhibits thereto other than Exhibit 4.

8. Attached hereto as Exhibit G is a true and correct copy of the Expert Report of Charles D. Cowan, Ph.D. Regarding the Selection of Statistically Valid Random Samples of Mortgage Loans for the Minnesota Life Insurance Company Action against Countrywide Financial Corporation, dated June 17, 2013 and served in this litigation, including all appendices and exhibits thereto other than Exhibit 4.[4]

9. Attached hereto as Exhibit H is a true and correct copy of the Expert Report of Charles D. Cowan, Ph.D. Regarding the Selection of Statistically Valid Random Samples of Mortgage Loans for the National Integrity Life Insurance Company Action against Countrywide Financial Corporation, dated June 17, 2013 and served in this litigation, including all appendices and exhibits thereto other than Exhibit 4.[5]

---

[3] In the interest of clarity, the Countrywide Defendants included a slip-sheet identifying Exhibit 3.

[4] In the interest of clarity, the Countrywide Defendants included a slip-sheet identifying Exhibit 5.

[5] In the interest of clarity, the Countrywide Defendants included a slip-sheet identifying Exhibit 5.

10. Attached hereto as Exhibit I is a true and correct copy of the Expert Report of Charles D. Cowan, Ph.D. Regarding the Selection of Statistically Valid Random Samples of Mortgage Loans for Fifteen FHFA Actions, dated October 10, 2012, submitted in *Federal Housing Finance Agency v. JPMorgan Chase & Co., et al.*, No. 1:11-cv-06192-DLC (S.D.N.Y.), excluding the appendices thereto.

11. Attached hereto as Exhibit J is a true and correct copy of the Expert Report of Charles D. Cowan, Ph.D., dated March 2, 2012, submitted in *In re Washington Mutual Mortgage-Backed Securities Litigation*, No. C09-00037 MJP (W.D. Wash.).

12. Attached hereto as Exhibit K is a true and correct copy of the Expert Report of Charles D. Cowan, Ph.D., Regarding the Selection of Statistically Valid Random Samples of Mortgage Loans from the Securitizations and the Extrapolation of the Results of Re-underwriting and Servicing Reviews of Those Samples to the Loan Populations, dated February 27, 2012, submitted in *MBIA Insurance Corporation v. Countrywide Home Loans, Inc., et al.*, Index No.: 08/602825 (N.Y. Supr. Ct.).

13. Attached hereto as Exhibit L is a true and correct copy of excerpts from the transcript of the March 27, 2013 hearing in the above-captioned actions.

14. Attached hereto as Exhibit M is a true and correct copy of excerpts from the transcript of the March 12, 2013 hearing in the above-captioned actions.

15. Attached hereto as Exhibit N is a true and correct copy of excerpts from the transcript of the April 5, 2013 hearing in the above-captioned actions.

16. Attached hereto as Exhibit O is a true and correct copy of a letter dated June 3, 2013 from Marc L. Greenwald to John O. Farley regarding *Allstate Insurance Co. v. Countrywide Financial Corp., et al.*, No. 2:11-cv-5236-MRP (MAN) (C.D. Cal.), and cases coordinated for discovery purposes.

17. Attached hereto as Exhibit P is a true and correct copy of excerpts from Plaintiff's Original Petition For Damages, originally filed on August 17, 2012

1  in *Federal Deposit Insurance Corporation as receiver for Guaranty Bank v.*
2  *Countrywide Securities Corporation, et al.*, No. D-1-GN-12-002516 (Travis County,
3  TX).
4      18.   Attached hereto as Exhibit Q is a true and correct copy of excerpts
5  from a document entitled "Freddie Mac Single-Family / Single-Family Seller /
6  Servicer Guide," dated June 13, 2012, obtained at http://www.allregs.com/tpl/
7  authenticate1.aspx?LibraryID=7e3f840a-a03c-412f-bbe3-319c1ee4b84b&TimeS
8  tamp=1375479832619.79&MD5Token=2f57ef56d31813aaec64f88226b5aa31.
9      19.   Attached hereto as Exhibit R is a true and correct copy of excerpts of
10 a Freddie Mac document entitled "Quality Control Best Practices," dated October
11 2012, obtained at http://www.freddiemac.com/singlefamily/pdf/qc_practices.pdf.
12      I declare under penalty of perjury that the foregoing is true and correct to the
13 best of my knowledge and that this Declaration was executed in Boston,
14 Massachusetts on August 2, 2013.

_____
William B. Brady