1 | Brian E. Pastuszenski (*pro hac vice*)
   | bpastuszenski@goodwinprocter.com
2 | **GOODWIN PROCTER LLP**
   | Exchange Place
3 | Boston, MA 02109-2802
   | Tel.: 617-570-1000
4 | Fax: 617-523-1231

5 | John O. Farley (*pro hac vice*)
   | jfarley@goodwinprocter.com
6 | Daniel P. Roeser (*pro hac vice*)
   | droeser@goodwinprocter.com
7 | **GOODWIN PROCTER LLP**
   | 620 Eighth Avenue
8 | New York, NY 10018
   | Tel.: 212-813-8800
9 | Fax: 212-355-3333

10 | Daniel J. Tyukody (SBN 123323)
    | dtyukody@goodwinprocter.com
11 | **GOODWIN PROCTER LLP**
    | 601 South Figueroa Street, 41st Floor
12 | Los Angeles, California 90017
    | Tel.: 213-426-2500
13 | Fax: 213-623-1673

14 | Attorneys for Defendants
    | Countrywide Financial
15 | Corporation, Countrywide
    | Securities Corporation,
16 | Countrywide Capital Markets,
    | LLC, Countrywide Home Loans,
17 | Inc., CWALT, Inc., CWABS, Inc.,
    | CWMBS, Inc., and CWHEQ, Inc.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **In re COUNTRYWIDE FINANCIAL CORP. MORTGAGE-BACKED SECURITIES LITIGATION** | Case No. 11-ML-2265-MRP (MANx) <br><br> **[PROPOSED] ORDER GRANTING THE COUNTRYWIDE DEFENDANTS' MOTION TO EXCLUDE THE PROFFERED EXPERT REPORTS OF CHARLES D. COWAN AND RICHARD K. GREEN** <br><br> Judge: Hon. Mariana R. Pfaelzer <br> Courtroom: 12 |

[PROPOSED] ORDER GRANTING COUNTRYWIDE DEFENDANTS' MOTION TO EXCLUDE THE
PROFFERED EXPERT REPORTS OF CHARLES D. COWAN AND RICHARD K. GREEN

1

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY, *et al.*,<br><br>    Plaintiffs,<br><br>vs.<br><br>COUNTRYWIDE FINANCIAL CORPORATION, *et al.*,<br><br>    Defendants. | Case No. 11-CV-5236-MRP (MANx) |
| BANK HAPOALIM, B.M.,<br><br>    Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA CORPORATION, *et al.*,<br><br>    Defendants. | Case No. 12-CV-4316-MRP (MANx) |
| FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR UNITED WESTERN BANK,<br><br>    Plaintiff,<br><br>vs.<br><br>COUNTRYWIDE FINANCIAL CORPORATION, *et al.*,<br><br>    Defendants. | Case No. 11-CV-10400-MRP (MANx) |
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>vs.<br><br>COUNTRYWIDE FINANCIAL CORPORATION, *et al.*,<br><br>    Defendants. | Case No. 11-CV-10414-MRP (MANx) |

[PROPOSED] ORDER GRANTING COUNTRYWIDE DEFENDANTS' MOTION TO EXCLUDE THE PROFFERED EXPERT REPORTS OF CHARLES D. COWAN AND RICHARD K. GREEN

2

| | |
|---|---|
| MINNESOTA LIFE INSURANCE COMPANY, *et al.*, <br><br>    Plaintiffs, <br><br>    vs. <br><br> COUNTRYWIDE FINANCIAL CORPORATION, *et al.*, <br><br>    Defendants. | Case No. 12-CV-6149-MRP (MANx) |
| NATIONAL INTEGRITY LIFE INSURANCE COMPANY, <br><br>    Plaintiff, <br><br>    vs. <br><br> COUNTRYWIDE FINANCIAL CORPORATION, *et al.*, <br><br>    Defendants. | Case No. 11-CV-9889-MRP (MANx) |

[PROPOSED] ORDER GRANTING COUNTRYWIDE DEFENDANTS' MOTION TO EXCLUDE THE PROFFERED EXPERT REPORTS OF CHARLES D. COWAN AND RICHARD K. GREEN

3

Before the Court is the Countrywide Defendants' Motion to Exclude the Proffered Expert Reports of Charles D. Cowan and Richard K. Green. Having considered the Countrywide Defendants' Motion to Exclude the Proffered Expert Reports of Charles D. Cowan and Richard K. Green, the Memorandum of Points and Authorities in Support of the Countrywide Defendants' Motion to Exclude the Proffered Expert Reports of Charles D. Cowan and Richard K. Green, the response and reply thereto, the Declaration of William B. Brady in Support of the Countrywide Defendants' Motion to Exclude the Proffered Expert Reports of Charles D. Cowan and Richard K. Green, and the Exhibits accompanying such Declaration, the Countrywide Defendants' Motion is hereby GRANTED.

IT IS THEREFORE ORDERED that the proffered expert reports of Charles D. Cowan and Richard K. Green are excluded.

IT IS SO ORDERED.

_____
Hon. Mariana R. Pfaelzer
United States District Judge

Dated: _____, 2013