**PROOF OF SERVICE**

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of New York, State of New York, and not a party to the above-entitled cause. On **August 3, 2013**, I electronically filed the following document(s) using the CM/ECF system:

**STIPULATION TO EXCEED PAGE LIMITATION (ECF NO. 276)**

**NOTICE OF MOTION, MOTION AND MEMORANDUM IN SUPPORT OF MOTION TO EXCLUDE THE PROFFERED EXPERT REPORTS OF CHARLES D. COWAN AND RICHARD K. GREEN (ECF NO. 277)**

**DECLARATION OF WILLIAM B. BRADY (ECF NO. 277)**

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. I further certify that some of the participants in the case are not registered CM/ECF users. I have mailed the foregoing document by First Class Mail, Federal Express, postage prepaid, have dispatched it to a third party commercial carrier for delivery within 3 calendar days, or, by agreement of the parties, e-mail, to the following non-CM/ECF participants:

| Jennifer J. Barrett<br>**QUINN EMANUEL URQUHART & SULLIVAN LLP**<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010 | Adam Hornstein<br>Jeffrey B. Rudman<br>Christopher B. Zimmerman<br>**WILMER HALE LLP**<br>60 State Street<br>Boston, MA 02109 |
|---|---|
| Edward J. McDonough, Jr.<br>Stephen E. Spelman<br>**EGAN FLANAGAN & COHEN PC**<br>67 Market Street<br>P.O. Box 9035<br>Springfield, MA 01102 | Dennis J. Kelly<br>**BURNS & LEVINSON**<br>125 Summer Street<br>Boston, MA 02110 |

I declare under penalty of perjury that I am employed in the office of a member of the bar of this Court at whose direction this service was made and that the foregoing is true and correct.

Executed on **August 3, 2013**, at New York, New York.

Marion R. Harris
(Type or print name)                            (Signature)