DEAN J. KITCHENS, SBN 82096,
DKitchens@gibsondunn.com
ALEXANDER K. MIRCHEFF, SBN 245074,
AMircheff@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, California 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

Attorneys for Defendant UBS Securities LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA -- WESTERN DIVISION

| | |
|---|---|
| IN RE COUNTRYWIDE FINANCIAL CORP. MORTGAGE-BACKED SECURITIES LITIGATION | Case No. 11-ML-02265-MRP (MANx) |
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY,<br><br>            Plaintiff,<br><br>      v.<br><br>COUNTRYWIDE FINANCIAL CORP., et al.,<br><br>            Defendants. | Case No. 11-CV-10414-MRP (MANx)<br><br>**JOINDER OF UBS SECURITEIS LLC IN COUNTRYWIDE DEFENDANTS' MOTION TO EXCLUDE THE PROFFERED EXPERT REPORTS OF CHARLES D. COWAN AND RICHARD K. GREEN** |
| FEDERAL DEPOSIT INSURANCE CORPORATION, as receiver for UNITED WESTERN BANK, F.S.B,<br><br>            Plaintiff,<br><br>      v.<br><br>COUNTRYWIDE FINANCIAL CORP., et al.,<br><br>            Defendants. | Case No. 11-CV-10400-MRP (MANx) |

Gibson, Dunn & Crutcher LLP

UBS SECURITIES LLC'S JOINDER IN MOTION TO EXCLUDE THE PROFFERED EXPERT REPORTS OF CHARLES D. COWAN AND RICHARD K. GREEN
CASE NOs. 11-CV-10414 and 11-CV-10400

1  Defendant UBS Securities LLC hereby joins in the Countrywide Defendants'
2  Motion to Exclude the Proffered Expert Reports of Charles D. Cowan and Richard K.
3  Green.

5  DATED: August 2, 2013

DEAN J. KITCHENS
ALEXANDER K. MIRCHEFF
GIBSON, DUNN & CRUTCHER LLP

By: /s/ Dean J. Kitchens
       Dean J. Kitchens

Attorneys for UBS Securities LLC

Gibson, Dunn &
Crutcher LLP

2

UBS SECURITIES LLC'S JOINDER IN MOTION TO EXCLUDE THE PROFFERED EXPERT
REPORTS OF CHARLES D. COWAN AND RICHARD K. GREEN
CASE NOs. 11-CV-10414 and 11-CV-10400

# CERTIFICATE OF SERVICE

I certify that the foregoing document is being served via the ECF system on counsel of record for all parties, as well as by first class mail and via e-mail on the following counsel on August 2, 2013:

/s/ Alexander K. Mircheff
Alexander K. Mircheff

Attorneys for Plaintiff *Massachusetts Mutual Life Insurance Company* (11-cv-10414):

QUINN EMANUEL URQUHART & SULLIVAN, LLP
Philippe Z. Selendy (admitted *pro hac vice*)
Jennifer J. Barrett (admitted *pro hac vice*)
51 Madison Avenue, 22nd Floor
New York, NY 10010

Harry A. Olivar, Jr. (admitted *pro hac vice*)
Molly Stephens (admitted *pro hac vice*)
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017

Attorneys for Plaintiff *Federal Deposit Insurance Corporation as Receiver for United Western Bank* (11-cv-10400):

BAKER HOSTETLER LLP
Michael R. Matthias (Bar No. 57728)
Gabriel E. Drucker (Bar No. 254448)
12100 Wilshire Blvd. 15th Floor
Los Angeles, California 90025

GRAIS & ELLSWORTH LLP
David J. Grais (admitted *pro hac vice*)
Mark B. Holton (admitted *pro hac vice*)
Mary G. Menge (admitted *pro hac vice*)
1211 Avenue of the Americas
New York, New York 10036

Gibson, Dunn & Crutcher LLP

3

UBS SECURITIES LLC'S JOINDER IN MOTION TO EXCLUDE THE PROFFERED EXPERT REPORTS OF CHARLES D. COWAN AND RICHARD K. GREEN
CASE NOs. 11-CV-10414 and 11-CV-10400