CALDWELL LESLIE & PROCTOR, PC
CHRISTOPHER G. CALDWELL, State Bar No. 106790
  *caldwell@caldwell-leslie.com*
JEANNE A. FUGATE, State Bar No. 236341
  *fugate@caldwell-leslie.com*
KELLY L. PERIGOE, State Bar No. 268872
  *perigoe@caldwell-leslie.com*
725 South Figueroa Street, 31st Floor
Los Angeles, California  90017-5524
Telephone: (213) 629-9040
Facsimile: (213) 629-9022

Attorneys for Defendant
STANFORD L. KURLAND

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| In re COUNTRYWIDE FINANCIAL CORP. MORTGAGE-BACKED SECURITIES LITIGATION CASES | Case No. 11-ML-2265-MRP (MANx) |
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>COUNTRYWIDE FINANCIAL CORPORATION, et al.,<br><br>Defendants. | Case No. CV 11-10414-MRP (MANx)<br><br>**JOINDER IN THE COUNTRYWIDE DEFENDANTS' MOTION TO EXCLUDE THE PROFFERED EXPERT REPORTS OF CHARLES D. COWAN AND RICHARD K. GREEN**<br><br>Honorable Mariana R. Pfaelzer<br>Courtroom: 12 |

CALDWELL LESLIE & PROCTOR

1 Defendant Stanford L. Kurland hereby joins in the Countrywide Defendants'
2 Motion to Exclude the Proffered Expert Reports of Charles D. Cowan and Richard
3 K. Green, and respectfully requests exclusion of the expert reports proffered by
4 Plaintiffs for the reasons set forth in the Countrywide Defendants' Memorandum of
5 Points and Authorities in Support of the Motion.

7 DATED: August 2, 2013        Respectfully submitted,

                              CALDWELL LESLIE & PROCTOR, PC
                              CHRISTOPHER G. CALDWELL
                              JEANNE A. FUGATE
                              KELLY L. PERIGOE


                              By         /s/
                                 CHRISTOPHER G. CALDWELL
                              Attorneys for Defendant
                              STANFORD L. KURLAND

CALDWELL LESLIE & PROCTOR

-1-
JOINDER IN THE COUNTRYWIDE DEFENDANTS' MOTION TO EXCLUDE
THE PROFFERED EXPERT REPORTS OF CHARLES D. COWAN AND RICHARD K. GREEN