1  Deborah L. Stein (State Bar No. 224570)
   dstein@stblaw.com
2  SIMPSON THACHER & BARTLETT LLP
   1999 Avenue of the Stars, 29th Floor
3  Los Angeles, CA 90067
   Tel: (310) 407-7500
4  Fax: (310) 407-7502

5  Thomas C. Rice (*pro hac vice*)
   trice@stblaw.com
6  Alan Turner (*pro hac vice*)
   aturner@stblaw.com
7  SIMPSON THACHER & BARTLETT LLP
   425 Lexington Avenue
8  New York, NY 10017
   Tel: (212) 455-2000
9  Fax: (212) 455-2502

10 *Attorneys for Defendant*
   *Deutsche Bank Securities Inc.*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| In re COUNTRYWIDE FINANCIAL CORP. MORTGAGE-BACKED SECURITIES LITIGATION CASES | Case No. 11-ml-2265-MRP (MANx) |
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> COUNTRYWIDE FINANCIAL CORPORATION, et al., <br><br> Defendants. | Case No. 11-cv-10414-MRP (MANx) <br><br> **JOINDER OF DEUTSCHE BANK SECURITIES INC. IN THE COUNTRYWIDE DEFENDANTS' MOTION TO EXCLUDE THE PROFFERED EXPERT REPORTS OF CHARLES D. COWAN AND RICHARD K. GREEN** <br><br> Judge: Hon. Mariana R. Pfaelzer <br> Courtroom: 12 <br> Hearing Date: October 15, 2013 <br> Hearing Time: 11:00 a.m. |

DEUTSCHE BANK SECURITIES INC.'S           CASE NO. 11-cv-10414-MRP (MANx)
JOINDER IN MOTION TO EXCLUDE

1  Defendant Deutsche Bank Securities Inc. respectfully joins the Countrywide
2  Defendants' Motion to Exclude the Proffered Expert Reports of Charles D. Cowan
3  and Richard K. Green and adopts the arguments set forth in the Memorandum of
4  Points and Authorities in Support thereof to the full extent that such arguments are
5  applicable to Deutsche Bank Securities Inc.

Dated:   August 2, 2013        SIMPSON THACHER & BARTLETT LLP

By: /s/ Deborah L. Stein
Deborah L. Stein (State Bar No. 224570)
*dstein@stblaw.com*
1999 Avenue of the Stars, 29th Floor
Los Angeles, CA 90067
Tel:  (310) 407-7500
Fax:  (310) 407-7502

Thomas C. Rice (*pro hac vice*)
*trice@stblaw.com*
Alan Turner (*pro hac vice*)
*aturner@stblaw.com*
425 Lexington Avenue
New York, NY 10017
Tel:  (212) 455-2000
Fax:  (212) 455-2502

*Attorneys for Defendant*
*Deutsche Bank Securities Inc.*