Robert H. Baron (*pro hac vice*)
rbaron@cravath.com
Daniel Slifkin (*pro hac vice*)
dslifkin@cravath.com
Karin A. DeMasi (*pro hac vice*)
kdemasi@cravath.com
J. Wesley Earnhardt (*pro hac vice*)
wearnhardt@cravath.com
Christopher D. Belelieu (*pro hac vice*)
cbelelieu@cravath.com
CRAVATH, SWAINE & MOORE LLP
825 Eighth Avenue
New York, New York 10019
Tel: (212) 474-1000
Fax: (212) 474-3700

Robert A. Sacks (California Bar No. 150146)
sacksr@sullcrom.com
SULLIVAN & CROMWELL LLP
1888 Century Park East
Los Angeles, CA 90067-1725
Tel: (310) 712-6600
Fax: (310) 712-8800

*Attorneys for Defendant*
*J.P. Morgan Securities LLC (f/k/a J.P. Morgan Securities Inc.)*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| In re COUNTRYWIDE FINANCIAL CORP. MORTGAGE-BACKED SECURITIES LITIGATION | Case No. 11-ML-02265-MRP (MANx) |
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> COUNTRYWIDE FINANCIAL CORPORATION, *et al.*, <br><br> Defendants. | Case No. 11-CV-10414-MRP (MANx) <br><br> **JOINDER OF J.P. MORGAN SECURITIES LLC IN THE COUNTRYWIDE DEFENDANTS' MOTION TO EXCLUDE THE PROFFERED EXPERT REPORTS OF CHARLES D. COWAN AND RICHARD K. GREEN** <br><br> Date/Time: October 15, 2013, 11:00 a.m. <br><br> Judge: Hon. Mariana R. Pfaelzer <br> Courtroom: 12 |

| | |
|---|---|
| J.P. MORGAN'S JOINDER IN MOTION TO EXCLUDE EXPERT REPORTS OF COWAN AND GREEN | CASE NO. 11-cv-10414-MRP (MANx) |

PLEASE TAKE NOTICE that Defendant J.P. Morgan Securities LLC (f/k/a J.P. Morgan Securities Inc.) hereby joins in the Countrywide Defendants' Motion to Exclude the Proffered Expert Reports of Charles D. Cowan and Richard K. Green (the "Motion"), and adopts by reference the arguments and authorities set forth in the Motion and the Countrywide Defendants' Memorandum of Points and Authorities in Support of the Motion, and such other written or oral argument as may be presented, to the full extent such Motion and arguments are applicable to *Massachusetts Mutual Life Insurance Company v. Countrywide Financial Corp., et al.*, No. 2:11-cv-10414 (C.D. Cal.).

Dated: August 2, 2013

Respectfully Submitted,

J.P. Morgan Securities LLC (f/k/a J.P. Morgan Securities, Inc.)

By its attorneys,

/s/ Robert H. Baron

Robert H. Baron (*pro hac vice*)
rbaron@cravath.com
Daniel Slifkin (*pro hac vice*)
dslifkin@cravath.com
Karin A. DeMasi (*pro hac vice*)
kdemasi@cravath.com
J. Wesley Earnhardt (*pro hac vice*)
wearnhardt@cravath.com
Christopher D. Belelieu (*pro hac vice*)
cbelelieu@cravath.com
CRAVATH, SWAINE & MOORE LLP
825 Eighth Avenue
New York, New York 10019
Tel: (212) 474-1000
Fax: (212) 474-3700

Robert A. Sacks (California Bar No. 150146)
sacksr@sullcrom.com
Sullivan & Cromwell LLP
1888 Century Park East
Los Angeles, CA 90067-1725
Tel: (310) 712-6600
Fax: (310) 712-8800

J.P. MORGAN'S JOINDER IN MOTION TO EXCLUDE EXPERT REPORTS OF COWAN AND GREEN

CASE NO. 11-cv-10414-MRP (MANx)

# **PROOF OF SERVICE**

I, Robert H. Baron, certify:

I am employed in the County of New York, State of New York. I am over the age of 18 and not a party to the within action. My business address is 825 Eighth Avenue, Worldwide Plaza, New York, NY 10019. On August 2, 2013, I served the foregoing document by electronically filing it with the Clerk of the Court using the CM/ECF system, which will send notification of such electronic filing to counsel of record for all parties by operation of the Court's CM/ECF system. By agreement of counsel, service will be made by email on the following counsel of record who are not registered participants in the CM/ECF system:

Jennifer L. Barrett - jenniferbarrett@quinnemanuel.com
John J. Egan - jje@efclaw.com
Stephen E. Spelman - ses@efclaw.com
Adam Hornstine - adam.hornstine@wilmerhale.com
Jeffrey B Rudman - jeffrey.rudman@wilmerhale.com
Dennis J. Kelly - dkelly@burnslev.com

I certify under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on **August 2, 2013**, at New York, New York.

/s/ Robert H. Baron
Robert H. Baron