Brian E. Pastuszenski (*pro hac vice*)
*bpastuszenski@goodwinprocter.com*
Inez H. Friedman-Boyce (*pro hac vice*)
*ifriedmanboyce@goodwinprocter.com*
**GOODWIN PROCTER LLP**
53 Exchange Place
Boston, Massachusetts 02109
Telephone: 617-570-1000
Facsimile: 617-523-1231

John O. Farley (*pro hac vice*)
*jfarley@goodwinprocter.com*
**GOODWIN PROCTER LLP**
620 Eighth Avenue
New York, NY 10018
Telephone: 212-813-8800
Facsimile: 212-355-3333

Lloyd Winawer (SBN 157823)
*lwinawer@goodwinprocter.com*
**GOODWIN PROCTER LLP**
601 S. Figueroa Street, 41st Fl.
Los Angeles, California 90017
Telephone: 213-426-2500
Facsimile: 213-623-1673

*Attorneys for Defendants*
Countrywide Financial Corporation, Countrywide Securities Corporation, Countrywide Capital Markets , Countrywide Home Loans, Inc., CWALT, Inc., CWMBS, Inc., CWHEQ, Inc., and CWABS, Inc.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

In re COUNTRYWIDE FINANCIAL CORP. MORTGAGE-BACKED SECURITIES LITIGATION

Case No. 11-ML-2265-MRP (MANx)

**STIPULATION RE DEPOSITIONS OF COUNTRYWIDE EMPLOYEES AND FORMER EMPLOYEES**

Judge: Hon. Mariana R. Pfaelzer
Courtroom: 12

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY, *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTRYWIDE FINANCIAL CORPORATION, *et al.*,<br><br>Defendants. | Case No. 11-CV-5236-MRP (MANx) |
| BANK HAPOALIM, B.M.,<br><br>Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA CORPORATION, *et al.*,<br><br>Defendants. | Case No. 11-CV-4316-MRP (MANx) |
| FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR UNITED WESTERN BANK,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTRYWIDE FINANCIAL CORPORATION, *et al.*,<br><br>Defendants. | Case No. 11-CV-10400-MRP (MANx) |
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTRYWIDE FINANCIAL CORPORATION, *et al.*,<br><br>Defendants. | Case No. 11-CV-10414-MRP (MANx) |

| | |
|---|---|
| MINNESOTA LIFE INSURANCE COMPANY, *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTRYWIDE FINANCIAL CORPORATION, *et al.*,<br><br>Defendants. | Case No. 12-CV-6149-MRP (MANx) |
| NATIONAL INTEGRITY LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTRYWIDE FINANCIAL CORPORATION, *et al.*,<br><br>Defendants. | Case No. 11-CV-9889-MRP (MANx) |

Plaintiffs Allstate Insurance Company, Allstate Life Insurance Company, Allstate Life Insurance Company of New York, American Heritage Life Insurance, Bank Hapoalim, B.M., The Federal Deposit Insurance Corporation as Receiver for United Western Bank, Massachusetts Mutual Life Insurance Company, Minnesota Life Insurance Company, Securian Financial Group, Inc., Securian Funds Trust, Securian Foundation, Securian Casualty Company, CNL/Insurance America, Inc., and National Integrity Life Insurance Company ("Plaintiffs") and defendants Countrywide Financial Corporation, Countrywide Home Loans, Inc., CWALT, Inc., CWMBS, Inc., CWHEQ, Inc., CWABS, Inc., Countrywide Capital Markets, Countrywide Securities Corporation, and Stanford Kurland ("Countrywide Defendants"); Banc of America Funding Corporation, Bank of America, N.A., and Bank of America Corporation ("Bank of America Defendants"); Merrill Lynch & Co., Inc., Merrill Lynch Mortgage Investors, Inc., Merrill Lynch Mortgage Lending, Inc., Merrill Lynch, Pierce, Fenner & Smith, Inc. ("Merrill Lynch Defendants"); UBS Securities LLC, J.P. Morgan Securities LLC (f/k/a J.P. Morgan Securities, Inc.), and Deutsche Bank Securities, Inc. ("Underwriter Defendants") (collectively, "Defendants") in the six above-captioned cases in this *Countrywide Mortgage-Backed Securities Multi-District Litigation* (the "Actions") hereby stipulate as follows, subject to the Order of the Court:

WHEREAS, more than 100 Countrywide employees and former employees have previously been deposed in other litigation related to Countrywide's mortgage-backed securities;

WHEREAS, pursuant to the Order Regarding Discovery Schedule entered by the Court on May 20, 2013, the Countrywide Defendants produced and will produce transcripts and video of depositions of Countrywide employees and former employees taken or to be taken in *In re Countrywide Fin'l Corp. Sec. Litig*. (*New York Funds*), *Maine State Retirement System v. Countrywide*, *MBIA* v. *Countrywide*

*Home Loans, Inc.*, *Federal Home Loan Bank of Seattle v. Banc of America Securities LLC, et al.*, No. 09-2-46319-1 SEA (Super. Ct of Wash. King Cnty.), *Federal Home Loan Bank of Seattle v. Countrywide Securities Corporation, et al.*, No. 09-2-46321-2 SEA (Super. Ct of Wash. King Cnty.), *Federal Home Loan Bank of Seattle v. UBS Securities, LLC, et al.*, No. 09-2-46350-6 SEA (Super. Ct of Wash. King Cnty.), *Federal Home Loan Bank of Atlanta v. Countrywide Fin. Corp., et al.*, Civil File No. 11EV011779-01G (Ga. State Ct., Fulton Cnty.), *Federal Home Loan Bank of Atlanta v. JP Morgan Securities, LLC, et al.*, Civil File No. 11EV011779-02G (Ga. State Ct., Fulton Cnty.), and *Federal Home Loan Bank of Pittsburgh v. Countrywide Securities Corp., et al.*, No. GD-09-018482 (Pa. Ct. of Common Pleas, Allegheny Cnty.) (collectively, the "Produced Depositions"), and in the Countrywide SEC investigations *S.E.C. v. Mozilo*, CV09-03994 JFW (MANx) (C.D. Cal.) and *In the Matter of Countrywide Financial Corporation*, File No. LA-03370-A (the "SEC Depositions");

WHEREAS, one of the stated purposes of this Countrywide MDL proceeding is to "avoid[] duplicative discovery . . . on complex common factual issues" (JPML Transfer Order at 3, Case No. 11-ML-02265), and the parties wish to avoid any need to take duplicative depositions of those produced by the Countrywide Defendants;

NOW THEREFORE, in light of the foregoing, and subject to the Order of the Court, the parties agree as follows:

1. The parties shall make a good faith effort not to take a deposition of a person who testified in a Produced Deposition;

2. To the extent the parties do not take a deposition of a person for whom one or more transcript(s) (or video(s)) is included within the Produced Depositions, such transcript(s) (or video(s)) shall be deemed taken in the Actions in satisfaction of the condition set forth in Federal Rule of Civil Procedure 32(a)(1)(A);

3. Notwithstanding paragraph 2 of this Stipulation, the SEC Depositions

shall not be deemed taken in the Actions in satisfaction of the condition set forth in Federal Rule of Civil Procedure 32(a)(1)(A); nothing herein shall be construed to limit a party's right to seek a further stipulation and/or order regarding the use or admissibility of testimony taken in the SEC Depositions or any other deposition not included in the Produced Depositions;

4. To the extent a party wishes to take a deposition of a person for whom one or more transcript(s) (or video(s)) is included within the Produced Depositions, such party shall meet and confer with the other parties on the duration and scope of such deposition, including whether some or all of the witness's Produced Depositions shall be deemed taken in the Actions to avoid the need for duplicative testimony, prior to issuing a notice and/or subpoena (as applicable) to the proposed deponent;

5. In the case of any transcript(s) (or video(s)) included within the Produced Depositions, all objections of the Plaintiffs and Defendants that could have been made at such depositions are preserved;

6. Nothing herein shall be construed to limit a party's right to move for a protective order or other form of protection, seeking to prevent any deposition or portion of deposition from proceeding.

DATED: August 22, 2013

By /s/ *Jeremy D. Andersen(with permission)*

Daniel L. Brockett (Bar No. 237551)
*danbrockett@quinnemanuel.com*
Marc L. Greenwald (Bar No. 176072)
*marcgreenwald@quinnemanuel.com*
David D. Burnett (*pro hac vice*)
daveburnett@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
Tel.: (212) 849-7000
Fax: (212) 849-7100

Jeremy D. Andersen (Bar No. 227287)
*jeremyandersen@quinnemanuel.com*
QUINN EMANUEL URQUHART & SULLIVAN, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Tel.: (213) 443-3000
Fax: (213) 443-3100

*Attorneys for Plaintiffs Allstate Insurance Company, Allstate Life Insurance Company, Allstate Life Insurance Company of New York, and American Heritage Life Insurance Company*

By /s/ *Joel H. Bernstein(with permission)*

Joel H. Bernstein
*jbernstein@labaton.com*
Martis Alex (Bar No. 77903)
*malex@labaton.com*
Mark S. Arisohn
*marisohn@labaton.com*
LABATON SUCHAROW LLP
140 Broadway
New York, New York 10005
Tel.: (212) 907-0700
Fax.: (212) 818-0477

By /s/ *Mark I. Labaton(with permission)*

Mark I. Labaton (Bar No. 159555)
*mlabaton@motleyrice.com*
Robert Zabb (Bar No. 114405)
*rzabb@motleyrice.com*
MOTLEY RICE LLP
1801 Century Park East, Suite 475
Los Angeles, CA 90067
Tel.: (310) 552-7992
Fax: (310) 552-8054

*Attorneys for Plaintiffs Bank Hapoalim B.M.*

By: */s/ David S. McLeod (with permission)*

David S. McLeod (Bar No. 66808)
*dmcleod@mmwf.com*
John M. Moscarino (Bar No. 122105)
*jmoscarino@mmwf.com*
McLEOD MOSCARINO WITHAM & FLYNN LLP
707 Wilshire Boulevard, Suite 5000
Los Angeles, California 90017-3613
Telephone: (213) 627-3600
Facsimile: (213) 627-6290

David J. Grais (pro hac vice)
*dgrais@graisellsworth.com*
Mark B. Holton (pro hac vice)
*mholton@graisellsworth.com*
Vickie Reznik (pro hac vice)
*vreznik@graisellsworth.com*
GRAIS & ELLSWORTH LLP
1211 Avenue of the Americas
New York, NY 10036
Telephone: (212) 755-0010
Facsimile: (212) 755-0052

*Attorneys for Plaintiff Federal Deposit Insurance Corporation as Receiver for United Western Bank*

By /s/ *Harry A. Olivar, Jr. (with permission)*

Harry A. Olivar, Jr. (Bar No. 143089)
*harryolivar@quinnemanuel.com*
Molly Stephens (Bar No. 232211)
*mollystephens@quinnemanuel.com*
QUINN EMANUEL URQUHART & SULLIVAN, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
Tel.: (213) 443-3000
Fax: (213) 443-3100

Philippe Z. Selendy (admitted pro hac)
*philippeselendy@quinnemanuel.com*
Jennifer J. Barrett (admitted pro hac)
*jenniferbarrett@quinnemanuel.com*
QUINN EMANUEL URQUHART & SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Tel.: (212) 849-7000
Fax: (212) 849-7100

*Attorneys for Plaintiff Massachusetts Mutual Life Insurance Company*

By: */s/ David M. Wilk (with permission)*
Lawrence R. King (Bar No. 55827)
David M. Wilk (Bar No. 222860)
Shawn M. Raiter Bar No. 240424)
Sarah E. Madsen (Bar No. 0336804)
LARSON • KING, LLP
2800 Wells Fargo Place
30 East Seventh Street
St. Paul, Minnesota 55101
Tel.: (651) 312-6500
Fax: (651) 312-6618

*Attorneys for Plaintiffs Minnesota Life Insurance Company, Securian Financial Group, Inc., Securian Funds Trust, Securian Foundation, Securian Casualty Company, and CNL/Insurance America, Inc.*

By /s/ *Steven S. Fitzgerald(with permission)*
David H. Wollmuth (*pro hac vice*)
*dwollmuth@wmd-law.com*
Thomas P. Ogden (*pro hac vice*)
*togden@wmd-law.com*
Steven S. Fitzgerald (*pro hac vice*)
*sfitzgerald@wmd-law.com*
WOLLMUTH MAHER & DEUTSCH LLP
500 Fifth Avenue
New York, New York 10110
(212) 382-3300

Brian C. Lysaght (Bar. No. 61965)
*blysaght@lysaghtlegal.com*
LYSAGHT LAW GROUP LLP
233 Wilshire Blvd Suite 700
Santa Monica, CA 90401
Telephone: (310) 566-8166

*Attorneys for National Integrity Life Insurance Company*

By */s/ Brian E. Pastuszenski (with permission)*
Brian E. Pastuszenski (*pro hac vice*)
*bpastuszenski@goodwinprocter.com*
Inez H. Friedman-Boyce (*pro hac vice*)
*ifriedmanboyce@goodwinprocter.com*
GOODWIN PROCTER LLP
53 Exchange Place
Boston, Massachusetts 02109
Telephone: 617-570-1000
Facsimile: 617-523-1231

John O. Farley (*pro hac vice*)
jfarley@goodwinprocter.com
GOODWIN PROCTER LLP
620 Eighth Avenue
New York, NY 10018
Telephone: 212-813-8800
Facsimile: 212-355-3333

Lloyd Winawer (SBN 157823)
lwinawer@goodwinprocter.com
GOODWIN PROCTER LLP
601 S. Figueroa Street, 41st Fl.
Los Angeles, California 90017
Telephone: 213-426-2500
Facsimile: 213-623-1673

*Counsel for Defendants Countrywide Financial Corporation, Countrywide Home Loans, Inc., CWALT, Inc., CWMBS, Inc., CWHEQ, Inc., CWABS, Inc., Countrywide Capital Markets, and Countrywide Securities Corporation*

*Signing as to* Allstate, Bank Hapoalim, Minnesota Life, National Integrity, *and* United Western Bank

By: */s/ Adam S. Hakki*
Adam S. Hakki (*pro hac vice*)
*ahakki@shearman.com*
John Gueli (SBN 171914)
*jgueli@shearman.com*
SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, NY 10022
Telephone: 212-848-4000
Facsimile: 212-848-7179

*Counsel for Defendants Countrywide Financial Corporation and Countrywide Securities Corporation*

*Signing as to* MassMutual

By: */s/ Marc T.G. Dworsky (with permission)*
Marc T.G. Dworsky (SBN 157413)
*marc.dworsky@mto.com*
James C. Rutten (SBN 201791)
*james.rutten@mto.com*
Erin J. Cox (SBN 267954)
*erin.cox@mto.com*
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue, 35th Floor
Los Angeles, California 90071-1560
Telephone: 213-683-9100
Facsimile: 213-687-3702

*Counsel for Defendants Banc of America Funding Corporation, Bank of America Corporation, Bank of America, N.A, Merrill Lynch & Co., Inc., Merrill Lynch Mortgage Investors, Inc., Merrill Lynch Mortgage Lending, Inc., Merrill Lynch, Pierce, Fenner & Smith, Inc.*

*Signing as to* Bank Hapoalim

By: */s/ Dean J. Kitchens (with permission)*
Dean J. Kitchens (SBN 82096)
*DKitchens@gibsondunn.com*
Alexander Mircheff (SBN 245074)
*AMircheff@gibsondunn.com*
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, California 90071-3197
Telephone: 213-229-7000
Facsimile: 213-229-7520

Counsel for Defendant UBS Securities LLC

*Signing as to* United Western Bank and Mass Mutual

By: */s/ Robert H. Baron(with permission)*
Robert H. Baron (*pro hac vice*)
*rbaron@cravath.com*
Daniel Slifkin (*pro hac vice*)
*dslifkin@cravath.com*
Karin A. DeMasi (*pro hac vice*)
*kdemasi@cravath.com*
J. Wesley Earnhardt (*pro hac vice*)
*wearnhardt@cravath.com*
Christopher D. Belelieu (*pro hac vice*)
*cbelelieu@cravath.com*
CRAVATH, SWAINE & MOORE LLP
825 Eighth Avenue
New York, New York 10019
Tel: (212) 474-1000
Fax: (212) 474-3700

Robert A. Sacks (State Bar No. 150146)
*sacksr@sullcrom.com*
Sullivan & Cromwell LLP
1888 Century Park East
Los Angeles, CA 90067-1725
Tel:  (310) 712-6600
Fax:  (310) 712-8800

Counsel for Defendant J.P. Morgan Securities LLC (f/k/a J.P. Morgan Securities, Inc.)

*Signing as to* MassMutual


By: */s/ Deborah L. Stein (with permission)*
Deborah L. Stein (SBN 224570)
*dstein@stblaw.com*
SIMPSON THACHER & BARTLETT LLP
1999 Avenue of the Stars, 29th Floor
Los Angeles, CA 90067
Tel: (310) 407-7500
Fax: (310) 407-7502

Counsel for Defendant Deutsche Bank Securities, Inc.

*Signing as to* MassMutual

By:*/s/Christopher G. Caldwell(with permission)*

Christopher G. Caldwell (SBN 106790)
*caldwell@caldwell-leslie.com*
Jeanne A. Fugate (SBN 236341)
*fugate@caldwell-leslie.com*
Kelly L. Perigoe (SBN 268872)
*perigoe@caldwell-leslie.com*
CALDWELL LESLIE & PROCTOR, PC
725 South Figueroa Street, 31st Floor
Los Angeles, CA 90017-5524
Tel: (213) 629-9040
Fax: (213) 629-9022

Counsel for Defendant Stanford Kurland

*Signing as to* MassMutual

## PROOF OF SERVICE

I, the undersigned, certify that I am over the age of 18 years, employed in the County of New York, State of New York, and not a party to the above-captioned actions. On **August 22, 2013**, I caused the following documents to be electronically filed using the CM/ECF system:

**STIPULATION AND [PROPOSED] ORDER RE DEPOSITIONS OF COUNTRYWIDE EMPLOYEES AND FORMER EMPLOYEES**

Participants in this case who are registered CM/ECF users will be served by the CM/ECF system. I further certify that some of the participants in this case are not registered CM/ECF users. I have mailed the foregoing document by First Class Mail, Federal Express, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days, or, by agreement of the parties, e-mail, to the following non-CM/ECF participants:

| | |
|---|---|
| EGAN, FLANAGAN AND COHEN, P.C.<br>John J. Egan<br>Stephen E. Spelman<br>67 Market Street, P.O. Box 9035<br>Springfield, Massachusetts 01102 | QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>Jennifer J. Barrett<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010 |
| WILMER HALE LLP<br>Adam Hornstine<br>Jeffrey B. Rudman<br>Brian J. Boyle<br>60 State Street<br>Boston, MA 02109 | BUCKLEY SANDER LLP<br>Jessica L. Tulk<br>100 Wilshire Blvd., Suite 1000<br>Santa Monica, CA 90401 |

I declare under penalty of perjury that I am employed in the office of a member of the bar of this Court at whose direction this service was made and that the foregoing is true and correct.

Executed on **August 22, 2013**, at New York, New York.

*/s/ Michael Mitchell*
Michael Mitchell