QUINN EMANUEL URQUHART & SULLIVAN, LLP
Harry A. Olivar, Jr. (Bar No. 143089)
harryolivar@quinnemanuel.com
Molly Stephens (Bar No. 232211)
mollystephens@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017
Telephone:   (213) 443-3000
Facsimile:    (213) 443-3100

Philippe Z. Selendy (admitted *pro hac*)
philippeselendy@quinnemanuel.com
Jennifer J. Barrett (admitted *pro hac*)
jenniferbarrett@quinnemanuel.com
51 Madison Avenue
New York, New York 10010
Telephone:   (212) 849-7000
Facsimile:    (212) 849-7100

Attorneys for Plaintiff Massachusetts Mutual Life Insurance Company

Additional Counsel Listed on Signature Pages of Plaintiffs' Opposition

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re COUNTRYWIDE FINANCIAL CORP. MORTGAGE-BACKED SECURITIES LITIGATION | Case No. 11-ML-2265-MRP (MANx)<br><br>**DECLARATION OF CLAIRE HAUSMAN IN SUPPORT OF PLAINTIFFS' OPPOSITION TO COUNTRYWIDE DEFENDANTS' MOTION TO EXCLUDE THE EXPERT REPORTS OF CHARLES D. COWAN AND RICHARD K. GREEN**<br><br>Judge:      Hon. Mariana R. Pfaelzer<br>Courtroom: 12<br>Hearing: October 15, 2013, 11:00 a.m. |

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY, *et al.*,<br><br>             Plaintiffs,<br><br>      vs.<br><br>COUNTRYWIDE FINANCIAL CORPORATION, *et al.*,<br><br>             Defendants. | Case No. 11-CV-5236-MRP (MANx) |
| BANK HAPOALIM, B.M.,<br><br>             Plaintiff,<br><br>      vs.<br><br>BANK OF AMERICA CORPORATION, *et al.*,<br><br>             Defendants. | Case No. 11-CV-4316-MRP (MANx) |
| FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR UNITED WESTERN BANK,<br><br>             Plaintiff,<br><br>      vs.<br><br>COUNTRYWIDE FINANCIAL CORPORATION, *et al.*,<br><br>             Defendants. | Case No. 11-CV-10400-MRP (MANx) |

Case No. 11-ML-2265-MRP (MANx)
DECLARATION OF CLAIRE HAUSMAN

| | |
|---|---|
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTRYWIDE FINANCIAL CORPORATION, *et al.*,<br><br>Defendants. | Case No. 11-CV-10414-MRP (MANx) |
| MINNESOTA LIFE INSURANCE COMPANY, *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTRYWIDE FINANCIAL CORPORATION, *et al.*,<br><br>Defendants. | Case No. 12-CV-6149-MRP (MANx) |
| NATIONAL INTEGRITY LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTRYWIDE FINANCIAL CORPORATION, *et al.*,<br><br>Defendants. | Case No. 11-CV-9889-MRP (MANx) |

Case No. 11-ML-2265-MRP (MANx)

DECLARATION OF CLAIRE HAUSMAN

I, Claire Hausman, hereby state as follows:

1. I am a member of the Bar of the State of California and an Associate at the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, attorneys for Plaintiff Massachusetts Mutual Life Insurance Company ("MassMutual") in the above-captioned action. I respectfully submit this declaration in support of Plaintiffs' Opposition to Countrywide Defendants' Motion to Exclude the Expert Reports of Charles D. Cowan and Richard K. Green. I make this declaration of personal, firsthand knowledge, and, if called and sworn as a witness, I could and would testify competently thereto.

2. Attached hereto as Exhibit 1 is a true and correct copy of publicly filed excerpts of the transcript of the videotaped deposition of Arnold Barnett, Ph.D., dated June 11, 2013, taken in 10 *MassMutual* actions pending in the United States District Court of Massachusetts.

3. Attached hereto as Exhibit 2 is a true and correct copy of excerpts of the transcript of the April 5, 2013 hearing before this Court in the above-captioned actions.

4. Attached hereto as Exhibit 3 is a true and correct copy of the Supplemental Declaration of Arnold Barnett, Ph.D., dated November 16, 2012, publicly filed in *Federal Housing Finance Agency v. JPMorgan Chase & Co.*, No. 11-cv-6188 (DLC) (S.D.N.Y.) and other *FHFA* actions.

5. Attached hereto as Exhibit 4 is a true and correct copy of the synopsis of the 2009 FDA Managers Survey on Performance and Management Issues (GAO-10-280SP, February 2, 2010), an E-supplement to GAO-10-279 (available at http://www.gao.gov/special.pubs/gao-10-280sp/).

6. Attached hereto as Exhibit 5 is a true and correct copy of publicly filed excerpts of the transcript of the videotaped deposition of Jens Christian Ingerslev, dated March 2, 2011, taken in *MBIA v. Countrywide Home Loans, Inc.*, et al., Index No. 08/602825 (NY. Sup. Ct.).

1  I declare under penalty of perjury under the laws of the United States of
2  America that the foregoing is true and correct, and that this declaration was executed
3  this 30th day of August, 2013, at Los Angeles, California.

                                                     /s/ Claire Hausman

-2-   Case No. 11-ML-2265-MRP (MANx)
DECLARATION OF CLAIRE HAUSMAN