Brian E. Pastuszenski (*pro hac vice*)
bpastuszenski@goodwinprocter.com
**GOODWIN PROCTER LLP**
Exchange Place
Boston, MA 02109
Tel.: 617-570-1000
Fax: 617-523-1231

John O. Farley (*pro hac vice*)
jfarley@goodwinprocter.com
Daniel P. Roeser (*pro hac vice*)
droeser@goodwinprocter.com
**GOODWIN PROCTER LLP**
620 Eighth Avenue
New York, NY 10018
Tel.: 212-813-8800
Fax: 212-355-3333

Daniel J. Tyukody (SBN 123323)
dtyukody@goodwinprocter.com
**GOODWIN PROCTER LLP**
601 South Figueroa Street, 41st Floor
Los Angeles, California 90017
Tel.: 213-426-2500
Fax: 213-623-1673

Attorneys for Defendants
Countrywide Financial Corporation,
Countrywide Securities Corporation,
Countrywide Capital Markets, LLC,
Countrywide Home Loans, Inc.,
CWALT, Inc., CWABS, Inc.,
CWMBS, Inc., and CWHEQ, Inc.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **In re COUNTRYWIDE FINANCIAL CORP. MORTGAGE-BACKED SECURITIES LITIGATION** | Case No. 11-ML-2265-MRP (MANx) <br><br> **THE COUNTRYWIDE DEFENDANTS' *EX PARTE* APPLICATION FOR AN ORDER GRANTING MODIFICATION OF PAGE LIMITS** <br><br> Judge:      Hon. Mariana R. Pfaelzer <br> Courtroom: 12 |

| | | |
|---|---|---|
| 1 | ALLSTATE INSURANCE COMPANY, *et al.*, | Case No. 11-CV-5236-MRP (MANx) |
| 2 | | |
| 3 | Plaintiffs, | |
| 4 | vs. | |
| 5 | COUNTRYWIDE FINANCIAL CORPORATION, *et al.*, | |
| 6 | Defendants. | |
| 7 | BANK HAPOALIM, B.M., | Case No. 12-CV-4316-MRP (MANx) |
| 8 | Plaintiff, | |
| 9 | vs. | |
| 10 | BANK OF AMERICA CORPORATION, *et al.*, | |
| 11 | Defendants. | |
| 12 | FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR UNITED WESTERN BANK, | Case No. 11-CV-10400-MRP (MANx) |
| 13 | | |
| 14 | Plaintiff, | |
| 15 | vs. | |
| 16 | COUNTRYWIDE FINANCIAL CORPORATION, *et al.*, | |
| 17 | | |
| 18 | Defendants. | |
| 19 | MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY, | Case No. 11-CV-10414-MRP (MANx) |
| 20 | Plaintiff, | |
| 21 | vs. | |
| 22 | COUNTRYWIDE FINANCIAL CORPORATION, *et al.*, | |
| 23 | Defendants. | |

THE COUNTRYWIDE DEFENDANTS' *EX PARTE* APPLICATION FOR AN ORDER GRANTING
MODIFICATION OF PAGE LIMITS

2

| | | |
|---|---|---|
| 1 | MINNESOTA LIFE INSURANCE COMPANY, *et al.*, | Case No. 12-CV-6149-MRP (MANx) |
| 2 | Plaintiffs, | |
| 3 | vs. | |
| 4 | COUNTRYWIDE FINANCIAL CORPORATION, *et al.*, | |
| 5 | | |
| 6 | Defendants. | |
| 7 | NATIONAL INTEGRITY LIFE INSURANCE COMPANY, | Case No. 11-CV-9889-MRP (MANx) |
| 8 | Plaintiff, | |
| 9 | vs. | |
| 10 | COUNTRYWIDE FINANCIAL CORPORATION, *et al.*, | |
| 11 | | |
| 12 | Defendants. | |

**TO THE CLERK OF THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:**

PLEASE TAKE NOTICE that pursuant to Local Civil Rule 7-19 and the standing order of the Honorable Mariana J. Pfaelzer, Defendants Countrywide Financial Corporation, Countrywide Securities Corporation, Countrywide Capital Markets, LLC, Countrywide Home Loans, Inc., CWALT, Inc., CWABS, Inc., CWMBS, Inc., and CWHEQ, Inc. (collectively, the "Countrywide Defendants") hereby apply for an *ex parte* order granting modification of the page limits for their forthcoming Reply Memorandum of Points and Authorities in Further Support of their Motion to Exclude the Proffered Expert Reports of Charles D. Cowan and Richard K. Green, due to be filed on September 27, 2013. Good cause exists for the granting of this *ex parte* application, as set forth in the accompanying Memorandum of Points and Authorities and the Declaration of William B. Brady filed concurrently herewith. A copy of this *ex parte* application and the supporting papers have been served on all parties in accordance with Local Civil Rule 5-3. Pursuant to Local Civil Rule 7-19, the names, addresses, telephone numbers and email addresses for opposing counsel in the above-captioned actions are included in Appendix A attached hereto. As set forth in the Declaration of William B. Brady, opposing counsel of record received notice of this *ex parte* application on September 26, 2013.

## MEMORANDUM OF POINTS AND AUTHORITIES

The Countrywide Defendants respectfully request an order permitting them to file a Reply Memorandum of Points and Authorities in Further Support of their Motion to Exclude the Proffered Expert Reports of Charles D. Cowan and Richard K. Green ("Reply Memorandum") not to exceed forty (40) pages in length. The Countrywide Defendants believe that good cause exists for this modification for the reasons set forth below.

On May 20, 2013, this Court issued an Order Regarding Discovery Schedule directing Defendants to file by August 2, 2013 any *Daubert* motions challenging Plaintiffs' loan sampling methodology if no agreement on loan sampling methodology could be reached. The parties were unable to reach an agreement regarding loan sampling methodology.

On June 17, 2013, Plaintiffs served on Defendants seven separate expert reports:

- On behalf of Plaintiffs in all of the above-captioned actions, a report by Dr. Charles D. Cowan consisting of 76 pages (including appendices);
- On behalf of Plaintiffs in *Allstate Insurance Company, et al. v. Countrywide Financial Corporation, et al.*, No. 11-cv-5236-MRP (C.D. Cal.), *Federal Deposit Insurance Corporation, as receiver for United Western Bank v. Countrywide Financial Corporation, et al.*, No. 11-cv-10400-MRP (C.D. Cal.), *Massachusetts Mutual Life Insurance Company v. Countrywide Financial Corporation, et al.*, No. 11-cv-10414-MRP (C.D. Cal.), *Minnesota Life Insurance Company, et al. v. Countrywide Financial Corporation, et al.*, No. 12-cv-6149-MRP (C.D. Cal.), and *National Integrity Life Insurance Company v. Countrywide Financial Corporation, et al.*, No. 11-cv-9889-MRP (C.D. Cal.), five reports by Dr. Cowan (collectively totaling over 300 pages (including appendices)); and

- On behalf of Plaintiff in *Bank Hapoalim, B.M. v. Bank of America Corporation, et al.*, No. 12-cv-4316-MRP (C.D. Cal.), a report by Dr. Richard K. Green (totaling 59 pages (including appendices)).

On August 2, 2013, the parties filed a Stipulation Extending Page Limits for Briefing on Defendants' Motions to Exclude the Reports of Charles D. Cowan and Richard K. Green (the "Stipulation"), and an accompanying Proposed Order Granting the Stipulation, which provided that any "memoranda of points and authorities in support of Defendants' motions to exclude the reports of Charles D. Cowan and Richard K. Green," and "[a]ny oppositions to [such] motions . . . shall not exceed 35 pages in length."[1]  The Countrywide Defendants thereafter moved this Court to exclude the expert reports of Dr. Cowan and Dr. Green under *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993), and Federal Rule of Evidence 702.  On August 2, 2013, the Countrywide Defendants filed a 30-page Memorandum of Points and Authorities in Support of their Motion to Exclude the Proffered Expert Reports of Charles D. Cowan and Richard K. Green.

On August 30, 2013, Plaintiffs filed a 35-page Opposition to Countrywide Defendants' Motion to Exclude the Expert Reports of Charles D. Cowan and Richard K. Green.  Plaintiffs also submitted over 80 pages of exhibits, a 29-page Declaration of Dr. Richard K. Green in Support of Plaintiffs' Opposition to Defendants' Motion to Exclude, and a 29-page Declaration of Charles D. Cowan, Ph.D. in Response to Rebuttal Report of Arnold Barnett, Ph.D.

The Countrywide Defendants intend to file a Reply Memorandum further demonstrating that, among other things, the sampling methodologies proposed by Dr. Cowan and Dr. Green: (a) cannot reliably demonstrate a "systematic" abandonment of Countrywide's underwriting guidelines, which this Court deemed necessary; and (b) suffer from numerous flaws rendering the proposed methodologies irrelevant,

---

[1] The Court entered an order granting the page limit extension as proposed on August 7, 2013.

1  unreliable, and incomplete.  The Countrywide Defendants' requested page limit
2  modification is warranted to permit a full explanation of these issues.
3         Pursuant to the Local Civil Rules and this Court's Standing Order, the
4  Countrywide Defendants notified all other parties of their intent to file this *ex parte*
5  application.  *See* Declaration of William B. Brady ¶¶ 3-4.  Defendants in the above-
6  captioned actions assent to the relief requested.  *Id.* ¶ 4.  Counsel for Plaintiffs in
7  *Allstate Insurance Company, et al. v. Countrywide Financial Corporation, et al.*, Case
8  No. 11-CV-5236-MRP (MANx), *Massachusetts Mutual Life Insurance Company v.*
9  *Countrywide Financial Corporation, et al.*, Case No. 11-CV-10414-MRP (MANx),
10  and *Bank Hapoalim, B.M. v. Bank of America Corporation, et al.*, Case No. 12-CV-
11  4316-MRP (MANx), have stated that they take no position on this *ex parte*
12  application.  *Id.* ¶¶ 2-3.
13         For these reasons, the Countrywide Defendants respectfully request an *ex parte*
14  order permitting them to file a Reply Memorandum not to exceed 40 (forty) pages.

Respectfully submitted,

Dated: September 26, 2013  By:  /s/ Brian E. Pastuszenski (with permission)
Brian E. Pastuszenski (*pro hac* vice)
John O. Farley (*pro hac vice*)
Daniel P. Roeser (*pro hac vice*)
Daniel J. Tyukody (SBN 123323)

*Attorneys for Countrywide Defendants Countrywide Financial Corporation, Countrywide Securities Corporation, Countrywide Capital Markets, LLC, Countrywide Home Loans, Inc., CWALT, Inc., CWABS, Inc., CWMBS, Inc., and CWHEQ, Inc. Signing as to Allstate, Bank Hapoalim, Minnesota Life, National Integrity and United Western Bank*

Dated: September 26, 2013  By:  /s/ Adam S. Hakki
Adam S. Hakki (*pro hac vice*)
ahakki@shearman.com
Kirsten N. Cunha (*pro hac vice*)
kirsten.cunha@shearman.com
John Gueli (SBN 171914)
jgueli@shearman.com
**SHEARMAN & STERLING LLP**
599 Lexington Avenue
New York, NY 10022
Telephone: (212) 848-4000
Facsimile: (646) 848-7179

*Attorneys for Countrywide Defendants Countrywide Financial Corporation and Countrywide Securities Corporation Signing as to Massachusetts Mutual*

# APPENDIX A

For purposes of this *ex parte* application, the names, addresses, telephone numbers, and email addresses of opposing counsel are as follows:

| | |
|---|---|
| Daniel L. Brockett<br>*danbrockett@quinnemanuel.com*<br>Marc L. Greenwald<br>*marcgreenwald@quinnemanuel.com*<br>David D. Burnett<br>*daveburnett@quinnemanuel.com*<br>**QUINN EMANUEL URQUHART & SULLIVAN LLP**<br>51 Madison Avenue, 22nd Floor<br>New York, New York 10010<br>Telephone:  (212) 849-7000<br>Facsimile:  (212) 849-7100<br><br>*Attorneys for Plaintiffs Allstate Insurance Company, Allstate Life Insurance Company, Allstate Life Insurance Company of New York, and American Heritage Life Insurance Company* | David M. Wilk<br>*dwilk@larsonking.com*<br>Lawrence R. King<br>*lking@larsonking.com*<br>Sarah E. Madsen<br>*smadsen@larsonking.com*<br>Shawn M. Raiter<br>*sraiter@larsonking.com*<br>**LARSON KING LLP**<br>30 East 7th Street Suite 2800<br>St Paul, MN 55101<br>Telephone:  (651) 312-6591<br>Facsimile:  (651) 312-6618<br><br>*Attorneys for Plaintiffs Minnesota Life Insurance Company, Securian Financial Group, Inc., Securian Funds Trust, Securian Foundation, Securian Casualty Company, and CNL/Insurance America, Inc.* |
| Joel H. Bernstein<br>*jbernstein@labaton.com*<br>Martis Alex<br>*malex@labaton.com*<br>Mark S. Arisohn<br>*marisohn@labaton.com*<br>**LABATON SUCHAROW LLP**<br>140 Broadway<br>New York, New York 10005<br>Telephone:  (212) 907-0700<br>Facsimile:  (212) 818-0477<br><br>Mark I. Labaton<br>*mlabaton@motleyrice.com*<br>**MOTLEY RICE LLP**<br>1801 Century Park East Suite 475<br>Los Angeles, CA 90067<br>Telephone:  (310) 552-8109<br>Facsimile:  (310) 552-8054<br><br>*Attorneys for Plaintiff Bank Hapoalim B.M.* | David H. Wollmuth<br>*dwollmuth@wmd-law.com*<br>Thomas P. Ogden<br>*togden@wmd-Iaw.com*<br>Steven S. Fitzgerald<br>*sfitzgerald@wmd-law.com*<br>**WOLLMUTH MAHER & DEUTSCH LLP**<br>500 Fifth Avenue<br>New York, New York 10110<br>Telephone:  (212) 382-3300<br>Facsimile:  (212) 282-0050<br><br>Brian C. Lysaght<br>*blysaght@lysaghtlegal.com*<br>**LYSAGHT LAW GROUP LLP**<br>233 Wilshire Boulevard Suite 700<br>Santa Monica, CA 90401<br>Telephone:  (310) 566-8166<br>Facsimile:  (310) 472-0243<br><br>*Attorneys for Plaintiff National Integrity Life Insurance Company* |

| | |
|---|---|
| Philippe Z. Selendy<br>*philippeselendy@quinnemanuel.com*<br>Jennifer J. Barrett<br>*jenniferbarrett@quinnemanuel.com*<br>Harry A. Olivar, Jr.<br>*harryolivar@quinnemanuel.com*<br>Molly Stephens<br>*mollystephens@quinnemanuel.com*<br>**QUINN EMANUEL URQUHART & SULLIVAN LLP**<br>51 Madison Avenue, 22nd Floor<br>New York, New York 10010<br>Telephone: (212) 849-7000<br>Facsimile: (212) 849-7100<br><br>*Attorneys for Plaintiff Massachusetts Mutual Life Insurance Company* | David J. Grais<br>*dgrais@graisellsworth.com*<br>Mark B. Holton<br>*mholton@graisellsworth.com*<br>Mary G. Menge<br>*mmenge@graisellsworth.com*<br>**GRAIS & ELLSWORTH LLP**<br>1211 Avenue of the Americas<br>New York, New York 10036<br>Telephone: (212) 755-0010<br>Facsimile: (212) 755-0052<br><br>David McLeod<br>*dmcleod@mmwf.com*<br>John M. Moscarino<br>*jmoscarino@mmwf.com*<br>**MCLEOD, MOSCARINO, WITHAM & FLYNN LLP**<br>707 Wilshire Boulevard Suite 500<br>Los Angeles, CA 90017<br>Telephone: (213) 627-6286<br>Facsimile: (213) 627-6290<br><br>*Attorneys for Plaintiff Federal Deposit Insurance Corporation as Receiver for United Western Bank, F.S.B.* |