Adam S. Hakki *(pro hac vice)*
ahakki@shearman.com
John Gueli (State Bar No. 171914)
jgueli@shearman.com
SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, New York 10022
Tel: (212) 848-4000
Fax: (212) 848-7179

*Counsel for Defendants Countrywide Financial Corporation and Countrywide Securities Corporation*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| In re COUNTRYWIDE FINANCIAL CORP. MORTGAGE-BACKED SECURITIES LITIGATION | Case No. 11-ML-02265-MRP (MANx) |
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>COUNTRYWIDE FINANCIAL CORPORATION, *et al.*,<br><br>Defendants. | Case No. 11-CV-10414-MRP (MANx)*<br><br>**ORDER RE LIMITED SUPPLEMENTATION OF EXPERT REPORTS** |

1   Upon Stipulation of the parties in the above-captioned action (the "Parties"),
2   and for good cause shown, it is hereby ORDERED that:
3   WHEREAS, pursuant to the Order RE Extension of Time to Conduct Fact
4   Discovery and Serve Certain Expert Reports, entered by the Court on December 12,
5   2013, the Parties are to serve expert reports on matters for which they bear the
6   burden of proof (on issues other than loan sampling methodology and re-
7   underwriting), or on any other matters (the "Affirmative Expert Reports") by March
8   28, 2014;
9   WHEREAS, in addition to the above-captioned action, Massachusetts Mutual
10  Life Insurance Company ("MassMutual") has 11 residential mortgage-backed
11  securities-related actions pending before the United States District Court for the
12  District of Massachusetts (collectively, the "Massachusetts Actions") against three
13  Defendants in the above-captioned action, among other defendants, involving
14  overlapping witnesses who will provide testimony on overlapping subject areas;
15  WHEREAS, the District Court in the Massachusetts Actions has ordered that
16  depositions of certain MassMutual witnesses shall occur in the Massachusetts
17  Actions shortly before or after the March 28, 2014 due date for Affirmative Expert
18  Reports;
19  WHEREAS, another MassMutual witness will need to appear for deposition
20  in late April or May 2014 because of upcoming cancer surgery;
21  WHEREAS, Defendants in the above-captioned action have noticed the
22  depositions of these MassMutual witnesses and plan to examine them on similar
23  subjects as those being covered in the Massachusetts Actions;
24  WHEREAS, the Parties acknowledge and agree that Defendants should take
25  the depositions of these MassMutual witnesses in March, April, or May 2014 to
26  achieve efficiencies from coordination among the actions and to minimize
27  unnecessary burden and expense on the witnesses and the parties, and that
28

Case No. 11-cv-10414-MRP (MANx)
[PROPOSED] ORDER RE LIMITED SUPPLEMENTATION OF EXPERT REPORTS

1  Defendants should have an opportunity to supplement their Affirmative Expert
2  Reports, as necessary, for the limited purpose of incorporating testimony of
3  MassMutual witnesses deposed on or after March 21, 2014;
4      WHEREAS, the dates for submission of Affirmative Expert Reports, rebuttal
5  expert reports, and the close of expert discovery will not change as a result of the
6  limited supplementation;
7      NOW THEREFORE, in light of the foregoing, and subject to the Order of the
8  Court, the Parties agree as follows:
9      1.    To achieve efficiencies with the Massachusetts Actions, to avoid
10 duplication, and to minimize burden and expense on the witnesses and parties,
11 certain MassMutual witnesses ordered to appear for deposition in March, April, or
12 May 2014 in the Massachusetts Actions may be deposed on the same date in the
13 above-captioned action.
14     2.    Defendants may supplement their March 28, 2014 Affirmative Expert
15 Reports, if necessary, for the limited purpose of incorporating testimony of
16 MassMutual witnesses who sit for deposition on or after March 21, 2014, and may
17 do so by May 30, 2014.
18     3.    All other deadlines in the above-captioned action shall remain
19 unchanged.

**IT IS SO ORDERED**

Dated: February 10, 2014

_____
The Honorable Mariana R. Pfaelzer
United States District Judge