QUINN EMANUEL URQUHART & SULLIVAN, LLP
Harry A. Olivar, Jr. (Bar No. 143089)
harryolivar@quinnemanuel.com
Molly Stephens (Bar No. 232211)
mollystephens@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Philippe Z. Selendy (admitted *pro hac*)
philippeselendy@quinnemanuel.com
Jennifer J. Barrett (admitted *pro hac*)
jenniferbarrett@quinnemanuel.com
51 Madison Avenue
New York, New York 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

Attorneys for Plaintiff Massachusetts Mutual Life Insurance Company

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re COUNTRYWIDE FINANCIAL CORP. MORTGAGED-BACKED SECURITIES LITIGATION | Case No. 11-ML-2265-MRP (MANx)<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS AIG, FHFA AND MASSMUTUAL'S REQUEST TO COMPEL DEPOSITION APPEARANCES** |
| AMERICAN INTERNATIONAL GROUP, INC. *et al.*<br><br>Plaintiffs,<br>vs.<br><br>BANK OF AMERICA CORPORATION, *et al.*,<br><br>Defendants. | Case No. 11-CV-10549-MRP (MANx) |

| | |
|---|---|
| FEDERAL HOUSING FINANCE AGENCY, AS CONSERVATOR FOR THE FEDERAL NATIONAL MORTGAGE ASSOCIATION AND THE FEDERAL HOME LOAN MORTGAGE CORPORATION,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>COUNTRYWIDE FINANCIAL CORPORATION, *et al.*,<br><br>　　　　Defendants. | Case No. 12-CV-01059-MRP (MANx) |
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>COUNTRYWIDE FINANCIAL CORPORATION, *et al.*,<br><br>　　　　Defendants. | Case No. 11-CV-10414-MRP (MANx) |

Upon consideration of the Request for Discovery Conference by Plaintiffs American International Group, Inc., et al. ("AIG"), Federal Housing Finance Agency ("FHFA"), and Massachusetts Mutual Life Insurance Company ("MassMutual") to Compel Deposition Appearances, and for good cause shown, it is hereby **ORDERED** that:

1. Stanford Kurland shall appear at the Hyatt Westlake Plaza, 880 South Westlake Boulevard, Westlake Village, California on February 28, 2014 at 9:00 a.m. for deposition during which Plaintiffs shall be limited to a maximum of three hours on the record to question Mr. Kurland;

2. Joshua Adler shall appear in Los Angeles, California on or prior to February 28, 2014 at 9:00 a.m. for deposition;

3. Countrywide shall provide AIG with the latest and best contact information it has available for Brett Fitzgerald in order to facilitate AIG's efforts to locate and serve Mr. Fitzgerald. The deposition of Brett Fitzgerald shall be completed by May 15, 2014.

**IT IS SO ORDERED**.

Dated: February ___, 2014

Hon. Mariana R. Pfaelzer