Adam S. Hakki *(pro hac vice)*
ahakki@shearman.com
John Gueli (State Bar No. 171914)
jgueli@shearman.com
SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, New York 10022
Tel: (212) 848-4000
Fax: (212) 848-7179

*Counsel for Defendants Countrywide
Financial Corporation and
Countrywide Securities Corporation*

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION**

| | |
|---|---|
| In re COUNTRYWIDE FINANCIAL CORP. MORTGAGE-BACKED SECURITIES LITIGATION | Case No. 11-ML-02265-MRP (MANx) |
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>COUNTRYWIDE FINANCIAL CORPORATION, *et al.*,<br><br>Defendants. | Case No. 11-CV-10414-MRP (MANx)<br><br>**SECOND STIPULATION RE LIMITED SUPPLEMENTATION OF EXPERT REPORTS** |

The parties in the above-captioned action (the "Parties") hereby stipulate as follows, subject to the Order of the Court:

WHEREAS, in addition to the above-captioned action, Massachusetts Mutual Life Insurance Company ("MassMutual") has 11 residential mortgage-backed securities-related actions pending before the United States District Court for the District of Massachusetts (collectively, the "Massachusetts Actions") against three Defendants in the above-captioned action, among other defendants, involving overlapping witnesses who will provide testimony on overlapping subject areas;

WHEREAS, Defendants have conducted depositions of MassMutual witnesses in coordination with defendants in the Massachusetts Actions, in order to achieve efficiencies among the actions and to minimize unnecessary burden and expense on the witnesses and the parties;

WHEREAS, the Court, on February 10, 2014, entered an Order providing that Defendants could supplement their affirmative expert reports, which were served on April 4, 2014 (the "Affirmative Expert Reports"), if necessary, for the limited purpose of incorporating testimony of MassMutual witnesses who sit for deposition on or after March 21, 2014, and could do so by May 30, 2014;

WHEREAS, due to scheduling difficulties and, in the case of one MassMutual witness, serious health problems, the following MassMutual witnesses have not yet been deposed in this action or in the Massachusetts Actions: Victor Shinsky, Paul Lenkeit, Efrem Marder, and MassMutual's corporate representative witness(es) (collectively, the "Remaining MassMutual Witnesses");

WHEREAS, the Parties expect the Remaining MassMutual Witnesses to be deposed on or before June 30, 2014, with the exception of the witness with serious health problems, who must be deposed when his health improves;

WHEREAS, the Parties acknowledge that Defendants should have an opportunity to supplement their Affirmative Expert Reports, as necessary, for the

limited purpose of incorporating testimony of the Remaining MassMutual Witnesses deposed on or after May 30, 2014;

WHEREAS, the dates for submission of expert reports and the close of expert discovery will not change as a result of the limited supplementation;

NOW THEREFORE, in light of the foregoing, and subject to the Order of the Court, the Parties agree as follows:

1. To achieve efficiencies with the Massachusetts Actions, to avoid duplication, and to minimize burden and expense on the witnesses and parties, the Remaining MassMutual Witnesses may be deposed in this action on the same date they are deposed in the Massachusetts Actions.

2. Defendants may supplement their Affirmative Expert Reports, if necessary, for the limited purpose of incorporating testimony of the Remaining MassMutual Witnesses who sit for deposition on or after May 30, 2014, and may do so by June 30, 2014, or within ten (10) days after the deposition of any of the Remaining MassMutual Witnesses, whichever is later.

3. All other deadlines in the above-captioned action shall remain unchanged.

DATED: June 11, 2014

By: */s/ Adam S. Hakki*
Adam S. Hakki (*pro hac vice*)
ahakki@shearman.com
John Gueli (SBN 171914)
jgueli@shearman.com
SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, NY 10022
Telephone: 212-848-4000
Facsimile: 212-848-7179

*Counsel for Defendants Countrywide Financial Corporation and Countrywide Securities Corporation*

|   |   |
|---|---|
| 1 | By: */s/ Harry A. Olivar (with permission)* |
| 2 | Harry A. Olivar, Jr. (Bar No. 143089)<br>*harryolivar@quinnemanuel.com* |
|   | Molly Stephens (Bar No. 232211) |
| 3 | *mollystephens@quinnemanuel.com*<br>QUINN EMANUEL URQUHART & |
| 4 | SULLIVAN, LLP |
| 5 | 865 South Figueroa Street, 10th Floor<br>Los Angeles, CA 90017 |
|   | Tel.:  (213) 443-3000 |
| 6 | Fax:  (213) 443-3100 |
| 7 | Philippe Z. Selendy (admitted pro hac) |
| 8 | *philippeselendy@quinnemanuel.com*<br>Jennifer J. Barrett (admitted pro hac) |
|   | *jenniferbarrett@quinnemanuel.com* |
| 9 | QUINN EMANUEL URQUHART &<br>SULLIVAN, LLP |
| 10 | 51 Madison Avenue, 22nd Floor |
| 11 | New York, NY 10010<br>Tel.:  (212) 849-7000 |
|   | Fax:  (212) 849-7100 |
| 12 |   |
| 13 | *Counsel for Plaintiff Massachusetts Mutual Life Insurance Company* |

By: */s/ Daniel Slifkin (with permission)*
Daniel Slifkin (*pro hac vice*)
*dslifkin@cravath.com*
J. Wesley Earnhardt (*pro hac vice*)
*wearnhardt@cravath.com*
CRAVATH, SWAINE & MOORE LLP
825 Eighth Avenue
New York, New York 10019
Tel: (212) 474-1000
Fax: (212) 474-3700

Robert A. Sacks (State Bar No. 150146)
*sacksr@sullcrom.com*
Sullivan & Cromwell LLP
1888 Century Park East
Los Angeles, CA 90067-1725
Tel: (310) 712-6600
Fax:  (310) 712-8800

*Counsel for Defendant J.P. Morgan Securities LLC (f/k/a J.P. Morgan Securities, Inc.)*

1  
2  
3  
4  
5  
6  
7  

By: */s/ Dean J. Kitchens (with permission)*  
Dean J. Kitchens (SBN 82096)  
*DKitchens@gibsondunn.com*  
Alexander Mircheff (SBN 245074)  
*AMircheff@gibsondunn.com*  
GIBSON, DUNN & CRUTCHER LLP  
333 South Grand Avenue  
Los Angeles, California 90071-3197  
Telephone: 213-229-7000  
Facsimile: 213-229-7520  

*Counsel for Defendants UBS Securities LLC*

8  
9  
10  
11  
12  
13  
14  
15  

By: */s/ Deborah L. Stein (with permission)*  
Deborah L. Stein (SBN 224570)  
*dstein@stblaw.com*  
SIMPSON THACHER & BARTLETT LLP  
1999 Avenue of the Stars, 29th Floor  
Los Angeles, CA 90067  
Tel: (310) 407-7500  
Fax: (310) 407-7502  

*Counsel for Defendant Deutsche Bank Securities, Inc.*

16  
17  
18  
19  
20  
21  
22  
23  
24  

By: */s/ Christopher G. Caldwell (with permission)*  
Christopher G. Caldwell (SBN 106790)  
*caldwell@caldwell-leslie.com*  
Jeanne A. Fugate (SBN 236341)  
*fugate@caldwell-leslie.com*  
Kelly L. Perigoe (SBN 268872)  
*perigoe@caldwell-leslie.com*  
CALDWELL LESLIE & PROCTOR, PC  
725 South Figueroa Street, 31st Floor  
Los Angeles, CA 90017-5524  
Tel: (213) 629-9040  
Fax: (213) 629-9022  

*Counsel for Defendant Stanford Kurland*

25  
26  
27  
28  

Case No. 11-cv-10414-MRP (MANx)  
SECOND STIPULATION RE LIMITED SUPPLEMENTATION OF EXPERT REPORTS

# **PROOF OF SERVICE**

I, the undersigned, certify that I am over the age of 18 years, employed in the County of New York, State of New York, and not a party to the above-captioned actions. On **June 11, 2014**, I caused the following documents to be electronically filed using the CM/ECF system:

**SECOND STIPULATION AND [PROPOSED] ORDER RE LIMITED SUPPLEMENTATION OF EXPERT REPORTS**

Participants in this case who are registered CM/ECF users will be served by the CM/ECF system. I further certify that some of the participants in this case are not registered CM/ECF users. I have mailed the foregoing document by First Class Mail, Federal Express, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days, or, by agreement of the parties, e-mail, to the following non-CM/ECF participants:

| | |
|---|---|
| EGAN, FLANAGAN AND COHEN, P.C.<br>Edward J. McDonough<br>Stephen E. Spelman<br>67 Market Street, P.O. Box 9035<br>Springfield, Massachusetts 01102 | QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>Jennifer J. Barrett<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010 |
| WILMER HALE LLP<br>Adam Hornstine<br>Katherine Dirks<br>Jeffrey B. Rudman<br>Brian J. Boyle<br>60 State Street<br>Boston, MA 02109 | BURNS & LEVINSON<br>Dennis J. Kelly<br>125 Summer Street<br>Boston, MA 02110 |

I declare under penalty of perjury that I am employed in the office of a member of the bar of this Court at whose direction this service was made and that the foregoing is true and correct.

Executed on **June 11, 2014**, at New York, New York.

                                                                                                */s/ Michael Mitchell*
                                                                                                Michael Mitchell