Adam S. Hakki *(pro hac vice)*
ahakki@shearman.com
John Gueli (State Bar No. 171914)
jgueli@shearman.com
SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, New York 10022
Tel:  (212) 848-4000
Fax:  (212) 848-7179

*Counsel for Defendants Countrywide Financial Corporation and Countrywide Securities Corporation*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| In re COUNTRYWIDE FINANCIAL CORP. MORTGAGE-BACKED SECURITIES LITIGATION | Case No. 11-ML-02265-MRP (MANx) |
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>COUNTRYWIDE FINANCIAL CORPORATION, *et al.*,<br><br>Defendants. | Case No. 11-CV-10414-MRP (MANx)<br><br>**[PROPOSED] ORDER RE LIMITED SUPPLEMENTATION OF EXPERT REPORTS** |

1      Upon Stipulation of the parties in the above-captioned action (the "Parties"),
2 and for good cause shown, it is hereby ORDERED that:
3      WHEREAS, in addition to the above-captioned action, Massachusetts Mutual
4 Life Insurance Company ("MassMutual") has 11 residential mortgage-backed
5 securities-related actions pending before the United States District Court for the
6 District of Massachusetts (collectively, the "Massachusetts Actions") against three
7 Defendants in the above-captioned action, among other defendants, involving
8 overlapping witnesses who will provide testimony on overlapping subject areas;
9      WHEREAS, Defendants have conducted depositions of MassMutual
10 witnesses in coordination with defendants in the Massachusetts Actions, in order to
11 achieve efficiencies among the actions and to minimize unnecessary burden and
12 expense on the witnesses and the parties;
13      WHEREAS, the Court, on February 10, 2014, entered an Order providing that
14 Defendants could supplement their affirmative expert reports, which were served on
15 April 4, 2014 (the "Affirmative Expert Reports"), if necessary, for the limited
16 purpose of incorporating testimony of MassMutual witnesses who sit for deposition
17 on or after March 21, 2014, and could do so by May 30, 2014;
18      WHEREAS, due to scheduling difficulties and, in the case of one
19 MassMutual witness, serious health problems, the following MassMutual witnesses
20 have not yet been deposed in this action or in the Massachusetts Actions:  Victor
21 Shinsky, Paul Lenkeit, Efrem Marder, and MassMutual's corporate representative
22 witness(es) (collectively, the "Remaining MassMutual Witnesses");
23      WHEREAS, the Parties expect the Remaining MassMutual Witnesses to be
24 deposed on or before June 30, 2014, with the exception of the witness with serious
25 health problems, who must be deposed when his health improves;
26      WHEREAS, the Parties acknowledge that Defendants should have an
27 opportunity to supplement their Affirmative Expert Reports, as necessary, for the
28

limited purpose of incorporating testimony of the Remaining MassMutual Witnesses deposed on or after May 30, 2014;

WHEREAS, the dates for submission of expert reports and the close of expert discovery will not change as a result of the limited supplementation;

NOW THEREFORE, in light of the foregoing, and subject to the Order of the Court, the Parties agree as follows:

1. To achieve efficiencies with the Massachusetts Actions, to avoid duplication, and to minimize burden and expense on the witnesses and parties, the Remaining MassMutual Witnesses may be deposed in this action on the same date they are deposed in the Massachusetts Actions.

2. Defendants may supplement their Affirmative Expert Reports, if necessary, for the limited purpose of incorporating testimony of the Remaining MassMutual Witnesses who sit for deposition on or after May 30, 2014, and may do so by June 30, 2014, or within ten (10) days after the deposition of any of the Remaining MassMutual Witnesses, whichever is later.

3. All other deadlines in the above-captioned action shall remain unchanged.

**IT IS SO ORDERED**

Dated: _____     _____
The Honorable Mariana R. Pfaelzer
United States District Court Judge